4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 0 1 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JUAN JESUS CHAVEZ, INDIVIDUALLY, A/N/F JULISA CHAVEZ AND JESSE R. CHAVEZ, MINOR CHILDREN AND AS REPRESENTATIVE OF THE ESTATE OF JUANITA C. CHAVEZ, DECEASED; SANDRA CRUZ, INDIVIDUALLY, A/N/F CASSANDRA CRUZ AND AS REPRESENTATIVE OF THE ESTATES OF CASEY R. CRUZ AND NOE CRUZ, JR. MINOR CHILDREN, DECEASED; VIRGINIA CRUZ; and DIEGO MORALES, JOANNE CRUZ MENDEZ, MARIA ELENA MARTINEZ AND JUAN JESUS CHAVEZ, AS LEGAL GUARDIAN OF MANUEL SAYAS | § § § § § § § § § § § § § § § § § § | |
| v. | § § § | CIVIL ACTION NO. B-02-012 (Jury Requested) |
| GENERAL MOTORS CORPORATION, ROBERTO CRUZ D/B/A CRUZ TRUCKING and NOE CRUZ, SR. | § § § § | |

**PLAINTIFFS' JURY DEMAND**

COME NOW, JUAN JESUS CHAVEZ, INDIVIDUALLY, A/N/F JULISA CHAVEZ AND JESSE R. CHAVEZ, MINOR CHILDREN AND AS REPRESENTATIVE OF THE ESTATE OF JUANITA C. CHAVEZ, DECEASED; SANDRA CRUZ, INDIVIDUALLY, A/N/F CASSANDRA CRUZ AND AS REPRESENTATIVE OF THE ESTATES OF CASEY R. CRUZ AND NOE CRUZ, JR., DECEASED; VIRGINIA CRUZ; DIEGO MORALES, JOANNE CRUZ MENDEZ, MARIA ELENA MARTINEZ AND JUAN JESUS CHAVEZ, AS LEGAL GUARDIAN OF MANUEL SAYAS, Plaintiffs, and demand a jury.

Signed on February 1, 2002.

Respectfully submitted,

WILLETTE & GUERRA, L.L.P.
International Plaza, Suite 460
3505 Boca Chica Boulevard
Brownsville, Texas 78521
Telephone: (956) 541-1846
Facsimile: (956) 541-1893

By: _____
     CHARLES WILLETTE, JR.
     State Bar No. 21509700
     U.S.D.C. 1937
     R.D. GUERRA
     State Bar No. 08578640
     U.S.D.C. 5949
     HUGH P. TOUCHY
     State Bar No. 20150800
     U.S.D.C. 12401

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing instrument was forwarded via certified mail return receipt requested to opposing counsel, on this the _1_ day of _Feb_, 2002, addressed as follows:

Mr. Kyle H. Dreyer
Hartline, Dacus, Dreyer & Kern, L.L.P.
6688 N. Central Expressway, Ste. 1000
Dallas, Texas 75206
**ATTORNEYS FOR DEFENDANT GENERAL MOTORS COMPANY**

Mr. Rene O. Oliveira
Roerig, Oliveira & Fisher, L.L.P.
855 W. Price Rd., Ste. 9
Brownsville, Texas 78520
**ATTORNEYS FOR DEFENDANT ROBERTO CRUZ D/B/A CRUZ TRUCKING**

Mr. Joseph A. "Tony" Rodriguez
Rodriguez, Colvin & Chaney
1201 E. Van Buren Street
Brownsville, Texas 78520
**ATTORNEYS FOR DEFENDANT GENERAL MOTORS CORPORATION**

Mr. Ricardo Godinez
Law Office of Ricardo Godinez
520 Pecan, Ste. G
McAllen, Texas 78501
**ATTORNEYS FOR DEFENDANT NOE CRUZ, SR.**

_____
**CHARLES WILLETTE, JR.**