5

United States District Court
Southern District of Texas
FILED

FEB 0 8 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN JESUS CHAVEZ, ET AL | § § | |
| VS. | § § | C. A. NO. B-02-012 |
| GENERAL MOTORS CORP., ET AL | § | |

## LIST OF ENTITIES

Pursuant to the court's order received on January 22, 2002, plaintiffs file their list of entities that have a financial interest in the litigation.

1. Juan Jesus Chavez, Individually And As Next Friend of Julisa Chavez and Jesse R. Chavez, Minor Children, And As Representative Of The Estate of Juanita C. Chavez, Deceased;
   Sandra Cruz, Individually, And As Next Friend of Cassandra Cruz And As Representative Of The Estates Of Casey R. Cruz and Noe Cruz, Jr., Minor Children, Deceased;
   Virginia Cruz
   Diego Morales
   Joanne Cruz Mendez
   Maria Elena Martinez
   Juan Jesus Chavez, As Legal Guardian of Manuel Sayas

   <u>General Motors Corporation</u>

   Roberto Cruz d/b/a Cruz Trucking

   Noe Cruz, Sr.

                    Respectfully submitted,

                    WILLETTE & GUERRA, L.L.P.
                    International Plaza, Ste. 460
                    3505 Boca Chica Blvd.
                    Brownsville, Texas 78521
                    Telephone: (956) 541-1846
                    Facsimile: (956) 541-1893

By: _____
Hugh P. Touchy
State Bar No. 20150800

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above and foregoing instrument was forwarded via certified mail, return receipt requested to:

Mr. Kyle L. Dreyer
**HARTLINE, DACUS, DREYER & KERN, L.L.P.**
6688 N. Central Expressway, Suite 1000
Dallas, Texas 75206
**ATTORNEYS FOR DEFENDANT GENERAL MOTORS COMPANY**

Mr. Rene O. Oliveira
**ROERIG, OLIVEIRA & FISHER, L.L.P.**
855 W. Price Road, Suite 9
Brownsville, Texas 78520
**ATTORNEYS FOR DEFENDANT ROBERTO CRUZ D/B/A CRUZ TRUCKING**

Mr. Joseph A. "Tony" Rodriguez
**RODRIGUEZ, COLVIN & CHANEY**
1201 E. Van Buren Street
Brownsville, Texas 78520
**ATTORNEYS FOR DEFENDANT GENERAL MOTORS CORPORATION**

Mr. Ricardo Godinez
**LAW OFFICE OF RICARDO GODINEZ**
520 Pecan, Suite G
McAllen, Texas 78501
**ATTORNEYS FOR DEFENDANT NOE CRUZ, SR.**

on this 6th day of February, 2002.

_____
Hugh P. Touchy