

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



FEB 19 2002

| | | |
|---|---|---|
| JUAN JESUS CHAVEZ, INDIVIDUALLY, A/N/F JULISA CHAVEZ AND JESSE R. CHAVEZ, MINOR CHILDREN AND AS REPRESENTATIVE OF THE ESTATE OF JUANITA C. CHAVEZ, DECEASED; SANDRA CRUZ, INDIVIDUALLY, A/N/F CASSANDRA CRUZ AND AS REPRESENTATIVE OF THE ESTATES OF CASEY R. CRUZ AND NOE CRUZ, JR. MINOR CHILDREN, DECEASED; VIRGINIA CRUZ; AND DIEGO MORALES, JOANNE CRUZ MENDEZ, MARIA ELENA MARTINEZ AND JUAN JESUS CHAVEZ, AS LEGAL GUARDIAN OF MANUEL SAYAS, | § § § § § § § § § § § § § § § | |
| PLAINTIFFS, | § § | |
| V. | § § § | CIVIL ACTION NO. B-02-012 |
| GENERAL MOTORS CORPORATION, ROBERTO CRUZ D/B/A CRUZ TRUCKING AND NOE CRUZ, SR. | § § § § | |
| DEFENDANTS. | § § | |

## GENERAL MOTORS CORPORATION'S LIST OF ENTITIES

Pursuant to the court's order, Defendant General Motors Corporation files its List of Entities that have a financial interest in the litigation.

> Juan Jesus Chavez, Individually and as Next Friend of Julisa Chavez and Jesse R. Chavez, Minor Children, and As Representative of the Estate of Juanita C. Chavez, Deceased
> Sandra Cruz, Individually, and As Next Friend of Cassandra Cruz and As Representative of the Estate of Casey R. Cruz and Noe Cruz, Jr., Minor Children, Deceased
> Virginia Cruz
> Diego Morales
> Joanne Cruz Mendez

LIST OF ENTITIES                                                                 PAGE 1

Maria Elena Martinez
Juan Jesus Chavez, as Legal Guardian of Manuel Sayas

General Motors Corporation

Roberto Cruz d/b/a Cruz Trucking

Noe Cruz, Sr.

Respectfully submitted,

*Kyle H. Dreyer 12th*

**KYLE H. DREYER**
State Bar No. 60119500
**HARTLINE, DACUS, DREYER & KERN, L.L.P.**
6688 North Central Expressway, Suite 1000
Dallas, Texas 75206
(214) 369-2100
(214) 369-2118- Fax

and

**EDUARDO R. RODRIGUEZ**
State Bar No. 17144000
**JOSEPH A. ("TONY") RODRIGUEZ**
State Bar No. 17146600
**RODRIGUEZ, COLVIN & CHANEY**
1202 E. Van Buren Street (78520)
P.O. Box 2155
Brownsville, Texas 78522
(956) 542-7441
(956) 541-2170 - Fax
**ATTORNEYS FOR DEFENDANT
GENERAL MOTORS CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was sent to all parties in this lawsuit pursuant to the Texas Rules of Civil Procedure on this the ___18th___ day of February, 2002.

*Veronica H. Fardeman*