**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

**MAR 1 1 2002**

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JUAN JESUS CHAVEZ, INDIVIDUALLY, § <br> A/N/F JULISA CHAVEZ AND JESSE § <br> R. CHAVEZ, MINOR CHILDREN AND § <br> AS REPRESENTATIVE OF THE § <br> ESTATE OF JUANITA C. CHAVEZ, § <br> DECEASED; SANDRA CRUZ, § <br> INDIVIDUALLY, A/N/F CASSANDRA § <br> CRUZ AND AS REPRESENTATIVE § <br> OF THE ESTATES OF CASEY R. § <br> CRUZ AND NOE CRUZ, JR. MINOR § <br> CHILDREN, DECEASED; § <br> VIRGINIA CRUZ; and DIEGO § <br> MORALES, JOANNE CRUZ MENDEZ, § <br> MARIA ELENA MARTINEZ AND JUAN § <br> JESUS CHAVEZ, AS LEGAL § <br> GUARDIAN OF MANUEL SAYAS § <br> § <br> v. § <br> § <br> § <br> GENERAL MOTORS CORPORATION, § <br> ROBERTO CRUZ D/B/A CRUZ § <br> TRUCKING and NOE CRUZ, SR. § | CIVIL ACTION NO. B-02-012 <br> (Jury Requested) |

## PLAINTIFFS' REPLY TO DEFENDANT GENERAL MOTORS CORPORATION'S RESPONSE TO PLAINTIFFS' MOTION TO REMAND

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, JUAN JESUS CHAVEZ, INDIVIDUALLY, A/N/F JULISA CHAVEZ

AND JESSE R. CHAVEZ, MINOR CHILDREN AND AS REPRESENTATIVE OF THE

ESTATE OF JUANITA C. CHAVEZ, DECEASED; SANDRA CRUZ, INDIVIDUALLY, A/N/F

CASSANDRA CRUZ AND AS REPRESENTATIVE OF THE ESTATES OF CASEY R.

CRUZ AND NOE CRUZ, JR., DECEASED; VIRGINIA CRUZ; DIEGO MORALES, JOANNE

CRUZ MENDEZ, MARIA ELENA MARTINEZ AND JUAN JESUS CHAVEZ, AS LEGAL

GUARDIAN OF MANUEL SAYAS, hereinafter called Plaintiffs, and file this their Reply to

*Defendant General Motors Corporation's Response to Plaintiffs' Motion to Remand* and in support thereof, would respectfully show this Honorable Court as follows:

**I.**

Attached hereto are two insurance policies which insure the driver of the vehicle in question, Noe Cruz, Sr.  Said policies are indemnity policies and belong to the driver's employer, Roberto Cruz D/B/A Cruz Trucking and the vehicle in question.  Said policies provide a defense and indemnity associated with the defense of Noe Cruz, Sr. and Roberto Cruz D/B/A Cruz Trucking.  The law firms of Thornton, Summers, Biechlin & Dunham, L.L.P., Roerig, Oliveira & Fisher, L.L.P. and Law Office of Ricardo Godinez have been retained to defend Noe Cruz, Sr. and Roberto Cruz D/B/A Cruz Trucking.

Accordingly, this further demonstrates that Plaintiffs have a viable cause of action against Defendants.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiffs pray that this Court grant Plaintiffs' motion to remand, and for other and further relief, at law and in equity, which the Court deems these Plaintiffs are entitled to receive.

Respectfully submitted,

**WILLETTE & GUERRA, L.L.P.**
801 Nolana, Suite 320-A
McAllen, Texas 78504
Telephone: (956) 686-2266
Facsimile: (956) 686-5913

By: _____

    R.D. GUERRA
    State Bar No. 08578640
    U.S.D.C. 5949
    CHARLES WILLETTE, JR.
    State Bar No. 21509700
    U.S.D.C. 1937
    HUGH P. TOUCHY
    State Bar No. 20150800
    U.S.D.C. 12401

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

    This is to certify that a true and correct copy of the above and foregoing instrument was forwarded to opposing counsel, on March __, 2002 addressed as follows:

*March 11, 200?*

Kyle H. Dreyer
Veronica H. Hardeman
HARTLINE, DACUS, DREYER & KERN, L.L.P.
6688 N. Central Expressway, Ste. 1000
Dallas, Texas 75206
***ATTORNEYS FOR DEFENDANT GENERAL MOTORS CORPORATION***

Joseph A. "Tony" Rodriguez
RODRIGUEZ, COLVIN & CHANEY
1201 E. Van Buren Street
Brownsville, Texas 78520
***ATTORNEYS FOR DEFENDANT GENERAL MOTORS CORPORATION***

Rene O. Oliveira
ROERIG, OLIVEIRA & FISHER, L.L.P.
855 W. Price Rd., Ste. 9
Brownsville, Texas 78520
***ATTORNEYS FOR DEFENDANT ROBERTO CRUZ D/B/A CRUZ TRUCKING***

Ricardo Godinez
LAW OFFICE OF RICARDO GODINEZ
520 Pecan, Ste. G
McAllen, Texas 78501
***ATTORNEYS FOR DEFENDANT NOE CRUZ, SR.***

**R.D. GUERRA**

# *W*ESTPORT INSURANCE CORPORATION

5200 Metcalf, Overland Park, KS 66201-1379
(913) 676-5270 Facsimile (913) 676-5780

## COMMON POLICY DECLARATIONS

**POLICY NO:** MCP  9500049-01              **PRODUCER NO.:** 8

**RENEWAL OF:** MCP  9500049-00

**NAMED INSURED AND MAILING ADDRESS:**

ROBERT CRUZ                              WELLS FARGO INSURANCE NM INC
DBA: CRUZ TRUCKING                       1615 S SOLANO
STAR ROUTE BOX 44                        LAS CRUCES NM 88001
MESILLA PARK NM 88047

**POLICY PERIOD: FROM** 05-03-01          **TO** 05-03-02          **AT**
            12:01 A.M. Standard Time at your mailing address shown above

FORM OF BUSINESS:  Individual  [X]     Partnership  [ ]     Joint Venture  [ ]     Organization  [ ]
                                                                                   (Other than Partnership)

**BUSINESS DESCRIPTION:** AGRICULTURE

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL TERMS OF THIS POLICY, WE
AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.
THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED.
THIS PREMIUM MAYBE SUBJECT TO ADJUSTMENT.

|  |  | PREMIUM |
|---|---|---|
| Commercial Auto Coverage Part | $ | 13,703.00 |
| Commercial Crime Coverage Part | | |
| Commercial Garage Coverage Part | | |
| Commercial General Liability Coverage Part | $ | 416.00 |
| Commercial Inland Marine Coverage Part | $ | 625.00 |
| Commercial Property Coverage Part | $ | 204.00 |
| TOTAL | $ | 14,948.00 |

Premium shown is payable: _____ at inception.

**FORMS AND ENDORSEMENTS APPLICABLE TO ALL COVERAGE**

**THESE DECLARATIONS TOGETHER WITH THE COVERAGE P**
**COVERAGE FORM(S) AND ENDORSEMENTS, IF ANY, ISSUED T**
**THE ABOVE NUMBERED POLICY.**

**COUNTERSIGNED** _____
                          (Date)

IN WITNESS WHEREOF, the Westport Insurance Corporation has cause
Secretary, but the same shall not be binding except in conjunction with a cor
**insured** to form a part of this policy.

_____
        **President**

*Produced with Pride*

                                                      **PART**
                                                      **'LETE**

R. F. MATTEI & ASSOCIATES

Underwriting  *Keith Cozean*                          )

Rating _____                          nt and
                                                      named
Assembly _____

*Thank You*

**THIS ENDORSEMENT CLARIFIES THE POLICY. PLEASE READ CAREFULLY.**

POLICY NO.   MCP   9500049-01                    EFFECTIVE DATE.   05-03-01

DESIGNATION OF PREMISES - COMMERCIAL LINES POLICY

| IF THIS ENDORSEMENT IS LISTED IN THE POLICY DECLARATIONS, IT IS IN EFFECT FROM THE TIME COVERAGE UNDER THIS POLICY COMMENCES. OTHERWISE, THE EFFECTIVE DATE OF THIS ENDORSEMENT IS AS SHOWN ABOVE AT THE SAME TIME OR HOUR OF THE DAY AS THE POLICY BECAME EFFECTIVE. | COUNTERSIGNED BY |
|---|---|
| | _____ |
| | AUTHORIZED REPRESENTATIVE |

THIS ENDORSEMENT IS USED AS AN OVERFLOW FOR FIELDS ON THE DECLARATIONS PAGE NOT LARGE ENOUGH FOR THE NECESSARY INFORMATION AND TO LIST OPTIONAL COVERAGES.

| PREMISES NO. | PREMISES ( ADDRESS, CITY, STATE ) | OCCUPANCY |
|---|---|---|
| 001/001 | COUNTY ROAD B55 7 MILES, SOUTH HIGHWAY 478, MESILLA PARK, NM 88047-0000 | OFFICE OFFICE |

GU 207 (Ed  06-78)

**THIS ENDORSEMENT CLARIFIES THE POLICY. PLEASE READ CAREFULLY.**

POLICY NO.  MCP  9500049-01                              EFFECTIVE DATE.  05-03-01

## ENDORSEMENT SCHEDULE

| | |
|---|---|
| IF THIS ENDORSEMENT IS LISTED IN THE POLICY DECLARATIONS, IT IS IN EFFECT FROM THE TIME COVERAGE UNDER THIS POLICY COMMENCES. OTHERWISE, THE EFFECTIVE DATE OF THIS ENDORSEMENT IS AS SHOWN ABOVE AT THE SAME TIME OR HOUR OF THE DAY AS THE POLICY BECAME EFFECTIVE. | COUNTERSIGNED BY: <br><br> _____ <br> AUTHORIZED REPRESENTATIVE |

JACKET#:                              EDITION:

COMMON POLICY FORMS AND ENDORSEMENTS

| | | |
|---|---|---|
| WIC-3000 | 03-96 | COMMON POLICY DECLARATIONS |
| GU 207-2 | 06-78 | DESIGNATION OF PREMISES SCHEDULE |
| IL 00 03 | 04-98 | CALCULATION OF PREMIUM |
| IL 00 17 | 11-98 | COMMON POLICY CONDITIONS |
| IL 01 78 | 03-00 | NEW MEXICO CHANGES |
| IL 02 98 | 11-99 | NM CHANGES - CANCELLATION AND NONRENEWAL |
| IL 00 21 | 04-98 | NUCLEAR ENERGY LIABILITY EXCLUSION ENDT |
| IL 09 35 | 08-98 | EXCL OF CERTAIN CMPUTER-RELATED LOSSES |

PROPERTY FORMS AND ENDORSEMENTS

| | | |
|---|---|---|
| CF 150 | 11-85 | COMMERCIAL PROPERTY DECLARATIONS |
| GU-207-M | 06-78 | STATEMENT OF VALUES |
| CP 00 10 | 10-00 | BUILDING & PERSONAL PROPERTY COVERAGE |
| CP 00 90 | 07-88 | COMMERCIAL PROPERTY CONDITIONS |
| CP 01 36 | 03-00 | NEW MEXICO CHANGES |
| CP 10 30 | 10-00 | CAUSES OF LOSS - SPECIAL FORM |

GENERAL LIABILITY FORMS AND ENDORSEMENTS

| | | |
|---|---|---|
| CL 150 | 11-85 | GENERAL LIABILITY DECLARATIONS |
| CG 00 01 | 07-98 | CGL COV FORM (OCCURRENCE) |
| CG 21 47 | 07-98 | EMPLOYMENT-RELATED PRACTICES EXCLUSION |
| CG 21 60 | 09-98 | EXCL YR 2000 COMP RELATED AND OTHERS |
| CG 21 61 | 04-98 | EXCL YR 2000 COMP RELATED PROD/COM OPS |
| CG 22 33 | 07-98 | EXCLUSION-TESTING OR CONSULTING ERRORS |
| CG 22 81 | 01-96 | EXCL-ERRONEOUS DELIVERY |
| WIC-3351 | 03-96 | ASBESTOS EXCLUSION |
| WIC-3352 | 03-96 | LEAD CONTAMINATION EXCLUSION |

INLAND MARINE FORMS AND ENDORSEMENTS

| | | |
|---|---|---|
| IM-1268 | 1.0 | COMMERCIAL INLAND MARINE DECLARATIONS |
| IM-7450 | 1.0 | MOTOR TRUCK CARGO LIABILITY COVERAGE |
| IM-7456 | 1.0 | MOTOR TRUCK CARGO LIABILITY-DECLARATIONS |

AUTOMOBILE FORMS AND ENDORSEMENTS

| | | |
|---|---|---|
| CA 190 | 01-87 | COMMERCIAL AUTO COVERAGE PART |
| CA 02 50 | 02-99 | NEW MEXICO CANCELLATION CHANGES |
| CA 21 15 | 10-97 | NM UM COVERAGE |
| CA 00 12 | 07-97 | TRUCKERS COVERAGE FORM |

**THIS ENDORSEMENT CLARIFIES THE POLICY. PLEASE READ CAREFULLY.**

POLICY NO.   MCP   9500049-01                          EFFECTIVE DATE·  05-03-01

## ENDORSEMENT SCHEDULE

| | |
|---|---|
| IF THIS ENDORSEMENT IS LISTED IN THE POLICY DECLARATIONS, IT IS IN EFFECT FROM THE TIME COVERAGE UNDER THIS POLICY COMMENCES. OTHERWISE, THE EFFECTIVE DATE OF THIS ENDORSE-MENT IS AS SHOWN ABOVE AT THE SAME TIME OR HOUR OF THE DAY AS THE POLICY BECAME EFFECTIVE. | COUNTERSIGNED BY |
| | _____ |
| | AUTHORIZED REPRESENTATIVE |

**JACKET#:**                              **EDITION:**

| | | |
|---|---|---|
| CA 00 22 | 02-99 | CHANGES IN COMM. AUTO COVERAGE FORMS |
| CA 99 03 | 07-97 | AUTO MEDICAL PAYMENTS COVERAGE |
| FORM F | 05-83 | UNIFORM MOTOR CARRIER BI & PD LIAB INS |
| MCS-90 | 05-91 | MOTOR CARRIER ACT |
| WIC-6006 | 09-96 | ADDITIONAL INSURED - LESSOR |
| WIC-6007 | 09-96 | MOTOR CARRIER ADDITIONAL INSURED FORM |
| WIC-6021 | 09-96 | LOSS PAYABLE CLAUSE |
| CA 00 13 | 12-93 | TRUCKERS COVERAGE FORM DECLARATIONS |
| CA 00 14 | 12-93 | TRUCKERS DECLARATIONS (CONTINUED) |

GU 207 (Ed  06-78)

INSURED COPY

INTERLINE
IL 00 03 04 98

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CALCULATION OF PREMIUM

This endorsement modifies insurance provided under the following:

    BOILER AND MACHINERY COVERAGE PART
    BUSINESSOWNERS POLICY
    COMMERCIAL AUTOMOBILE COVERAGE PART
    COMMERCIAL CRIME COVERAGE PART
    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    COMMERCIAL INLAND MARINE COVERAGE PART
    COMMERCIAL PROPERTY COVERAGE PART
    EMPLOYMENT - RELATED PRACTICES LIABILITY COVERAGE PART
    FARM COVERAGE PART
    LIQUOR LIABILITY COVERAGE PART
    OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
    POLLUTION LIABILITY COVERAGE PART
    PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
    PROFESSIONAL LIABILITY COVERAGE PART
    RAILROAD PROTECTIVE LIABILITY COVERAGE PART
    SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY - NEW YORK

The following is added:

The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation, or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

Copyright, Insurance Services Office, Inc., 1997

INSURED COPY

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Copyright, Insurance Services Office, Inc., 1998

IL 01 78 03 00

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NEW MEXICO CHANGES - PROPERTY CLAIMS SETTLEMENT IN THE EVENT OF A CATASTROPHE

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART

**A.** The provisions of this endorsement apply to a claim for direct physical loss or damage to Covered Property, provided that:

    **1.** The claim is for loss or damage that results from a catastrophe declared by the Superintendent of Insurance; and

    **2.** The catastrophic event is a Covered Cause of Loss.

**B.** The word loss, as used in this endorsement, includes "loss" as defined in certain coverage forms.

**C.** The following provisions, C.1. and C.2., are added to the policy and supersede any provisions to the contrary:

    **1.** If you reported your claim to us:

        **a.** Before the catastrophe was declared, we will reach agreement with you on the amount of loss within 90 days after the date the catastrophe was declared;

        **b.** After the catastrophe was declared, we will reach agreement with you on the amount of loss within 90 days after the date on which you reported the claim.

    **2.** However, the time periods specified in C.1. above will be extended by the period of time taken to resolve the following situations:

        **a.** We suspect the claim is fraudulent and commence an investigation to make such a determination;

        **b.** You do not provide the necessary information regarding the nature of the claim, following our request for such information; or

        **c.** You filed suit against us in connection with the claim before expiration of the applicable 90-day period.

**D.** All other provisions of this policy continue to apply in the event of a catastrophe, including the Suit Against Us and Appraisal conditions.

**E.** This endorsement does not invalidate our right to deny your claim, nor the right of either party to seek judgment in a court having jurisdiction.

INSURED COPY

IL 02 98 11 99

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NEW MEXICO CHANGES - CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL CRIME COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART

**A.** Paragraph 2. of the **Cancellation** Common Policy Condition is replaced by the following:

   **2. Permissible Reasons And Notice Period**

     **a.** If this policy is in effect less than 60 days, we may cancel for any reason by mailing or delivering to the first Named Insured written notice of cancellation at least 10 days before the effective date of cancellation.

     **b.** If this policy is in effect 60 days or more, we may cancel only for one or more of the following reasons:

       **(1)** Nonpayment of premium.

       **(2)** There has been a substantial change in the risk assumed by us since the policy was issued.

       **(3)** The policy was obtained through material misrepresentation, fraudulent statements, omissions or concealment of fact material to the acceptance of the risk or to the hazard assumed by us.

       **(4)** Willful and negligent acts or omission by the insured have substantially increased the hazards insured against.

       **(5)** You presented a claim based on fraud or material misrepresentation.

     **c.** If we cancel subject to **2.b.** above, we will mail or deliver to the first Named Insured written notice of cancellation at least:

       **(1)** 10 days before the effective date of cancellation, for the reason set forth in **2.b. (1)**.

       **(2)** 30 days before the effective date of cancellation, for the reason set forth in **2.b.(2)**.

       **(3)** 15 days before the effective date of cancellation, for a reason set forth in **2.b.(3)**, **2.b.(4)** or **2.b.(5)**.

The written notice will state the reason for cancellation, except that such statement may be omitted from a notice mailed to an additional insured or lienholder under this policy.

**B.** The following Condition is added:

**NONRENEWAL**

If we decide not to renew this policy, we will mail or deliver to the first Named Insured written notice of the nonrenewal not less than 30 days before the expiration date of the policy.

 Copyright, Insurance Services Office, Inc., 1999

INSURED COPY

INTERLINE
IL 00 21 04 98

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY
# EXCLUSION ENDORSEMENT

### (Broad Form)

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS POLICY
COMMERCIAL AUTO COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY NEW YORK DEPARTMENT OF TRANSPORTATION
UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

   A. Under any Liability Coverage, to "bodily injury" or "property damage":

      (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

      (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the oper-

ation of a "nuclear facility" by any person or organization.

   C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

      (1) The "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or (b) has been discharged or dispersed therefrom;

      (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

      (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility," but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this endorsement:

   "Hazardous properties" includes radioactive, toxic or explosive properties

   "Nuclear material" means "source material," "Special nuclear material" or "by-product material".

INSURED COPY

"Source material," "special nuclear material," and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material (a) containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and (b) resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

    (a) Any "nuclear reactor";

    (b) Any equipment or device designed or used for (1) separating the isotopes of uranium or pluto-nium, (2) processing or utilizing "spent fuel", or (3) handling, processing or packaging "waste";

    (c) Any equipment or device used for the pro-cessing, fabricating or alloying of "special nu-clear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

    (d) Any structure, basin, excavation, premises or place prepared or used for the storage or dis-posal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reac-tion or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive con-tamination of property.

Copyright, Insurance Services Office, Inc., 1997

IL 00 21 04 98

IL 09 35 08 98

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL CRIME COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** We will not pay for loss ("loss") or damage caused directly or indirectly by the following. Such loss ("loss") or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss ("loss") or damage.

    **1.** The failure, malfunction or inadequacy of:

        **a.** Any of the following, whether belonging to any insured or to others:

            **(1)** Computer hardware, including micro-processors;

            **(2)** Computer application software;

            **(3)** Computer operating systems and related software;

            **(4)** Computer networks;

            **(5)** Microprocessors (computer chips) not part of any computer system; or

            **(6)** Any other computerized or electronic equipment or components; or

        **b.** Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph A.1.a. of this endorsement;

        due to the inability to correctly recognize, process, distinguish, interpret or accept one or more dates or times. An example is the inabil-ity of computer software to recognize the year 2000.

    **2.** Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph A.1. of this endorsement.

**B.** If an excluded Cause of Loss as described in Paragraph A. of this endorsement results:

    **1.** In a Covered Cause of Loss under the Boiler And Machinery Coverage Part, the Commercial Crime Coverage Part, the Commercial Inland Marine Coverage Part or the Standard Property Policy; or

    **2.** Under the Commercial Property Coverage Part:

        **a.** In a "Specified Cause of Loss", or in elevator collision resulting from mechanical breakdown, under the Causes of Loss - Special Form; or

        **b.** In a Covered Cause of Loss under the Causes Of Loss - Basic Form or the Causes Of Loss - Broad Form;

we will pay only for the loss ("loss") or damage caused by such "Specified Cause of Loss", elevator collision, or Covered Cause of Loss.

**C.** We will not pay for repair, replacement or modification of any items in Paragraphs A.1.a. and A.1.b. of this endorsement to correct any deficiencies or change any features.

 Copyright, Insurance Services Office, Inc., 1998

## COMMERCIAL PROPERTY COVERAGE PART
## DECLARATIONS

**Policy No.** MCP 9500049-01

Effective Date: 05-03-01 ** 

12:01 A.M., Standard Time

[X] Supplemental Declarations is attached.

### BUSINESS DESCRIPTION*

INDIVIDUAL

### DESCRIPTION OF PREMISES

| PREM NO. | BLDG. NO. | LOCATION, CONSTRUCTION AND OCCUPANCY |
|---|---|---|
| | | **See Designation of Premises Schedule** |

### COVERAGES PROVIDED—INSURANCE AT THE DESCRIBED PREMISES APPLIES ONLY FOR COVERAGES FOR WHICH A LIMIT OF INSURANCE IS SHOWN

| PREM NO | BLDG. NO | COVERAGE | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | COINSURANCE+ | RATES |
|---|---|---|---|---|---|---|
| | | **See GU-207-M (6/78) Statement of Values** | | | | |

### OPTIONAL COVERAGES—APPLICABLE ONLY WHEN ENTRIES ARE MADE IN THE SCHEDULE BELOW | – IF EXTRA EXPENSE COVERAGE LIMITS ON LOSS PAYMENT

| PREM NO | BLDG. NO. | AGREED VALUE EXPIRATION DATE | COVERAGE | AMOUNT | REPLACEMENT COST (X) BUILDING | PERSONAL PROPERTY | INCLUDING "STOCK" |
|---|---|---|---|---|---|---|---|
| | | | **See GU-207-M (6/78) Statement of Values** | | | | |

| PREM NO | BLDG. NO | INFLATION GUARD (Percentage) BUILDING PERSONAL PROPERTY | ++MONTHLY LIMIT OF INDEMNITY (Fraction) | ++MAXIMUM PERIOD OF INDEMNITY (X) | ++EXTENDED PERIOD OF INDEMNITY (Days) |
|---|---|---|---|---|---|
| | | **See GU-207-M (6/78) Statement of Values** | | | |

### MORTGAGE HOLDER (S)

– +APPLIES TO BUSINESS INCOME ONLY

| PREM NO. | BLDG. NO | MORTGAGE HOLDER NAME AND MAILING ADDRESS |
|---|---|---|
| | | **See Mortgage Holder(s) Schedule** |

### DEDUCTIBLE

$250. EXCEPTIONS. **See GU-207-M (6/78) Statement of Values**

### FORMS AND ENDORSEMENTS (other than applicable Forms and Endorsements shown elsewhere in the policy)

Forms and Endorsements applying to this Coverage Part and made part of this policy at time of issue:

APPLICABLE TO ALL COVERAGES    **See Endorsement Schedule Attached**

| APPLICABLE TO SPECIFIC PREMISES/COVERAGES | PREM NO | BLDG. NO | COVERAGES | FORM NUMBERS |
|---|---|---|---|---|
| | | | | |

### PREMIUM

Premium for this Coverage Part $       204.00

*Information omitted if shown elsewhere in the policy                                    **Inclusion of date optional

THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING THE NAME OF THE INSURED AND THE POLICY PERIOD

CF 150 (11-85)       Includes copyrighted material of ISO Commercial Risk Services, Inc., with its permission. Copyright, ISO Commercial Risk Services, Inc., 1983, 1984

INSURED COPY

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| B = Building    S = Stock<br>C = Contents  BI = Business Income<br>E = Equipment  EX = Extra Expense<br>        O = Other | | | | 80%<br>90%<br>100% | | **S t a t e m e n t  o f  V a l u e s**<br>(Supplement to Property Coverage Part Declaration) | | | |

| Loc & Bldg | Construction and Occupancy | Cover-age | DED Limit | Co-Ins | Rept | ACV/RC | Covered Causes of Loss | Agreed Value-Expiration Date | Blkt Grp |
|---|---|---|---|---|---|---|---|---|---|
| 001 | FRAME | | 500 | | | | | | |
| 001 | OFFICE | C | S    25,000 | 90 | | RC | SPECIAL | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

|  | | |
|---|---|---|
| Total of Limits | S    25,000 | Page 1 |

GU-207-M  (06/78 )

INSURED COPY

COMMERCIAL PROPERTY
CP 00 10 10 00

# BUILDING AND PERSONAL PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **H. - Definitions.**

## A. Coverage

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

### 1. Covered Property

Covered Property, as used in this Coverage Part, means the type of property described in this Section, **A.1.,** and limited in **A.2.,** Property Not Covered, if a Limit of Insurance is shown in the Declarations for that type of property.

**a. Building,** meaning the building or structure described in the Declarations, including:

(1) Completed additions;

(2) Fixtures, including outdoor fixtures;

(3) Permanently installed:

(a) Machinery and

(b) Equipment;

(4) Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

(a) Fire extinguishing equipment;

(b) Outdoor furniture;

(c) Floor coverings; and

(d) Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

(5) If not covered by other insurance:

(a) Additions under construction, alterations and repairs to the building or structure;

(b) Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

**b. Your Business Personal Property** located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises, consisting of the following unless otherwise specified in the Declarations or on the Your Business Personal Property - Separation of Coverage form:

(1) Furniture and fixtures;

(2) Machinery and equipment;

(3) "Stock";

(4) All other personal property owned by you and used in your business;

(5) Labor, materials or services furnished or arranged by you on personal property of others;

(6) Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

(a) Made a part of the building or structure you occupy but do not own; and

(b) You acquired or made at your expense but cannot legally remove;

(7) Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property of Others.

Copyright, Insurance Services Office, Inc., 1999
INSURED COPY

**c. Personal Property Of Others** that is:

    **(1)** In your care, custody or control; and

    **(2)** Located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**2. Property Not Covered**

Covered Property does not include:

**a.** Accounts, bills, currency, deeds, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities;

**b.** Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings;

**c.** Automobiles held for sale;

**d.** Bridges, roadways, walks, patios or other paved surfaces;

**e.** Contraband, or property in the course of illegal transportation or trade;

**f.** The cost of excavations, grading, backfilling or filling;

**g.** Foundations of buildings, structures, machinery or boilers if their foundations are below:

    **(1)** The lowest basement floor; or

    **(2)** The surface of the ground, if there is no basement;

**h.** Land (including land on which the property is located), water, growing crops or lawns;

**i.** Personal property while airborne or waterborne;

**j.** Bulkheads, pilings, piers, wharves or docks;

**k.** Property that is covered under another coverage of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

**l.** Retaining walls that are not part of a building;

**m.** Underground pipes, flues or drains;

**n.** The cost to research, replace or restore the information on valuable papers and records, including those which exist on electronic or magnetic media, except as provided in the Coverage Extensions;

**o.** Vehicles or self-propelled machines (including aircraft or watercraft) that:

    **(1)** Are licensed for use on public roads; or

    **(2)** Are operated principally away from the described premises.

This paragraph does not apply to:

    **(a)** Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

    **(b)** Vehicles or self-propelled machines, other than autos, you hold for sale;

    **(c)** Rowboats or canoes out of water at the described premises; or

    **(d)** Trailers, but only to the extent provided for in the Coverage Extension for Non-Owned Detached Trailers.

**p.** The following property while outside of buildings:

    **(1)** Grain, hay, straw or other crops;

    **(2)** Fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, signs (other than signs attached to buildings), trees, shrubs or plants (other than "stock" of trees, shrubs or plants), all except as provided in the Coverage Extensions.

**3. Covered Causes Of Loss**

See applicable Causes of Loss Form as shown in the Declarations.

**4. Additional Coverages**

  **a. Debris Removal**

    **(1)** Subject to Paragraphs **(3)** and **(4)**, we will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

Copyright, Insurance Services Office, Inc., 1999

CP 00 10 10 00

(2) Debris Removal does not apply to costs to:

    (a) Extract "pollutants" from land or water; or

    (b) Remove, restore or replace polluted land or water.

(3) Subject to the exceptions in Paragraph **(4)**, the following provisions apply:

    (a) The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

    (b) Subject to **(a)** above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

(4) We will pay up to an additional $10,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

    (a) The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

    (b) The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

    Therefore, if **(4)(a)** and/or **(4)(b)** apply, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $10,000.

(5) Examples

    The following examples assume that there is no coinsurance penalty.

**Example #1**

| | |
|---|---|
| Limit of Insurance | $ 90,000 |
| Amount of Deductible | $ 500 |
| Amount of Loss | $ 50,000 |
| Amount of Loss Payable | $ 49,500 |
| | ($50,000 - $500) |
| Debris Removal Expense | $ 10,000 |
| Debris Removal Expense Payable | $ 10,000 |
| ($10,000 is 20% of $50,000) | |

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore the full amount of debris removal expense is payable in accordance with the terms of Paragraph **(3)**.

**Example #2**

| | | |
|---|---|---|
| Limit of Insurance | | $ 90,000 |
| Amount of Deductible | | $ 500 |
| Amount of Loss | | $ 80,000 |
| Amount of Loss Payable | | $ 79,500 |
| | | ($80,000 - $500) |
| Debris Removal Expense | | $ 30,000 |
| Debris Removal Expense Payable | | |
| | Basic Amount | $ 10,500 |
| | Additional Amount | $ 10,000 |

The basic amount payable for debris removal expense under the terms of Paragraph **(3)** is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000; capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

 Copyright, Insurance Services Office, Inc., 1999

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph **(4)**, because the debris removal expense ($30,000) exceeds 25% of the loss payable plus the deductible ($30,000 is 37.5% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $30,000 = $109,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $10,000, the maximum payable under Paragraph **(4).** Thus the total payable for debris removal expense in this example is $20,500; $9,500 of the debris removal expense is not covered.

**b. Preservation Of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

**c. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000 for your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

No Deductible applies to this Additional Coverage.

**d. Pollutant Clean Up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12 month period of this policy.

**e. Increased Cost Of Construction**

**(1)** This Additional Coverage applies only to buildings to which the Replacement Cost Optional Coverage applies.

**(2)** In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with enforcement of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in **e.(3)** through **e.(9)** of this Additional Coverage.

**(3)** The ordinance or law referred to in **e.(2)** of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises, and is in force at the time of loss.

**(4)** Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

**(a)** You were required to comply with before the loss, even when the building was undamaged; and

**(b)** You failed to comply with.

**(5)** Under this Additional Coverage, we will not pay any costs associated with the enforcement of an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"

Copyright, Insurance Services Office, Inc., 1999
INSURED COPY

**(6)** The most we will pay under this Additional Coverage, for each described building insured under this Coverage Form, is $10,000 or 5% of the Limit of Insurance applicable to that building, whichever is less. If a damaged building is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for that damaged building, is the lesser of: $10,000 or 5% times the value of the damaged building as of the time of loss times the applicable coinsurance percentage.

The amount payable under this Additional Coverage is additional insurance.

**(7)** With respect to this Additional Coverage:

**(a)** We will not pay for the Increased Cost of Construction:

**(i)** Until the property is actually repaired or replaced, at the same or another premises; and

**(ii)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

**(b)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the same premises.

**(c)** If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the new premises.

**(8)** This Additional Coverage is not subject to the terms of the Ordinance or Law Exclusion, to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

**(9)** The costs addressed in the Loss Payment and Valuation Conditions, and the Replacement Cost Optional Coverage, in this Coverage Form, do not include the increased cost attributable to enforcement of an ordinance or law. The amount payable under this Additional Coverage, as stated in **e.(6)** of this Additional Coverage, is not subject to such limitation.

**5. Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

If a Coinsurance percentage of 80% or more or, a Value Reporting period symbol, is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**a. Newly Acquired Or Constructed Property**

**(1) Buildings**

If this policy covers Building, you may extend that insurance to apply to:

**(a)** Your new buildings while being built on the described premises; and

**(b)** Buildings you acquire at locations, other than the described premises, intended for

**(i)** Similar use as the building described in the Declarations; or

**(ii)** Use as a warehouse.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

**(2) Your Business Personal Property**

**(a)** If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

**(i)** Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions;

Copyright, Insurance Services Office, Inc., 1999
INSURED COPY

**(ii)** Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations; or

**(iii)** Business personal property that you newly acquire, located at the described premises.

The most we will pay for loss or damage under this Extension is $100,000 at each building.

**(b)** This Extension does not apply to:

**(i)** Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

**(ii)** Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

**(3) Period Of Coverage**

With respect to insurance on or at each newly acquired or constructed property, coverage will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** 30 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

**(c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

**b. Personal Effects And Property Of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

**(1)** Personal effects owned by you, your officers, your partners or members, your managers or your employees. This extension does not apply to loss or damage by theft.

**(2)** Personal property of others in your care, custody or control.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**c. Valuable Papers And Records - Cost Of Research**

You may extend the insurance that applies to Your Business Personal Property to apply to your costs to research, replace or restore the lost information on lost or damaged valuable papers and records, including those which exist on electronic or magnetic media, for which duplicates do not exist. The most we will pay under this Extension is $2,500 at each described premises, unless a higher limit is shown in the Declarations.

**d. Property Off-Premises**

**(1)** You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described premises, if it is:

**(a)** Temporarily at a location you do not own, lease or operate;

**(b)** In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or

**(c)** At any fair, trade show or exhibition.

**(2)** This Extension does not apply to property:

**(a)** In or on a vehicle; or

**(b)** In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition.

**(3)** The most we will pay for loss or damage under this Extension is $10,000.

**e. Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas (including satellite dishes), signs (other than signs attached to buildings), trees, shrubs and plants (other than "stock" of trees, shrubs or plants), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

**(1)** Fire;

**(2)** Lightning;

**(3)** Explosion;

**(4)** Riot or Civil Commotion; or

**(5)** Aircraft.

Copyright, Insurance Services Office, Inc., 1999
INSURED COPY

The most we will pay for loss or damage under this Extension is $1,000, but not more than $250 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

**f. Non-Owned Detached Trailers**

(1) You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to trailers that you do not own, provided that:

   (a) The trailer is used in your business;

   (b) The trailer is in your care, custody or control at the premises described in the Declarations; and

   (c) You have a contractual responsibility to pay for loss or damage to the trailer.

(2) We will not pay for any loss or damage that occurs:

   (a) While the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;

   (b) During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

(3) The most we will pay for loss or damage under this Extension is $5,000, unless a higher limit is shown in the Declarations.

(4) This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

Each of these Extensions is additional insurance. The Additional Condition, Coinsurance, does not apply to these Extensions.

**B. Exclusions And Limitations**

See applicable Causes of Loss Form as shown in the Declarations.

**C. Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

The most we will pay for loss or damage to outdoor signs attached to buildings is $1,000 per sign in any one occurrence.

The limits applicable to the Coverage Extensions and the Fire Department Service Charge and Pollutant Clean Up and Removal Additional Coverages are in addition to the Limits of Insurance.

Payments under the Preservation of Property Additional Coverage will not increase the applicable Limit of Insurance.

**D. Deductible**

In any one occurrence of loss or damage (hereinafter referred to as loss), we will first reduce the amount of loss if required by the Coinsurance Condition or the Agreed Value Optional Coverage. If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss. If the adjusted amount of loss exceeds the Deductible, we will then subtract the Deductible from the adjusted amount of loss, and will pay the resulting amount or the Limit of Insurance, whichever is less.

When the occurrence involves loss to more than one item of Covered Property and separate Limits of Insurance apply, the losses will not be combined in determining application of the Deductible. But the Deductible will be applied only once per occurrence.

**Example No. 1:**

(This example assumes there is no coinsurance penalty.)

| | | |
|---|---|---|
| Deductible: | $ | 250 |
| Limit of Insurance - Bldg. 1: | $ | 60,000 |
| Limit of Insurance - Bldg. 2: | $ | 80,000 |
| Loss to Bldg. 1: | $ | 60,100 |
| Loss to Bldg. 2: | $ | 90,000 |

The amount of loss to Bldg. 1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Bldg. 1 plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Bldg. 1:

$ 60,100
-    250
$ 59,850 Loss Payable - Bldg. 1

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of loss payable for Bldg. 2. Loss payable for Bldg. 2 is the Limit of Insurance of $80,000.

Total amount of loss payable: $59,850 + 80,000 = $139,850

 Copyright, Insurance Services Office, Inc., 1999

INSURED COPY

**Example No. 2:**

(This example, too, assumes there is no coinsurance penalty.)

The Deductible and Limits of Insurance are the same as those in Example No. 1.

Loss to Bldg. 1:    $     70,000
(exceeds Limit of Insurance plus Deductible)

Loss to Bldg. 2:    $     90,000
(exceeds Limit of Insurance plus Deductible)

Loss Payable - Bldg. 1.    $60,000
(Limit of Insurance)

Loss Payable - Bldg. 2:    $80,000
(Limit of Insurance)

Total amount of loss payable:
            $140,000

**E. Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

**1. Abandonment**

There can be no abandonment of any property to us.

**2. Appraisal**

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

**3. Duties In The Event Of Loss Or Damage**

**a.** You must see that the following are done in the event of loss or damage to Covered Property:

**(1)** Notify the police if a law may have been broken.

**(2)** Give us prompt notice of the loss or damage. Include a description of the property involved.

**(3)** As soon as possible, give us a description of how, when and where the loss or damage occurred.

**(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

**(5)** At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

**(6)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

**(7)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

**(8)** Cooperate with us in the investigation or settlement of the claim.

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**4. Loss Payment**

**a.** In the event of loss or damage covered by this Coverage Form, at our option, we will either:

**(1)** Pay the value of lost or damaged property;

**(2)** Pay the cost of repairing or replacing the lost or damaged property, subject to **b.** below;

**(3)** Take all or any part of the property at an agreed or appraised value; or

**(4)** Repair, rebuild or replace the property with other property of like kind and quality, subject to **b.** below.

    Copyright, Insurance Services Office, Inc., 1999

We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.

**b.** The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

**c.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**d.** We will not pay you more than your financial interest in the Covered Property.

**e.** We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**f.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**g.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part and:

**(1)** We have reached agreement with you on the amount of loss; or

**(2)** An appraisal award has been made.

**5. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**6. Vacancy**

**a. Description Of Terms**

**(1)** As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in **(1)(a)** and **(1)(b)** below:

**(a)** When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

**(b)** When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

**(i)** Rented to a lessee or sub-lessee and used by the lessee or sub-lessee to conduct its customary operations; and/or

**(ii)** Used by the building owner to conduct customary operations.

**(2)** Buildings under construction or renovation are not considered vacant.

**b. Vacancy Provisions**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

**(1)** We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

**(a)** Vandalism;

**(b)** Sprinkler leakage, unless you have protected the system against freezing;

**(c)** Building glass breakage;

**(d)** Water damage;

**(e)** Theft; or

**(f)** Attempted theft.

**(2)** With respect to Covered Causes of Loss other than those listed in **b.(1)(a)** through **b.(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

Copyright, Insurance Services Office, Inc., 1999
INSURED COPY

7. **Valuation**

We will determine the value of Covered Property in the event of loss or damage as follows:

**a.** At actual cash value as of the time of loss or damage, except as provided in **b., c., d., e.** and **f.** below.

**b.** If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property. However, the following property will be valued at the actual cash value even when attached to the building:

(1) Awnings or floor coverings;

(2) Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

(3) Outdoor equipment or furniture.

**c.** "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

**d.** Glass at the cost of replacement with safety glazing material if required by law.

**e.** Tenant's Improvements and Betterments at:

(1) Actual cash value of the lost or damaged property if you make repairs promptly.

(2) A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

(a) Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

(b) Divide the amount determined in (a) above by the number of days from the installation of improvements to the expiration of the lease

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

(3) Nothing if others pay for repairs or replacement.

**f.** Valuable Papers and Records, including those which exist on electronic or magnetic media (other than prepackaged software programs), at the cost of:

(1) Blank materials for reproducing the records; and

(2) Labor to transcribe or copy the records when there is a duplicate.

**F. Additional Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

**1. Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies.

**a.** We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

(1) Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

(2) Divide the Limit of Insurance of the property by the figure determined in Step **(1)**;

(3) Multiply the total amount of loss, before the application of any deductible, by the figure determined in Step **(2)**; and

(4) Subtract the deductible from the figure determined in Step **(3)**.

We will pay the amount determined in Step **(4)** or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

**Example No. 1 (Underinsurance):**

| When: | The value of the property is | $ | 250,000 |
|---|---|---|---|
| | The Coinsurance percentage for it is | | 80% |
| | The Limit of Insurance for it is | $ | 100,000 |
| | The Deductible is | $ | 250 |
| | The amount of loss is | $ | 40,000 |
| Step **(1)**: | $250,000 x 80% = $200,000 (the minimum amount of insurance to meet your Coinsurance requirements) | | |
| Step **(2)**: | $100,000 ÷ $200,000 = .50 | | |
| Step **(3)**: | $40,000 x .50 = $20,000 | | |
| Step **(4)**: | $20,000 - $250 = $19,750 | | |

We will pay no more than $19,750. The remaining $20,250 is not covered.

INSURED COPY

**Example No. 2 (Adequate Insurance):**

When:

| | | | |
|---|---|---|---|
| The value of the property is | $ | 250.000 | |
| The Coinsurance percentage for it is | | 80% | |
| The Limit of Insurance for it is | $ | 200.000 | |
| The Deductible is | $ | 250 | |
| The amount of loss is | $ | 40,000 | |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($250,000 x 80%). Therefore, the Limit of Insurance in this Example is adequate and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

**b.** If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

**Example No. 3:**

When:

| | | | |
|---|---|---|---|
| The value of property is: | | | |
| Bldg. at Location No. 1 | $ | 75,000 | |
| Bldg. at Location No. 2 | $ | 100,000 | |
| Personal Property at Location No. 2 | $ | 75,000 | |
| | $ | 250,000 | |
| The Coinsurance percentage for it is | | 90% | |
| The Limit of Insurance for Buildings and Personal Property at Location Nos. 1 and 2 is | $ | 180,000 | |
| The Deductible is | $ | 1,000 | |
| The amount of loss is: | | | |
| Bldg. at Location No. 2 | $ | 30,000 | |
| Personal Property at Location No. 2. | $ | 20,000 | |
| | $ | 50,000 | |

**Step (1):** $250,000 x 90% = $225,000
(the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below)

**Step (2):** $180,000 ÷ $225,000 = .80

**Step (3):** $50,000 x .80 = $40,000

**Step (4):** $40,000 - $1,000 = $39,000

We will pay no more than $39,000. The remaining $11,000 is not covered.

**2. Mortgageholders**

**a.** The term mortgageholder includes trustee.

**b.** We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

**c.** The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

**d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

**(1)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

**(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

**(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this Coverage Part will then apply directly to the mortgageholder.

**e.** If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

**(1)** The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

**(2)** The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

**f.** If we cancel this policy, we will give written notice to the mortgageholder at least:

**(1)** 10 days before the effective date of cancellation if we cancel for your non-payment of premium; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**g.** If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

 Copyright, Insurance Services Office, Inc., 1999

INSURED COPY

## G. Optional Coverages

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item.

### 1. Agreed Value

a. The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.

b. If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

c. The terms of this Optional Coverage apply only to loss or damage that occurs:

(1) On or after the effective date of this Optional Coverage; and

(2) Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

### 2. Inflation Guard

a. The Limit of Insurance for property to which this Optional Coverage applied will automatically increase by the annual percentage shown in the Declarations.

b. The amount of increase will be:

(1) The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

(2) The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

(3) The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

**Example:**

| If: | The applicable Limit of Insurance is | $ 100,000 |
| | The annual percentage increase is | 8% |
| | The number of days since the beginning of the policy year (or last policy change) is | 146 |
| | The amount of increase is $100,000 x .08 x 146 ÷ 365 = | $ 3,200 |

### 3. Replacement Cost

a. Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Loss Condition, Valuation, of this Coverage Form.

b. This Optional Coverage does not apply to:

(1) Personal property of others;

(2) Contents of a residence;

(3) Manuscripts;

(4) Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; or

(5) "Stock", unless the Including "Stock" option is shown in the Declarations.

Under the terms of this Replacement Cost Optional Coverage, tenants' improvements and betterments are not considered to be the personal property of others.

c. You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

d. We will not pay on a replacement cost basis for any loss or damage:

(1) Until the lost or damaged property is actually repaired or replaced; and

      Copyright, Insurance Services Office, Inc., 1999           □

INSURED COPY

**(2)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

With respect to tenants' improvements and betterments, the following also apply:

**(3)** If the conditions in **d.(1)** and **d.(2)** above are not met, the value of tenants' improvements and betterments will be determined as a proportion of your original cost, as set forth in the Valuation Condition of this Coverage Form; and

**(4)** We will not pay for loss or damage to tenants' improvements and betterments if others pay for repairs or replacement.

**e.** We will not pay more for loss or damage on a replacement cost basis than the least of **(1)**, **(2)** or **(3)**, subject to **f.** below:

**(1)** The Limit of Insurance applicable to the lost or damaged property;

**(2)** The cost to replace the lost or damaged property with other property:

**(a)** Of comparable material and quality; and

**(b)** Used for the same purpose; or

**(3)** The amount actually spent that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost described in **e.(2)** above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

**f.** The cost of repair or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

**4. Extension Of Replacement Cost To Personal Property Of Others**

**a.** If the Replacement Cost Optional Coverage is shown as applicable in the Declarations, then this Extension may also be shown as applicable. If the Declarations show this Extension as applicable, then Paragraph **3.b.(1)** of the Replacement Cost Optional Coverage is deleted and all other provisions of the Replacement Cost Optional Coverage apply to replacement cost on personal property of others.

**b.** With respect to replacement cost on the personal property of others, the following limitation applies:

If an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance.

**H. Definitions**

**1.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**2.** "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

# COMMERCIAL PROPERTY CONDITIONS

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

**A.  CONCEALMENT, MISREPRESENTATION OR FRAUD**

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

1.  This Coverage Part;

2.  The Covered Property;

3.  Your interest in the Covered Property; or

4.  A claim under this Coverage Part.

**B.  CONTROL OF PROPERTY**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**C.  INSURANCE UNDER TWO OR MORE COVERAGES**

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

**D.  LEGAL ACTION AGAINST US**

No one may bring a legal action against us under this Coverage Part unless:

1.  There has been full compliance with all of the terms of this Coverage Part; and

2.  The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

**E.  LIBERALIZATION**

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

**F.  NO BENEFIT TO BAILEE**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**G.  OTHER INSURANCE**

1.  You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits of Insurance of all insurance covering on the same basis.

2.  If there is other insurance covering the same loss or damage, other than that described in 1. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

**H.  POLICY PERIOD, COVERAGE TERRITORY**

Under this Coverage Part:

1.  We cover loss or damage commencing:

    a.  During the policy period shown in the Declarations; and

    b.  Within the coverage territory.

2.  The coverage territory is:

    a.  The United States of America (including its territories and possessions);

    b.  Puerto Rico; and

    c.  Canada

Copyright, ISO Commercial Risk Services, Inc., 1983, 1987

INSURED COPY

**I. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

1. Prior to a loss to your Covered Property or Covered Income.

2. After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:

   a. Someone insured by this insurance;

   b. A business firm:

      (1) Owned or controlled by you; or

      (2) That owns or controls you; or

   c. Your tenant.

This will not restrict your insurance.

Copyright, ISO Commercial Risk Services, Inc., 1983, 1987

CP 00 90 07 88

INSURED COPY

COMMERCIAL PROPERTY
CP 01 36 03 00

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NEW MEXICO CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

**A.** With respect to coverage provided under this Coverage Part for one through four family residential buildings which you own and lease to others for use as a residence the Replacement Cost Optional Coverage applies. For such one through four family residential buildings, Paragraphs **c.** and **d.** of the Replacement Cost Optional Coverage are replaced by the following:

    **c.** We will pay, subject to the Limit of Insurance, no more than the actual cash value of the damaged residential building until the actual repair or replacement is complete. However, if the actual cash value amount is insufficient to initiate repair or replacement of the damaged residential building, we will advance to you the amount necessary for you to initiate such repair or replacement. After the payment of actual cash value or such greater amount as described above, we will advance further amounts as necessary to continue the repair or replacement. The total of all advances and other payments hereunder will not exceed the amount allowed under Paragraph **e.** of the Replacement Cost Optional Coverage, nor will that total exceed the amount of loss payment we agree upon.

    Under this loss settlement procedure, the following special provisions apply:

      (1) You shall promptly forward to us evidence of the agreement with the party repairing or replacing the damaged residential building showing the cost and estimated completion date of the repairs to the building;

      (2) We will send to you the balance, if any, of the loss payment previously agreed upon when you forward to us evidence of the completion of the repairs to the damaged residential building.

    **d.** You may disregard the replacement cost optional coverage provisions and make claim under this policy, for loss or damage to a residential building, on an actual cash value

basis. You may then make claim within 180 days after loss for any additional liability according to the provisions stated in **c.** above.

**B.** The following exclusion and related provisions are added to the Causes Of Loss Forms and to any Coverage Form to which a Causes Of Loss Form is not attached:

    **1.** We will not pay for loss or damage arising out of any act committed:

      **a.** By or at the direction of any insured; and

      **b.** With the intent to cause a loss.

    **2.** However, this exclusion will not apply to deny coverage to an innocent coinsured victim of domestic abuse who did not cooperate in or contribute to the creation of the loss provided that the loss is otherwise covered under this Coverage Part and is proximately related to and in furtherance of domestic abuse.

    **3.** If we pay a claim pursuant to Paragraph **B.2.** of this endorsement, our payment to the insured is limited to the extent of that person's interest in the property. In no event will we pay more than the Limit of Insurance.

**C.** The following is added to the **Transfer Of Rights Of Recovery Against Others To Us** Condition in the Commercial Property Conditions:

    If we pay an innocent coinsured victim of domestic abuse for loss arising out of an act of domestic abuse by another insured, the rights of the innocent coinsured to recover damages from the perpetrator of the domestic abuse are transferred to us to the extent of our payment. Following the loss, the innocent coinsured may not waive such rights to recover against the perpetrator of the domestic abuse.

**D.** In Paragraphs **B.** and **C.** of this endorsement, domestic abuse means attempting to cause or intentionally, knowingly or recklessly causing damage to property for the purpose of intimidating or attempting to control the behavior of another person, including a minor.

CP 01 36 03 00          Copyright, Insurance Services Office, Inc., 1999          Page 1 of 1  ☐

INSURED COPY

COMMERCIAL PROPERTY
CP 10 30 10 00

# CAUSES OF LOSS - SPECIAL FORM

Words and phrases that appear in quotation marks have special meaning. Refer to Section **F.** - Definitions.

## A. Covered Causes Of Loss

When Special is shown in the Declarations, Covered Causes of Loss means Risks Of Direct Physical Loss unless the loss is:

1. Excluded in Section **B.,** Exclusions; or

2. Limited in Section **C.,** Limitations;

that follow.

## B. Exclusions

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

   **a. Ordinance Or Law**

   The enforcement of any ordinance or law:

   (1) Regulating the construction, use or repair of any property; or

   (2) Requiring the tearing down of any property, including the cost of removing its debris.

   This exclusion, Ordinance Or Law, applies whether the loss results from:

   (1) An ordinance or law that is enforced even if the property has not been damaged; or

   (2) The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

   **b. Earth Movement**

   (1) Earthquake, including any earth sinking, rising or shifting related to such event;

   (2) Landslide, including any earth sinking, rising or shifting related to such event;

   (3) Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

   (4) Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

   But if Earth Movement, as described in **b.(1)** through **(4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

   (5) Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.

   Volcanic action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

   (a) Airborne volcanic blast or airborne shock waves;

   (b) Ash, dust or particulate matter; or

   (c) Lava flow.

   All volcanic eruptions that occur within any 168 hour period will constitute a single occurrence.

   Volcanic action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

   **c. Governmental Action**

   Seizure or destruction of property by order of governmental authority.

   But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

Copyright. Insurance Services Office, Inc., 1999

**d. Nuclear Hazard**

Nuclear reaction or radiation. or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**e. Utility Services**

The failure of power or other utility service supplied to the described premises, however caused, if the failure occurs away from the described premises.

But if the failure of power or other utility service results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

This exclusion does not apply to the Business Income coverage or to Extra Expense coverage. Instead, the Special Exclusion in Paragraph **B.4.a.(1)** applies to these coverages.

**f. War And Military Action**

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g. Water**

(1) Flood, surface water, waves, tides, tidal waves. overflow of any body of water, or their spray, all whether driven by wind or not;

(2) Mudslide or mudflow;

(3) Water that backs up or overflows from a sewer, drain or sump: or

(4) Water under the ground surface pressing on, or flowing or seeping through:

(a) Foundations, walls, floors or paved surfaces;

(b) Basements, whether paved or not; or

(c) Doors, windows or other openings.

But if Water. as described in **g.(1)** through **g.(4)** above, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire. explosion or sprinkler leakage.

Exclusions **B.1.a.** through **B.1.g.** apply whether or not the loss event results in widespread damage or affects a substantial area.

2. We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Artificially generated electrical current, including electric arcing, that disturbs electrical devices, appliances or wires.

But if artificially generated electrical current results in fire, we will pay for the loss or damage caused by that fire.

**b.** Delay, loss of use or loss of market.

**c.** Smoke, vapor or gas from agricultural smudging or industrial operations.

**d.** (1) Wear and tear;

(2) Rust, corrosion. fungus, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

(3) Smog;

(4) Settling, cracking, shrinking or expansion;

(5) Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals.

(6) Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision.

(7) The following causes of loss to personal property:

(a) Dampness or dryness of atmosphere;

(b) Changes in or extremes of temperature; or

(c) Marring or scratching.

But if an excluded cause of loss that is listed in **2.d.(1)** through **(7)** results in a "specified cause of loss" or building glass breakage. we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

Copyright, Insurance Services Office, Inc., 1999

e. Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

f. Continuous or repeated seepage or leakage of water that occurs over a period of 14 days or more.

g. Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

(1) You do your best to maintain heat in the building or structure; or

(2) You drain the equipment and shut off the supply if the heat is not maintained.

h. Dishonest or criminal act by you, any of your partners, members, officers, managers, employees (including leased employees), directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

(1) Acting alone or in collusion with others; or

(2) Whether or not occurring during the hours of employment.

This exclusion does not apply to acts of destruction by your employees (including leased employees); but theft by employees (including leased employees) is not covered.

i. Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

j. Rain, snow, ice or sleet to personal property in the open.

k. Collapse, except as provided below in the Additional Coverage for Collapse. But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

l. Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This Exclusion, l., does not apply to damage to glass caused by chemicals applied to the glass.

m. Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

3. We will not pay for loss or damage caused by or resulting from any of the following, 3.a. through 3.c. But if an excluded cause of loss that is listed in 3.a. through 3.c. results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

a. Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph 1. above to produce the loss or damage.

b. Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

c. Faulty, inadequate or defective:

(1) Planning, zoning, development, surveying, siting;

(2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

(3) Materials used in repair, construction, renovation or remodeling; or

(4) Maintenance;

of part or all of any property on or off the described premises.

4. **Special Exclusions**

The following provisions apply only to the specified Coverage Forms.

a. **Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, or Extra Expense Coverage Form**

We will not pay for:

(1) Any loss caused directly or indirectly by the failure of power or other utility service supplied to the described premises, however caused, if the failure occurs outside of a covered building.

Copyright, Insurance Services Office, Inc., 1999
INSURED COPY

But if the failure of power or other utility service results in a Covered Cause of Loss, we will pay for the loss resulting from that Covered Cause of Loss.

**(2)** Any loss caused by or resulting from:

**(a)** Damage or destruction of "finished stock"; or

**(b)** The time required to reproduce "finished stock".

This exclusion does not apply to Extra Expense.

**(3)** Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.

**(4)** Any increase of loss caused by or resulting from:

**(a)** Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

**(b)** Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage and the Extended Period Of Indemnity Optional Coverage or any variation of these.

**(5)** Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration".

**(6)** Any other consequential loss.

**b. Leasehold Interest Coverage Form**

**(1)** Paragraph **B.1.a.** Ordinance Or Law, does not apply to insurance under this Coverage Form.

**(2)** We will not pay for any loss caused by:

**(a)** Your cancelling the lease;

**(b)** The suspension, lapse or cancellation of any license; or

**(c)** Any other consequential loss.

**c. Legal Liability Coverage Form**

**(1)** The following exclusions do not apply to insurance under this Coverage Form:

**(a)** Paragraph **B.1.a.**, Ordinance Or Law.

**(b)** Paragraph **B.1.c.**, Governmental Action;

**(c)** Paragraph **B.1.d.**, Nuclear Hazard;

**(d)** Paragraph **B.1.e.**, Utility Services, and

**(e)** Paragraph **B.1.f.**, War And Military Action.

**(2)** The following additional exclusions apply to insurance under this Coverage Form:

**(a) Contractual Liability**

We will not defend any claim or "suit", or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement. But this exclusion does not apply to a written lease agreement in which you have assumed liability for building damage resulting from an actual or attempted burglary or robbery, provided that:

**(i)** Your assumption of liability was executed prior to the accident; and

**(ii)** The building is Covered Property under this Coverage Form.

**(b) Nuclear Hazard**

We will not defend any claim or "suit", or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

**C. Limitations**

The following limitations apply to all policy forms and endorsements, unless otherwise stated.

**1.** We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

**a.** Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

Copyright, Insurance Services Office, Inc., 1999
INSURED COPY
CP 10 30 10 00    □

**b.** Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

**c.** The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

   **(1)** The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

   **(2)** The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

**d.** Building materials and supplies not attached as part of the building or structure, caused by or resulting from theft.

   However, this limitation does not apply to:

   **(1)** Building materials and supplies held for sale by you, unless they are insured under the Builders Risk Coverage Form; or

   **(2)** Business Income coverage or Extra Expense coverage.

**e.** Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

**f.** Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

**2.** We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

**a.** Valuable papers and records, such as books of account, manuscripts, abstracts, drawings and card index systems, including those which exist on film, tape, disc, drum, cell or other data processing, recording or storage media. Valuable papers and records do not include prepackaged software programs.

**b.** Animals, and then only if they are killed or their destruction is made necessary.

**c.** Fragile articles such as statuary, marbles, chinaware and porcelains, if broken. This restriction does not apply to:

   **(1)** Glass; or

   **(2)** Containers of property held for sale.

**d.** Builders' machinery, tools and equipment owned by you or entrusted to you, provided such property is Covered Property.

   However, this limitation does not apply:

   **(1)** If the property is located on or within 100 feet of the described premises, unless the premises is insured under the Builders Risk Coverage Form; or

   **(2)** To Business Income coverage or to Extra Expense coverage.

**3.** The special limit shown for each category, **a.** through **d.**, is the total limit for loss of or damage to all property in that category. The special limit applies to any one occurrence of theft, regardless of the types or number of articles that are lost or damaged in that occurrence. The special limits are:

**a.** $2,500 for furs, fur garments and garments trimmed with fur.

**b.** $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

**c.** $2,500 for patterns, dies, molds and forms.

**d.** $250 for stamps, tickets, including lottery tickets held for sale, and letters of credit.

These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

This limitation, **C.3.,** does not apply to Business Income coverage or to Extra Expense coverage.

**4.** We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage:

**a.** Results in discharge of any substance from an automatic fire protection system; or

**b.** Is directly caused by freezing.

However, this limitation does not apply to Business Income coverage or to Extra Expense coverage.

INSURED COPY

**D. Additional Coverage - Collapse**

The term Covered Cause of Loss includes the Additional Coverage - Collapse as described and limited in **D.1.** through **D.5.** below.

1. With respect to buildings:

   a. Collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose;

   b. A building or any part of a building that is in danger of falling down or caving in is not considered to be in a state of collapse;

   c. A part of a building that is standing is not considered to be in a state of collapse even if it has separated from another part of the building;

   d. A building that is standing or any part of a building that is standing is not considered to be in a state of collapse even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

2. We will pay for direct physical loss or damage to Covered Property, caused by collapse of a building or any part of a building that is insured under this Coverage Form or that contains Covered Property insured under this Coverage Form, if the collapse is caused by one or more of the following:

   a. The "specified causes of loss" or breakage of building glass, all only as insured against in this Coverage Part;

   b. Decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

   c. Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

   d. Weight of people or personal property;

   e. Weight of rain that collects on a roof;

   f. Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation. However, if the collapse occurs after construction, remodeling or renovation is complete and is caused in part by a cause of loss listed in **2.a.** through **2.e.**, we will pay for the loss or damage even if use of defective material or methods, in construction, remodeling or renovation, contributes to the collapse.

The criteria set forth in **1.a.** through **1.d.** do not limit the coverage otherwise provided under this Causes of Loss Form for the causes of loss listed in **2.a.**, **2.d.** and **2.e.**

3. With respect to the following property:

   a. Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers;

   b. Awnings, gutters and downspouts;

   c. Yard fixtures;

   d. Outdoor swimming pools;

   e. Fences;

   f. Piers, wharves and docks;

   g. Beach or diving platforms or appurtenances;

   h. Retaining walls; and

   i. Walks, roadways and other paved surfaces;

   if the collapse is caused by a cause of loss listed in **2.b.** through **2.f.**, we will pay for loss or damage to that property only if:

   a. Such loss or damage is a direct result of the collapse of a building insured under this Coverage Form; and

   b. The property is Covered Property under this Coverage Form.

4. If personal property abruptly falls down or caves in and such collapse is not the result of collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

   a. The collapse was caused by a Cause of Loss listed in **2.a.** through **2.f.** above;

   b. The personal property which collapses is inside a building; and

   c. The property which collapses is not of a kind listed in **3.** above, regardless of whether that kind of property is considered to be personal property or real property.

   The coverage stated in this Paragraph **4.** does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

   Collapse of personal property does not mean cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

5. This Additional Coverage, Collapse, will not increase the Limits of Insurance provided in this Coverage Part

    Copyright, Insurance Services Office, Inc., 1999
INSURED COPY    CP 10 30 10 00    □

## E. Additional Coverage Extensions

### 1. Property In Transit

This Extension applies only to your personal property to which this form applies.

**a.** You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 100 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

**b.** Loss or damage must be caused by or result from one of the following causes of loss:

**(1)** Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism.

**(2)** Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the road bed.

**(3)** Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.

**c.** The most we will pay for loss or damage under this Extension is $5,000.

This Coverage Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

### 2. Water Damage, Other Liquids, Powder Or Molten Material Damage

If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes. This Coverage Extension does not increase the Limit of Insurance.

### 3. Glass

**a.** We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

**b.** We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

This Coverage Extension, **E.3.**, does not increase the Limit of Insurance.

## F. Definitions

"Specified Causes of Loss" means the following: Fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

### 1. Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include.

**a.** The cost of filling sinkholes; or

**b.** Sinking or collapse of land into man-made underground cavities.

### 2. Falling objects does not include loss or damage to.

**a.** Personal property in the open; or

**b.** The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

### 3. Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of a plumbing, heating, air conditioning or other system or appliance (other than a sump system including its related equipment and parts), that is located on the described premises and contains water or steam.

Copyright, Insurance Services Office, Inc., 1999
INSURED COPY

## COMMERCIAL GENERAL LIABILITY COVERAGE PART
### DECLARATIONS

**Policy No.** MCP  9500049−01

Effective Date: 05−03−01                    .**
12:01 A.M., Standard Time

---

**LIMITS OF INSURANCE**

| | | |
|---|---|---|
| General Aggregate Limit (Other Than Products-Completed Operations) | $ | 2,000,000 |
| Products-Completed Operations Aggregate Limit | $ | 2,000,000 |
| Personal and Advertising Injury Limit | $ | 1,000,000 |
| Each Occurrence Limit | $ | 1,000,000 |
| Fire Damage Limit | $ | 100,000 Any One Fire |
| Medical Expense Limit | $ | 5,000 Any One Person |

---

**RETROACTIVE DATE (CG 00 02 only)**

Coverage A of this Insurance does not apply to "bodily injury" or "property damage" which occurs before the Retroactive Date, if any, shown here: _____

(Enter Date or "None" if no Retroactive Date applies)

---

**BUSINESS DESCRIPTION AND LOCATION OF PREMISES**

Form of Business:

[X] Individual   [ ] Joint Venture   [ ] Partnership   [ ] Organization (Other than Partnership or Joint Venture)

Business Description*:
AGRICULTURE

Location of All Premises You Own, Rent or Occupy:

See Designation of Premises Schedule Attached

---

**PREMIUM**

| Classification | Code No. | Premium Basis | Rate Pr/Co All Other | -P -O | Advance Premium Pr/Co All Other | -P -O |
|---|---|---|---|---|---|---|
| FRUIT OR VEGETABLE − HARVESTING CONTRACTORS (INCLUDING PRODUCTS AND/OR COMPLETED OPERATIONS) | 43840 | GROSS SALES $    600,000 | .416 | (0) | 416 MP | (0) |

|  | Total Advance Premium | $ | |
|---|---|---|---|
| | | $ | 416.00 MP) |

---

**FORMS AND ENDORSEMENTS (other than applicable Forms and Endorsements shown elsewhere in the policy)**

Forms and Endorsements applying to this Coverage Part and made part of this policy at time of issue:

See Endorsement Schedule Attached

---

* Information omitted if shown elsewhere in the policy.    ** Inclusion of date optional.

THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING THE NAME OF THE INSURED AND THE POLICY PERIOD
CL 150 (Ed 11-85)    Includes copyrighted material of Insurance Services Office inc , with its permission  Copyright, Insurance Services Office, Inc  1983 1984

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II - Who Is an Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V - Definitions.

## SECTION I - COVERAGES

## COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY

1. **Insuring Agreement**

   a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

      (1) The amount we will pay for damages is limited as described in Section III - Limits Of Insurance; and

      (2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

      No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages A and B.

   b. This insurance applies to "bodily injury" and "property damage" only if:

      (1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory"; and

      (2) The "bodily injury" or "property damage" occurs during the policy period.

   c. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

2. **Exclusions**

   This insurance does not apply to:

   a. **Expected or Intended Injury**

      "Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

   b. **Contractual Liability**

      "Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

      (1) That the insured would have in the absence of the contract or agreement; or

      (2) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

         (a) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

 Copyright, Insurance Services Office, Inc., 1997

INSURED COPY

(b) Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation and Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

(1) An "employee" of the insured arising out of and in the course of:

(a) Employment by the insured; or

(b) Performing duties related to the conduct of the insured's business; or

(2) The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph (1) above.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f. Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

(a) At or from any premises, site or location, which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

(i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot from equipment used to heat that building;

(ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your on-going operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any insured or any person or organization for whom you may be legally responsible; or

Copyright, Insurance Services Office, Inc., 1997

CG 00 01 07 98    □

INSURED COPY

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

**(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

**(ii)** "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

**(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

**(2.** loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g.** **Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of the operation of any of the equipment listed in Paragraph f.(2) or f.(3) of the definition of "mobile equipment".

 Copyright, Insurance Services Office, Inc., 1997

INSURED COPY

**h.  Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

(1)  The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

(2)  The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i.  War**

"Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

**j.  Damage To Property**

"Property damage" to:

(1)  Property you own, rent, or occupy;

(2)  Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

(3)  Property loaned to you;

(4)  Personal property in the care, custody or control of the insured;

(5)  That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

(6)  That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs (1), (3) and (4) of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III - Limits Of Insurance.

Paragraph (2) of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs (3), (4), (5) and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph (6) of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k.  Da      To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l.  Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m.  Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

(1)  A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

(2)  A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n.  Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

(1)  "Your product";

(2)  "Your work"; or

(3)  "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o.  Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

Exclusions c. through n. do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section III - Limits Of Insurance.

   Copyright, Insurance Services Office, Inc., 1997   CG 00 01 07 98   □

INSURED COPY

## COVERAGE B PERSONAL A    ADVERTISING INJURY LIABILITY

### 1. Insuring Agreement

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited as described in Section III - Limits Of Insurance; and

(2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages A and B.

b. This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

### 2. Exclusions

This insurance does not apply to:

a. "Personal and advertising injury":

(1) Caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury";

(2) Arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity;

(3) Arising out of oral or written publication of material whose first publication took place before the beginning of the policy period;

(4) Arising out of a criminal act committed by or at the direction of any insured;

(5) For which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement;

(6) ...ing out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement";

(7) Arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement";

(8) Arising out of the wrong description of the price of goods, products or services stated in your "advertisement";

(9) Committed by an insured whose business is advertising, broadcasting, publishing or telecasting. However, this exclusion does not apply to Paragraphs 14.a., b. and c. of "personal and advertising injury" under the Definitions Section; or

(10) Arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

b. Any loss, cost or expense arising out of any:

(1) Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(2) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

## COVERAGE C MEDICAL PAYMENTS

### 1. Insuring Agreement

a. We will pay medical expenses as described below for "bodily injury" caused by an accident:

(1) On premises you own or rent;

(2) On ways next to premises you own or rent; or

(3) Because of your operations;

provided that:

(1) The accident takes place in the "coverage territory" and during the policy period;

(2) The expenses are incurred and reported to us within one year of the date of the accident; and

(3) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

     Copyright, Insurance Services Office, Inc., 1997

INSURED COPY

**b.** We will make these pa_____ s regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

(1) First aid administered at the time of an accident;

(2) Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

(3) Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

We will not pay expenses for "bodily injury":

**a.** To any insured.

**b.** To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c.** To a person injured on that part of premises you own or rent that the person normally occupies.

**d.** To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e.** To a person injured while taking part in athletics.

**f.** Included within the "products-completed operations hazard".

**g.** Excluded under Coverage A.

**h.** Due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution.

**SUPPLEMENTARY PAYMENTS - COVERAGES A AND B**

1. We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**a.** All expenses we incur.

**b.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**e.** All _____ taxed against the insured in the "suit".

**f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

2. If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**f.** The indemnitee:

(1) Agrees in writing to:

(a) Cooperate with us in the investigation, settlement or defense of the "suit";

(b) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

(c) Notify any other insurer whose coverage is available to the indemnitee; and

(d) Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

 Copyright, Insurance Services Office, Inc., 1997 □

INSURED COPY

(2) Provides us with writt      'horization to:

    (a) Obtain records and other information related to the "suit"; and

    (b) Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph 2.b.(2) of Section I - Coverage A - Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

a. We have used up the applicable limit of insurance in the payment of judgments or settlements; or

b. The conditions set forth above, or the terms of the agreement described in Paragraph f. above, are no longer met.

## SECTION II - WHO IS AN INSURED

1. If you are designated in the Declarations as:

a. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

b. A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

c. A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

d. An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

2. Each of the following is also an insured:

a. Yo   mployees", other than either your "executive officers" (if you are an organizatic other than a partnership, joint venture or liited liability company) or your managers ( you are a limited liability company), but on for acts within the scope of their employme by you or while performing duties related the conduct of your business. However, none these "employees" is an insured for:

(1) "Bodily injury" or "personal and advertisin injury":

    (a) To you, to your partners or membe (if you are a partnership or joint ven ture), to your members (if you are . limited liability company), or to a co "employee" while that co-"employee" i: either in the course of his or her em ployment or performing duties relate to the conduct of your business;

    (b) To the spouse, child, parent, brother o sister of that co-"employee" as a consequence of Paragraph (1)(a) above;

    (c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs (1)(a) or (b) above; or

    (d) Arising out of his or her providing or failing to provide professional health care services.

(2) "Property damage" to property:

    (a) Owned, occupied or used by,

    (b) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

you, any of your "employees", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

b. Any person (other than your "employee"), or any organization while acting as your real estate manager.

c. Any person or organization having proper temporary custody of your property if you die, but only:

(1) With respect to liability arising out of the maintenance or use of that property; and

(2) Until your legal representative has been appointed.

INSURED COPY

d. Your legal representativ    ou die, but only with respect to duties as suc. That representative will have all your rights and duties under this Coverage Part.

3. With respect to "mobile equipment" registered in your name under any motor vehicle registration law, any person is an insured while driving such equipment along a public highway with your permission. Any other person or organization responsible for the conduct of such person is also an insured, but only with respect to liability arising out of the operation of the equipment, and only if no other insurance of any kind is available to that person or organization for this liability. However, no person or organization is an insured with respect to:

a. "Bodily injury" to a co-"employee" of the person driving the equipment; or

b. "Property damage" to property owned by, rented to, in the charge of or occupied by you or the employer of any person who is an insured under this provision.

4. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

a. Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

b. Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

c. Coverage B does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III - LIMITS OF INSURANCE

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

a. Insureds;

b. Claims made or "suits" brought; or

c. Pe    or organizations making claims bringing "suits".

2. The General Aggregate Limit is the most we w pay for the sum of:

a. Medical expenses under Coverage C;

b. Damages under Coverage A, except damag. because of "bodily injury" or "property damag. included in the "products-completed operatior hazard", and

c. Damages under Coverage B.

3. The Products-Completed Operations Aggregat. Limit is the most we will pay under Coverage A fc. damages because of "bodily injury" and "propert; damage" included in the "products-completed op erations hazard".

4. Subject to 2. above, the Personal and Advertising Injury Limit is the most we will pay under Coverage B for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

5. Subject to 2. or 3. above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

a. Damages under Coverage A; and

b. Medical expenses under Coverage C

because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. Subject to 5. above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage A for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

7. Subject to 5. above, the Medical Expense Limit is the most we will pay under Coverage C for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance

    Copyright, Insurance Services Office, Inc., 1997    CG 00 01 07 98    □

NSURED COPY

**SECTION IV - COMMERCIAL    ~ERAL LIABIL-ITY CONDITIONS**

1. **Bankruptcy**

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

   a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

      (1) How, when and where the "occurrence" or offense took place;

      (2) The names and addresses of any injured persons and witnesses; and

      (3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

   b. If a claim is made or "suit" is brought against any insured, you must:

      (1) Immediately record the specifics of the claim or "suit" and the date received; and

      (2) Notify us as soon as practicable.

      You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

   c. You and any other involved insured must:

      (1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

      (2) Authorize us to obtain records and other information;

      (3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

      (4) Assist us, upon our request, in the enforcement of any right against any person or organization, which may be liable to the insured because of injury or damage to which this insurance may also apply.

   d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

3. **Legal ~.    1 Against Us**

   No person or organization has a right under t Coverage Part:

   a. To join us as a party or otherwise bring us i a "suit" asking for damages from an insured; c

   b. To sue us on this Coverage Part unless all of terms have been fully complied with.

   A person or organization may sue us to recover c an agreed settlement or on a final judgment again: an insured obtained after an actual trial; but w will not be liable for damages that are not payabl under the terms of this Coverage Part or that are i excess of the applicable limit of insurance. A agreed settlement means a settlement and releas of liability signed by us, the insured and the claim ant or the claimant's legal representative.

4. **Other Insurance**

   If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

   a. **Primary Insurance**

      This insurance is primary except when **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in **c.** below.

   b. **Excess Insurance**

      This insurance is excess over:

      (1) Any of the other insurance, whether primary, excess, contingent or on any other basis:

         (a) That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

         (b) That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

         (c) That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

         (d) If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** - Coverage **A** - Bodily Injury And Property Damage Liability.

      (2) Any other primary insurance available to you covering liability for damages arising out of the premises or operations for which you have been added as an additional insured by attachment of an endorsement.

INSURED COPY

When this insurance ...ss, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

(1) The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

(2) The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c.  Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5.  Premium Audit**

**a.**  We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.**  Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period. Audit premiums are due and payable on notice to the first Named Insured. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.**  The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6.  Repres    ons**

By accepting this policy, you agree:

**a.**  The statements in the Declarations are acc rate and complete;

**b.**  Those statements are based upon represent tions you made to us; and

**c.**  We have issued this policy in reliance up your representations.

**7.  Separation Of Insureds**

Except with respect to the Limits of Insurance, an any rights or duties specifically assigned in th Coverage Part to the first Named Insured, this in surance applies:

**a.**  As if each Named Insured were the onl Named Insured; and

**b.**  Separately to each insured against whom clai is made or "suit" is brought.

**8.  Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9.  When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V - DEFINITIONS**

**1.**  "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters.

**2.**  "Auto" means a land motor vehicle, trailer or semi-trailer designed for travel on public roads, including any attached machinery or equipment. But "auto" does not include "mobile equipment".

**3.**  "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.**  "Coverage territory" means:

**a.**  The United States of America (including its territories and possessions), Puerto Rico and Canada:

INSURED COPY

b. International waters or ↄ   :, provided the injury or damage does not occur in the course of travel or transportation to or from any place not included in a. above; or

c. All parts of the world if:

   (1) The injury or damage arises out of:

      (a) Goods or products made or sold by you in the territory described in a. above; or

      (b) The activities of a person whose home is in the territory described in a. above, but is away for a short time on your business; and

   (2) The insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in a. above or in a settlement we agree to.

5. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

6. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

7. "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

8. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

   a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   b. You have failed to fulfill the terms of a contract or agreement;

   if such property can be restored to use by:

   a. The repair, replacement, adjustment or removal of "your product" or "your work"; or

   b. Your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

   a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   b. A sidetrack agreement;

   c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

d. An obligation, as required by ordinance, to demnify a municipality, except in connect with work for a municipality;

e. An elevator maintenance agreement;

f. That part of any other contract or agreem. pertaining to your business (including an i demnification of a municipality in connecti with work performed for a municipality) und which you assume the tort liability of anoth party to pay for "bodily injury" or "propel damage" to a third person or organization. To liability means a liability that would be in posed by law in the absence of any contract a agreement.

   Paragraph f. does not include that part of an contract or agreement:

   (1) That indemnifies a railroad for "bodily in jury" or "property damage" arising out c construction or demolition operations within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

   (2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

      (a) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

      (b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

   (3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in (2) above and supervisory, inspection, architectural or engineering activities.

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

   a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

   b. While it is in or on an aircraft, watercraft or "auto"; or

INSURED COPY

c. While it is being moved      an aircraft, watercraft or "auto" to the place where it is finally delivered:

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

b. Vehicles maintained for use solely on or next to premises you own or rent;

c. Vehicles that travel on crawler treads;

d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

(1) Power cranes, shovels, loaders, diggers or drills; or

(2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

e. Vehicles not described in a., b., c. or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

(1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

(2) Cherry pickers and similar devices used to raise or lower workers;

f. Vehicles not described in a., b., c. or d. above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

(1) Equipment designed primarily for:

(a) Snow removal;

(b) Road maintenance, but not construction or resurfacing; or

(c) Street cleaning;

(2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

(3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

13. "Occur.        means an accident, including continuous or repeated exposure to substantially the sa general harmful conditions.

14. "Personal and advertising injury" means injury, cluding consequential "bodily injury", arising out one or more of the following offenses:

a. False arrest, detention or imprisonment;

b. Malicious prosecution;

c. The wrongful eviction from, wrongful entry i to, or invasion of the right of private occupan, of a room, dwelling or premises that a pers occupies, committed by or on behalf of i owner, landlord or lessor;

d. Oral or written publication of material th. slanders or libels a person or organization c disparages a person's or organization's good products or services;

e. Oral or written publication of material th violates a person's right of privacy;

f. The use of another's advertising idea in you "advertisement"; or

g. Infringing upon another's copyright, trade dress or slogan in your "advertisement".

15. "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

16. "Products-completed operations hazard":

a. Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

(1) Products that are still in your physical possession; or

(2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

(a) When all of the work called for in your contract has been completed.

(b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

(c) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

          Copyright, Insurance Services Office, Inc., 1997          CG 00 01 07 98    □

INSURED COPY

    **b.** Does not include "bodily injury" or "property damage" arising out of:

       **(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

       **(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

       **(3)** Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

    **a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

    **b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

    **a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

    **b.** Any other alternative dispute resolution proceeding in which such damages is claimed and to which the insured submits with our consent.

**19.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.** "Your product" means:

    **a.** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

       **(1)** You;

       **(2)** Others trading under your name; or

       **(3)** A person or organization whose business assets you have acquired; and

    **b.** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

"Your product" includes:

    **a.** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

    **b.** The providing of or failure to provide warnings or instructions.

"Your product" does not include vending machines or other property rented to or located for the use of others but not sold.

**21.** "Your work" means:

    **a.** Work or operations performed by you or on your behalf; and

    **b.** Materials, parts or equipment furnished in connection with such work or operations.

"Your work" includes:

    **a.** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

    **b.** The providing of or failure to provide warnings or instructions.

Copyright, Insurance Services Office, Inc., 1997

INSURED COPY

COMMERCIAL GENERAL LIABILITY
CG 21 47 07 9

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2.,** Exclusions of Section I - Coverage A - Bodily Injury And Property Damage Liability:

This insurance does not apply to:

"Bodily injury" to:

   (1) A person arising out of any:

      (a) Refusal to employ that person;

      (b) Termination of that person's employment; or

      (c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

   (2) The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

   (1) Whether the insured may be liable as an employer or in any other capacity; and

   (2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2.,** Exclusions of Section I - Coverage B - Personal And Advertising Injury Liability:

This insurance does not apply to:

"Personal and advertising injury" to:

   (1) A person arising out of any:

      (a) Refusal to employ that person;

      (b) Termination of that person's employment; or

      (c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

   (2) The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a)**, **(b)**, or **(c)** above is directed.

This exclusion applies:

   (1) Whether the insured may be liable as an employer or in any other capacity; and

   (2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

Copyright, Insurance Services Office, Inc., 1997

INSURED COPY

COMMERCIAL GENERAL LIABILITY
CG 21 60 09 98

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION - YEAR 2000 COMPUTER-RELATED AND OTHER ELECTRONIC PROBLEMS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** and Paragraph **2., Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to "bodily injury", "property damage", "personal injury" or "advertising injury" (or "personal and advertising injury" if defined as such in your policy) arising directly or indirectly out of:

**a.** Any actual or alleged failure, malfunction or inadequacy of:

(1) Any of the following, whether belonging to any insured or to others:

(a) Computer hardware, including microprocessors;

(b) Computer application software;

(c) Computer operating systems and related software;

(d) Computer networks;

(e) Microprocessors (computer chips) not part of any computer system; or

(f) Any other computerized or electronic equipment or components; or

(2) Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph 2.a.(1) of this endorsement

due to the inability to correctly recognize, process, distinguish, interpret or accept the year 2000 and beyond.

**b.** Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **2.a.** of this endorsement.

 Copyright, Insurance Services Office, Inc., 1998

INSURED COPY

COMMERCIAL GENERAL LIABILITY
CG 21 61 04

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EXCLUSION - YEAR 2000 COMPUTER-RELATED AND OTHER ELECTRONIC PROBLEMS - PRODUCTS/COMPLETED OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

The following exclusion is added to Paragraph 2., **Exclusions** of **Section I - Bodily Injury And Property Damage Liability:**

**2.  Exclusions**

This insurance does not apply to "bodily injury" or "property damage" included in the "products-completed operations hazard" definition and arising directly or indirectly out of:

a.  Any actual or alleged failure, malfunction or inadequacy of:

(1)  Any of the following, whether belonging to any insured or to others:

(a)  Computer hardware, including microprocessors;

(b)  Computer application software;

(c)  Computer operating systems and related software;

(d)  Computer networks;

(e)  Microprocessors (computer chips) not part of any computer system; or

(f)  Any other computerized or electronic equipment or components; or

(2)  Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph 2.a.(1) of this endorsement

due to the inability to correctly recognize, process, distinguish, interpret or accept the year 2000 and beyond.

b.  Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph 2.a. of this endorsement.

    Copyright, Insurance Services Office, Inc., 1997

INSURED COPY

ENDORSEMENT

## This Endorsement Changes the Policy - Please Read it Carefully

Asbestos Exclusion

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART

This insurance does not apply to:

A) "Bodily Injury" or "property damage" in whole or in part, either directly or indirectly arising out of, based upon or attributable to any of the following:

1. Asbestos or any asbestos related injury or damage; or

2. any alleged act, error, omission or duty involving asbestos, its use, exposure, presence, existence, detention, removal, elimination or avoidance; or

3. the use, exposure, presence, existence, detention, removal, elimination or avoidance of asbestos in any environment, building or structure; and

B) The investigation, settlement or defense of any claim, "suit" or proceeding against the insured alleging any actual or threatened injury or damage which arises out of or would not have occurred but for asbestos "Bodily Injury" or "Property Damage", as described above.

All other terms and conditions of this policy remain unchanged.

This endorsement is effective on the inception date of the policy unless otherwise stated herein. (The information below is required only when this endorsement is issued subsequent to preparation of the policy.)

| | | |
|---|---|---|
| **Endorsement Effective** 05-03-01 | **Policy No.** MCP 9500049-01 | **Endorsement No.** |
| **Named Insured** CRUZ TRUCKING | | |

Countersigned.

*WESTPORT INSURANCE CORPORATION*

........................................................
Authorized Representative

President      Secretary

Includes copyrighted material of Insurance Services Office, Inc with its permission
Copyright, Insurance Services Office, Inc. 1991

Endorsement Serial No. WIC-3351(03/96)

MMERCIAL GENERAL LIABILIT
CG 22 33 07

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION - TESTING OR CONSULTING
# ERRORS AND OMISSIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2., Exclusions** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** and Paragraph **2., Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of:

1.  An error, omission, defect or deficiency in:

    a. Any test performed; or

    b. An evaluation, a consultation or advice given,

    by or on behalf of any insured;

2.  The reporting of or reliance upon any such test, evaluation, consultation or advice; or

3.  An error, omission, defect or deficiency in experimental data or the insured's interpretation of that data.

Copyright, Insurance Services Office, Inc., 1997

INSURED COPY

COMMERCIAL GENERAL LIABILITY
CG 22 81 01

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION - ERRONEOUS DELIVERY OR MIXTURE AND RESULTING FAILURE OF SEED TO GERMINATE - SEED MERCHANTS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

The following exclusion is added to paragraph **2.**, Exclusions of BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section **I** - Coverages):

**2. Exclusions.**

This insurance does not apply to "property damage" arising out of:

a.   The erroneous delivery of seed, which includes:

(1)  The failure to deliver seed;

(2)  The delivery of wrong seed; or

(3)  The delivery of seed at the wrong time or season;

b.   An error in mechanical mixture of seed; or

c.   The failure of seed to germinate.

         Copyright, Insurance Services Office, Inc., 1994

INSURED COPY

**Westport Insurance Corporation**

ENDORSEMENT

## This Endorsement Changes the Policy - Please Read it Carefully

Lead Contamination Exclusion

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
BUSINESSOWNERS LIABILITY COVERAGE FORM

This insurance does not apply to:

A. "Bodily injury" or "property damage" in whole or in part, either directly or indirectly, arising out of, based upon or attributable to any of the following:

   1. The use, installation, storage, withdrawal, removal, encapsulation, destruction, containment, testing, distribution, ownership, sale or disposal of lead, lead dust, lead fibers or material containing lead;

   2. Exposure to lead, lead dust, lead fibers or material containing lead; or

   3. Any error or omission in supervision, instructions, recommendations, notices, warnings or advice given, or which should have been given, in connection with lead, lead dust, lead fibers or material containing lead.

B. The investigation, settlement or defense of any claim, "suit" or proceeding against the insured alleging any actual or threatened injury or damage which arises out of or would not have occurred but for lead "Bodily Injury" or "Property Damage," as described above.

All other terms and conditions of this policy remain unchanged.

This endorsement is effective on the inception date of the policy unless otherwise stated herein. (The information below is required only when this endorsement is issued subsequent to preparation of the policy.)

**Endorsement Effective**    05-03-01        **Policy No.**    MCP 9500049-01    **Endorsement No.**
**Named Insured**    CRUZ TRUCKING

Countersigned.

*WESTPORT INSURANCE CORPORATION*

......................................................        *Jerry L Woolard*        *Diane E. Thomas*
Authorized Representative                    President                    Secretary

Includes copyrighted material of Insurance Services Office, Inc. with its permission
Copyright, Insurance Services Office, Inc. 1991

Endorsement Serial No. WIC-3352(03/96)

AAIS
IM-1268  Ed 1.0
Page 1 of 1

# COMMERCIAL INLAND MARINE – DECLARATIONS

## POLICY NUMBER  MCP 9500049-01

## PRODUCER NAME AND NO.  WELLS FARGO INSURANCE

Insurance is Provided by the Company Designated Below

WESTPORT INSURANCE COMPANY

## NAMED INSURED & MAILING ADDRESS

ROBERT CRUZ
DBA: CRUZ TRUCKING
STAR ROUTE BOX 44
MESILLA PARK NM. 88047

Policy Period:        From        05-03-01            To            05-03-02

This policy becomes effective and expires at 12:01 a.m. Standard Time at Your
Mailing Address shown above.

Coverage Parts That
Apply To This Policy                              Coverage Part Premium

MOTOR TRUCK CARGO COVERAGE              $625.00

Total Policy Premium: $   625.00

Endorsements That Apply To All Coverage Parts:

## LOSS PAYEE (NAME AND ADDRESS)

IM-1268  Ed 1.0

Copyright MCMXCIV, American Association of Insurance Services

AAIS
IM-7456 Ed 1.0
Page 1 of 1

# MOTOR TRUCK CARGO LIABILITY - - DECLARATIONS

*(The entries required to complete this endorsement
will be shown below or on the "declarations".)*

## COVERED PROPERTY

Covered property consists of:  ONION/CABBAGE

## SCHEDULED VEHICLES

| Vehicle No. | Described Vehicle | Limit |
|---|---|---|
| 1 | 1980 WHITE TRUCK, S#041656 | $5,000. |
| 2 | 1977 KENWORTH, S#1537525 | $5,000. |
| 3 | 1973 KENWORTH, S#227979 | $5,000. |
| 4 | 1972 INTERNATIONAL, S#512125 | $5,000. |
| 5 | 1989 INTERNATIONAL TRUCK, S#028285 | $5,000. |

Catastrophe Limit

$  $5,000.              Any one catastrophe

## DEDUCTIBLE

Deductible Amount      $  250.

IM-7456  Ed 1.0

Copyright MCMXCV. American Association of Insurance Services

AAIS
IM-7450  Ed 1.0
Page 1 of 8

# MOTOR TRUCK CARGO LIABILITY COVERAGE

## AGREEMENT

In return for "your" payment of the required premium, "we" provide the coverage described herein subject to all the "terms" of the Motor Truck Cargo Liability Coverage. This coverage is also subject to the "declarations" and additional policy conditions relating to assignment or transfer of rights or duties, cancellation, changes or modifications, inspections, and examination of books and records.

Endorsements and schedules may also apply. They are identified on the "declarations".

Refer to Definitions for words and phrases that have special meaning. These words and phrases are shown in quotation marks or bold type.

## DEFINITIONS

1. The words "you" and "your" mean the persons or organizations named as the insured on the "declarations".

2. The words "we", "us", and "our" mean the company providing this coverage.

3. "Any one vehicle" means any one vehicle, truck, trailer, semitrailer, or combination of these pulled by one power unit.

4. "Declarations" means all pages labeled Declarations, Supplemental Declarations, or Schedules, which pertain to this coverage.

5. "Limit" means the amount of coverage that applies.

6. "Pollutant" means:

   a. any solid, liquid, gaseous, thermal, or radioactive irritant or contaminant, including acids, alkalis, chemicals, fumes, smoke, soot, vapor, and waste. Waste includes materials to be disposed of as well as recycled, reclaimed, or reconditioned.

   b. electrical or magnetic emissions, whether visible or invisible, and sound emissions.

7. "Specified perils" means fire; lightning; windstorm; hail; collision, overturn, or derailment of a transporting conveyance; collapse of a bridge or culvert; and theft.

8. "Terms" means all provisions, limitations, exclusions, conditions, and definitions that apply

## COVERAGE

"We" cover "your" legal liability for loss to covered property while under "your" care, custody, and control that "you" become legally obligated to pay as a common or contract carrier under a bill of lading, contract of carriage, or shipping receipt issued by "you".

"We" do not pay for costs, expenses, fees, fines, penalties, or damages resulting from "your" violation of any law or regulation relating to any delay in payment, denial, or settlement of any claim.

## PROPERTY COVERED

1. **Vehicles** -- "We" cover direct physical loss caused by a covered peril to property of others described on the "declarations"  "We" cover described property while in due course of transit on or in "any one vehicle".

2. **Terminal Locations** -- When a "limit" is indicated for a terminal location, "we" cover direct physical loss caused by a covered peril to described property while at a terminal location described on the "declarations" or within 100 feet of the described terminal

## PROPERTY NOT COVERED

1. **Art** -- "We" do not cover objects of art including paintings and statuary.

2. **Contraband** -- "We" do not cover contraband or property in the course of illegal transportation or trade.

3. **Jewelry, Stones, and Metals** -- "We" do not cover jewelry, precious or semi-precious stones, gold, silver, platinum. or other precious metals or alloys.

4. **Live Animals** -- "We" do not cover live animals including cattle or poultry unless death is caused or made necessary by a "specified peril"

5. **Money and Securities** -- "We" do not cover accounts, bills, currency, food stamps, or other evidences of debt, lottery tickets not held for sale, money, notes, or securities.

6 **Other Carriers** -- "We" do not cover property while in the custody of any other carrier if "you" have waived or otherwise made unenforceable "your" subrogation rights.

7. **Property Not Under a Bill of Lading** -- "We" do not cover property for which no bill of lading or shipping receipt has been issued.

8. **Property On Vehicles** -- "We" do not cover property in or on "any one vehicle" if the vehicle is under "your" control and has remained at any dock, depot, station, terminal, or other location for more than 72 hours after arrival

9. **Storage** -- "We" do not cover property in due course of transit that is held in storage unless storage is specified in a bill of lading, shipping receipt, or contract of carriage.

10. **Vehicles** -- "We" do not cover transporting vehicles including tarpaulins.

## ADDITIONAL COVERAGES

1. **Debris Removal** -- "We" pay the cost to remove the debris of covered property that is caused by a covered peril. This coverage does not include costs to:

   a. extract "pollutants" from land or water; or

   b. remove, restore, or replace polluted land or water.

   "We" will not pay any more under this coverage than 25% of the amount "we" pay for the direct loss. "We" will not pay more for loss to property and debris removal combined than the "limit" for the damaged property.

   However, "we" pay an additional amount of debris removal expense up to $5,000 when the debris removal expense exceeds 25% of the amount "we" pay for direct loss or when the loss to property and debris removal combined exceeds the "limit" for the damaged property.

"We" do not pay any expenses unless they are reported to "us" in writing within 180 days from the date of direct physical loss to covered property.

2. **Freight Charges** -- "We" pay freight charges that are due "you" which become uncollectible because of a direct physical loss to covered property caused by a covered peril. The most "we" pay under this additional coverage for all freight charges in any one loss is the lesser of:

   a. the "limit" indicated on the "declarations" for freight charges; or

   b. $2,500.

3. **Newly Acquired Terminals** -- When coverage is indicated for terminal locations, "we" cover terminal locations that "you" acquire during the policy period. This coverage applies for 60 days from the date "you" acquire the terminal or until "you" report the newly acquired location to "us", whichever comes first.

   "You" must pay any additional premium due from the date "you" acquire the terminal location.

   The most "we" pay for any newly acquired terminal in any one loss is the lesser of:

   a. the "limit" indicated on the "declarations" for Newly Acquired Terminals; or

   b. $50,000.

4. **Pollutant Cleanup and Removal** -- "We" pay "your" expense to extract "pollutants" from land or water if the discharge, dispersal, seepage, migration, release, or escape of the "pollutants" is caused by a covered peril that occurs during the policy period. The expenses are paid only if they are reported to "us" in writing within 180 days from the date the covered peril occurs.

"We" do not pay the cost of testing, evaluating, observing, or recording the existence, level, or effects of "pollutants". However, "we" pay the cost of testing which is necessary for the extraction of "pollutants" from land or water

The most "we" pay for each site or location is $10,000 for the sum of all such expenses arising out of a covered peril occurring during each separate 12 month period of this policy.

## PERILS COVERED

"We" cover external risks of direct physical loss unless the loss is limited or caused by a peril that is excluded.

## PERILS EXCLUDED

1. "We" do not pay for loss if one or more of the following exclusions apply to the loss, regardless of other causes or events that contribute to or aggravate the loss, whether such causes or events act to produce the loss before, at the same time as, or after the excluded causes or events.

   a. **Civil Authority** -- "We" do not pay for loss caused by order of any civil authority, including seizure, confiscation, destruction, or quarantine of property.

      "We" do pay for loss resulting from acts of destruction by the civil authority to prevent the spread of fire, unless the fire is caused by a peril excluded under this coverage.

AAIS
IM-7450  Ed 1.0
Page 4 of 8

b. **Nuclear Hazard** -- "We" do not pay for loss caused by or resulting from a nuclear reaction, nuclear radiation, or radioactive contamination (whether controlled or uncontrolled; whether caused by natural, accidental, or artificial means). Loss caused by nuclear hazard is not considered loss caused by fire, explosion, or smoke. "We" do pay for direct loss by fire resulting from the nuclear hazard.

c. **War** -- "We" do not pay for loss caused by war. This means:

1) declared war, undeclared war, civil war, insurrection, rebellion, or revolution;
2) a warlike act by a military force or by military personnel;
3) the destruction, seizure, or use of the property for a military purpose, or
4) the discharge of a nuclear weapon even if it is accidental.

2. "We" do not pay for loss or damage if one or more of the following exclusions apply to the loss.

a. **Contamination or Deterioration** -- "We" do not pay for loss caused by contamination or deterioration including corrosion; decay; fungus; mildew; mold; rot; rust; or any quality, fault, or weakness in the covered property that causes it to damage or destroy itself.

b. **Criminal, Fraudulent, or Dishonest Acts** -- "We" do not pay for loss caused by or resulting from criminal, fraudulent, dishonest, or illegal acts alone or in collusion with another by:

1) "you"
2) others who have an interest in the property;
3) others to whom "you" entrust the property;
4) "your" partners, officers, directors, trustees, or joint adventurers; or
5) the employees or agents of 1), 2), 3), or 4) above, whether or not they are at work.

This exclusion does not apply to acts of destruction by "your" employees, but "we" do not pay for theft by employees.

c. **Loss of Use** -- "We" do not pay for loss caused by or resulting from loss of use, business interruption, delay, or loss of market.

d. **Pollutants** -- "We" do not pay for loss caused by or resulting from release, discharge, seepage, migration, dispersal, or escape of "pollutants" unless the release, discharge, seepage, migration, dispersal, or escape is caused by a "specified peril". "We" do pay for any resulting loss caused by a "specified peril"

e. **Temperature/Humidity** -- "We" do not pay for loss caused by humidity, dampness, dryness, or changes in or extremes of temperature.

f. **Voluntary Parting** -- "We" do not pay for loss caused by or resulting from voluntary parting with title to or possession of any property because of any fraudulent scheme, trick, or false pretense.

# WHAT MUST BE DONE
# IN CASE OF LOSS

1    **Notice** -- In case of a loss, "you" must:

    a.    give "us" or "our" agent prompt notice including a description of the property involved ("we" may request written notice); and

    b.    give notice to the police when the act that causes the loss is a crime.

2.    **Protect Property** -- "You" must take all reasonable steps to protect covered property at and after an insured loss to avoid further loss. "We" do pay the reasonable costs incurred by "you" for necessary repairs or emergency measures performed solely to protect covered property from further damage by a peril insured against if a peril insured against has already caused a loss to covered property. "You" must keep an accurate record of such costs. However, "we" do not pay for such repairs or emergency measures performed on property which has not been damaged by a peril insured against. This does not increase "our" "limit".

3.    **Proof of Loss** -- "You" must send "us", within 60 days after "our" request, a signed, sworn proof of loss. This must include the following information:

    a.    the time, place, and circumstances of the loss;

    b.    other policies of insurance that may cover the loss;

    c.    "your" interest and the interests of all others in the property involved, including all mortgages and liens;

    d    estimates, specifications, inventories, and other reasonable information that "we" may require to settle the loss.

4.    **Examination** -- "You" must submit to examination under oath in matters connected with the loss as often as "we" reasonably request and give "us" sworn statements of the answers. If more than one person is examined, "we" have the right to examine and receive statements separately and not in the presence of others.

5.    **Records** -- "You" must produce records, including tax returns and bank microfilms of all cancelled checks relating to value, loss, and expense and permit copies and extracts to be made of them as often as "we" reasonably request.

6.    **Damaged Property** -- If the damaged and undamaged property is in "your" care, custody, or control, "you" must exhibit the property as often as "we" reasonably request and allow "us" to inspect or take samples of the property

7.    **Volunteer Payments** -- "You" must not, except at "your" own expense, voluntarily make any payments, assume any obligations, pay or offer any rewards, or incur any other expenses except as respects protecting property from further damage.

8.    **Abandonment** -- "You" may not abandon the property to "us" without "our" written consent.

9.    **Cooperation** -- "You" must cooperate with "us" in performing all acts required by this policy.

AAIS
IM-7450  Ed 1.0
Page 6 of 8

## VALUATION

1. **Invoice** -- The value of covered property is based on the amount indicated on the invoice.

2. **No Invoice** -- If there is no invoice, the value of covered property will be based on the actual cash value at the time of the loss (with a deduction for depreciation). The value will not exceed the value, if any, stated in bills of lading or shipping receipts.

## HOW MUCH WE PAY

1. **Insurable Interest** -- "We" do not cover more than "your" insurable interest in any property.

2. **Deductible** -- "We" pay only that part of "your" loss over the deductible amount indicated on the "declarations" in any one occurrence.

3. **Loss Settlement Terms** -- Subject to paragraphs 1., 2., 4., and 5. under How Much We Pay, "we" pay the lesser of:

   a   the amount determined under Valuation;

   b.  the cost to repair, replace, or rebuild the property with material of like kind and quality to the extent practicable; or

   c.  the "limit" that applies to "any one vehicle" or terminal location indicated on the "declarations". In no event will "we" pay more than the catastrophe "limit" indicated on the "declarations" regardless if a loss involves:

      1)  one or more terminal locations; or
      2)  any combination of "any one vehicle" or terminal locations.

When a truck, trailer, or semi-trailer is situated within a terminal building or within 100 feet of a terminal building, the "limit" for terminal locations applies. In no event will "we" combine the "limit" for "any one vehicle" with the "limit" for terminal locations.

4   **Insurance Under More Than One Coverage** -- If more than one coverage of this policy insures the same loss, "we" pay no more than the actual claim, loss, or damage sustained.

5.  **Insurance Under More Than One Policy** -- "You" may have another policy subject to the same "terms" as this policy. If "you" do, "we" will pay "our" share of the covered loss. "Our" share is the proportion that the applicable "limit" under this policy bears to the "limit" of all policies covering on the same basis.

   If there is another policy covering the same loss, other than that described above, "we" pay only for the amount of covered loss in excess of the amount due from that other policy, whether "you" can collect on it or not. But "we" do not pay more than the applicable "limit".

## LOSS PAYMENT

1.  **Our Options** -- "We" have the following options:

   a.  pay the value of the loss;

   b.  pay the cost of repairing or replacing the loss;

   c.  rebuild, repair, or replace with property of like kind and quality, to the extent practicable, within a reasonable time;

   d.  take all or any part of the damaged property at the agreed value.

"We" must give "you" notice of "our" intent to rebuild, repair, or replace within 30 days after receipt of a duly executed proof of loss.

2. **Payment of Loss** -- An insured loss will be payable 30 days after a satisfactory proof of loss is received or a final judgment award has been entered. If a loss has been paid or made good by others "we" will not be liable for any part of the loss.

## OTHER CONDITIONS

1. **Appraisal** -- If "you" and "we" do not agree on the amount of the loss or the actual cash value of covered property, either party may demand that these amounts be determined by appraisal.

   If either makes a written demand for appraisal, each will select a competent, independent appraiser and notify the other of the appraiser's identity within 20 days of receipt of the written demand. The two appraisers will then select a competent, impartial umpire. If the two appraisers are unable to agree upon an umpire within 15 days, "you" or "we" can ask a judge of a court of record in the state where the property is located to select an umpire.

   The appraisers will then determine and state separately the amount of each loss.

   The appraisers will also determine the value of covered property items at the time of the loss, if requested.

   If the appraisers submit a written report of any agreement to "us", the amount agreed upon will be the amount of the loss. If the appraisers fail to agree within a reasonable time, they will submit only their differences to the umpire. Written agreement so itemized and signed by any two of these three sets the amount of the loss.

Each appraiser will be paid by the party selecting that appraiser. Other expenses of the appraisal and the compensation of the umpire will be paid equally by "you" and "us".

2. **Conformity With Statute** -- When a condition of this coverage is in conflict with an applicable law, that condition is amended to conform to that law.

3. **Estates** -- This provision applies only if the insured is an individual.

   On "your" death, "we" cover "your" legal representative as an insured.

   This person or organization is an insured only with respect to property covered by this coverage.This coverage does not extend past the policy period indicated on the "declarations".

4. **Misrepresentation, Concealment, or Fraud** -- This coverage is void as to "you" and any other insured if, before or after a loss:

   a. "you" or any other insured have willfully concealed or misrepresented:

      1) a material fact or circumstance that relates to this insurance or the subject thereof; or
      2) "your" interest herein; or

   b. there has been fraud or false swearing by "you" or any other insured with regard to a matter that relates to this insurance or the subject thereof.

5. **Policy Period** -- "We" pay for a covered loss that occurs during the policy period.

6. **Recoveries** -- If "we" pay for a loss and lost or damaged property is recovered, or payment is made by those responsible for the loss, the following provisions apply:

   a. "you" must notify "us" promptly if "you" recover property or receive payment;

AAIS
IM-7450  Ed 1.0
Page 8 of 8

b.  "we" must notify "you" promptly if "we" recover property or receive payment;

c.  any recovery expenses incurred by either are reimbursed first;

d.  if the claim paid is less than the agreed loss due to a deductible or other limiting "terms" of this policy, any recovery will be pro rated between "you" and "us" based on "our" respective interest in the loss.

7.  **Restoration of Limits** -- A loss "we" pay under this coverage does not reduce the applicable "limits".

8.  **Subrogation** -- If "we" pay for a loss, "we" may require "you" to assign to "us" "your" right of recovery against others. "You" must do all that is necessary to secure "our" rights. "We" do not pay for a loss if "you" impair this right to recover.

9.  **Suit Against Us** -- No one may bring a legal action against "us" under this coverage unless all of the "terms" of this coverage have been complied with and the suit has been brought within two years

after "you" first have knowledge of the loss If any applicable law makes this limitation invalid, then suit must begin within the shortest period permitted by law.

No one has the right under this coverage to join "us" as a party or otherwise bring "us" into a legal action asking for damages from "you". Legal action may be brought against "us" to recover an agreed upon settlement on a final judgment award, subject to the "terms" of this coverage.

10.  **Territorial Limits** -- "We" cover property while it is in the United States of America, its territories and possessions, Canada, and Puerto Rico.

11.  **Your Reimbursement To Us** -- "You" will reimburse "us" if "we" pay a loss because of any endorsement to this policy:

a.  that is required by law or any regulatory authority; and

b.  which extends "our" liability for loss.

IM-7450  Ed 1.0
Copyright MCMXCV
American Association of Insurance Services

TRUCKERS COVERAGE PART
TRUCKERS DECLARATIONS

CA 00 13 12 93
☒ The Declarations
include a second
part designated
"Part 2"

**Policy No.** MCP9500049-01

Effective Date:    05-03-01

12:01 A.M.,    Standard Time

**ITEM ONE** – Named Insured and Mailing Address/Policy Period – shown in Policy Declarations
**Form of Business:**  ☒ Individual    ☐ Partnership    ☐ Corporation    ☐ Other
**ITEM TWO – SCHEDULE OF COVERAGES
AND COVERED AUTOS**

This policy provides only those coverages where a charge is shown in the premium column below. Each of these coverages will apply only to those "autos" shown as covered "Autos" are shown as covered "autos" for a particular coverage by the entry of one or more of the symbols from the COVERED AUTOS Section of the Truckers Coverage Form next to the name of the coverage

| COVERAGES | | COVERED AUTOS (Entry of one or more of the symbols from the COVERED AUTOS Section of the Truckers Coverage Form shown which autos are covered autos) | LIMIT THE MOST WE WILL PAY FOR ANY ONE ACCIDENT OR LOSS | | |
|---|---|---|---|---|---|
| LIABILITY | | 46,47,50 | $1,000,000 | | $10,555 00 |
| PERSONAL INJURY PROTECTION (P I P )†† | | | SEPARATELY STATED IN EACH P I P  MINUS \$    DEDUCTIBLE | | $ |
| ADDED PERSONAL INJURY PROTECTION (P I P ) †† | | | SEPARATELY STATED IN EACH ADDED P I P  ENDORSEMENT | | $ |
| PROPERTY PROTECTION INS (P P I ) (Michigan only) | | | SEPARATELY STATED IN THE P P I  ENDORSEMENT MINUS \$    DEDUCTIBLE FOR EACH ACCIDENT | | $ |
| AUTO MEDICAL PAYMENTS | | 46 | $5,000 | | $ 204.00 |
| UNINSURED MOTORIST (UM) | | 46 | $60,000 | | $ 264.00 |
| UNDERINSURED MOTORIST (When not included in UM Cov ) | | 46 | $60,000 | | $INCLUDED |
| TRAILER INTER CHANGE | COMPREHENSIVE COVERAGE | | ACTUAL CASH VALUE, COST OF REPAIR OR | $    WHICHEVER IS LESS | $ |
| | SPECIFIED CAUSES OF LOSS COVERAGE | | | $    WHICHEVER IS LESS, MINUS $25 DED FOR EACHCOVERED AUTO FOR LOSS CAUSED BY MISCHIEF OR VANDALISM | $ |
| | COLLISION COVERAGE | | | $    WHICHEVER IS LESS, MINUS $    DEDUCTIBLE FOR EACH COVERED AUTO | $ |
| PHYSICAL DAMAGE | COMPREHENSIVE COVERAGE | | ACTUAL CASH VALUE OR COST OF REPAIR WHICHEVER IS LESS MINUS | $    DED FOR EACH COVERED AUTO, BUT NO DED APPLIES TO LOSS CAUSED BY FIRE OR LIGHTNING | $ |
| | SPECIFIED CAUSES OF LOSS COVERAGE | | 46 | $25 DEDUCTIBLE FOR EACH COVERED AUTO FOR LOSS CAUSED BY MISCHIEF OR VANDALISM | $ 591.00 |
| | COLLISION COVERAGE | | 46 | $500    DEDUCTIBLE FOR EACH COVERED AUTO | $ 2,089 00 |
| | TOWING AND LABOR (Not available in California) | | $ | For each disablement of a "private passenger auto" | $ |

FORMS AND ENDORSEMENTS APPLYINGTO THIS COVERAGE PART AND MADE PART OF THIS POLICY AT TIME OF ISSUE †

SEE SCHEDULE ENDORSEMENT ATTACHED

| | |
|---|---|
| PREMIUM FOR ENDORSEMENTS | $ |
| ESTIMATED TOTAL PREMIUM | $13,703.00 |

**ITEM THREE—SCHEDULE OF COVERED AUTOS YOU OWN**                                    (or equivalent No-Fault Cov )

| Covered Auto No | DESCRIPTION | | | PURCHASED | | TERRITORY | Town & State Where the Covered Auto will be principally garaged |
|---|---|---|---|---|---|---|---|
| | Year Model, Trade Name, Body Type Serial Number (S), Vehicle Identification Number (Vin) | | | Original Cost New | New (N) Used (U) | | |
| 1 | AS PER SCHEDULE ATTACHED | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |

| Covered Auto No | CLASSIFICATION | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Radius of Operation (In Miles) | Business use s=service r=retail c=commercial | Size GVW,GCW or Vehicle Seating Capacity | Age Group | Primary Rating Factor | | Secondary Rating Factor | Code | Except for towing all physical damage loss payable to you and the loss payee named below as interest may appear at the time of loss |
| | | | | | Liab | Phy Damage | | | |
| 1 | | | | | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |

†Forms and Endorsements applicable to this Coverage Part omitted if shown elsewhere in the policy                    *Inclusion of date optional

**THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING THE NAME OF THE INSURED AND THE POLICY PERIOD**

Copyright Insurance Services Office, Inc , 1993

CA 00 13 (12-93) PT 1

POLICY NUMBER: MCP9500049-01

ITEM THREE (Cont'd)

CA 00 14 12 93

TRUCKERS DECLARATOINS (CONTINUED)

COVERAGES – PREMIUMS LIMITS AND DEDUCTIBLES — (Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding ITEM TWO column applies instead)

| Cov ered Auto No | Limit (IN Thou- sands) | Premium | Limit* minus deductible shown below | Pre- mium | Limit* Premium | Limit* minus deductible shown below | Pre- mium | Limit (IN Thou- sands) | Pre- mium | Limit* minus deductible shown below | Pre- mium | Limit** Premium | Limit* minus deductible shown below | Premium | Limit per dis- ablement | Pre- mium |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | LIABILITY | | P I P | | ADDED P I P | P P I (Mich only) | | AUTO MED PAY | | COMPREHENSIVE | | SPEC CAUSES OF LOSS | COLLISION | | TOWING & LABOR | |
| 1 | AS PER SCHEDULE ATTACHED | | | | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | | | | | |
| 3 | | | | | | | | | | | | | | | | |
| Total Premium | | XXX | | | XXX | | XXX | | . | XXX | | | XXXX | | XXX | |

Add'l Coverage(s)—Premium, Limit, Deductible

*Limit stated in each applicable P I P  Endorsement   **Limit stated in ITEM TWO

**ITEM FOUR – SCHEDULE OF HIRED OR BORROWED AUTO COVERAGE AND PREMIUMS**

| LIABLITY COVERAGE – RATING BASIS, COST | ESTIMATED COST OF HIRE | RATE PER EACH $100 COST OF HIRE | TOTAL ESTIMATED PREMIUM |
|---|---|---|---|
| HIRE – AUTOS USED IN YOUR TRUCKING OPERATIONS | IF ANY | $1,440 | $125.00 |

LIABILITY COVERAGE – RATING BASIS, COST OF HIRE – AUTOS NOT USED IN YOUR TRUCKING OPERATIONS

| STATE | ESTIMATED COST OF HIRE FOR EACH STATE | RATE PER EACH $100 COST OF HIRE | FACTOR OF LIAB COV (IS PRIMARY) | PREMIUM |
|---|---|---|---|---|
| | | | | $ |
| | | | | $ |
| | | | TOTAL PREMIUM | $ |

**PHYSICAL DAMAGE COVERAGE**

| COVERAGES | LIMIT OF INSURANCE THE MOST WE WILL PAY, DEDUCTIBLE | ESTIMATED ANNUAL COST OF HIRE | RATE PER EACH $100 ANNUAL COST OF HIRE | PREMIUM |
|---|---|---|---|---|
| COMPREHENSIVE | $ ___ WHICHEVER IS LESS, MINUS $ ___ DEDUCTIBLE FOR EACH COVERED AUTO BUT NO DEDUCTIBLE APPLIES TO LOSS CAUSED BY FIRE OR LIGHTNING | | | $ |
| SPECIFIED CAUSES OF LOSS | $ ___ WHICHEVER IS LESS, MINUS $25 DEDUCTIBLE FOR EACH COVERED AUTO FOR LOSS CAUSED BY MISCHIEF OR VANDALISM | | | $ |
| COLLISION | $ ___ WHICHEVER IS LESS  MINUS $ ___ DEDUCTIBLE FOR EACH COVERED AUTO | | | $ |

Cost of Hire means

(a) The total dollar amount of cost you insured for the hire of automobiles (includes trailers and semi-trailers), and if not included therein

(b) The total remunerations of all operators and drivers helpers, of hired automobiles whether hired with a driver or lessor or an employee of the lessee, or any other third party, and,

(c) The total amount of any other costs (i e  repair, maintenance, fuel, etc.) directly associated with operation the hired automobiles whether such costs are absorbed by the insured  paid to the lessor owner  or paid to others

| | | TOTAL PREMIUM | $ |

**ITEM FIVE – SCHEDULE FOR NON-OWNERSHIP LIABILITY**

| RATING BASIS | NUMBER | PREMIUM | TOTAL PREMIUM |
|---|---|---|---|
| Number of Employees | IF ANY | $45.00 | |
| Number of Partners | | $ | $45 00 |

**ITEM SIX – TRAILER INTERCHANGE COVERAGE**

| COVERAGES | LIMIT OF INSURANCE | DAILY RATE | ESTIMATED PREMIUM | TOTAL PREMIUM |
|---|---|---|---|---|
| COMPREHENSIVE | STATED IN ITEM TWO | $ | | |
| SPECIFIED CAUSES OF LOSS | | $ | | |
| COLLISON | | $ | | $ |

**ITEM SEVEN – SCHEDULE FOR GROSS RECEIPTS RATING BASIS – LIABILITY COVERAGE**

| Estimate Yearly Gross Receipts | RATES | | | PREMIUMS | |
|---|---|---|---|---|---|
| | Per $100 of Gross Receipts | | | LIABILITY COVERAGE | AUTO MEDICAL PAYMENTS |
| | LIABILITY COVERAGE | AUTO MEDICAL PAYMENTS | | | |
| | | | | $ | $ |
| | | | | $ | $ |
| | | TOTAL PREMIUMS | | $ | $ |
| | | MINIMUM PREMIUMS | | $ | $ |

When used as a premium basis.

**Gross Receipts** means the total amount to which you are entitled for shipping or transporting property during the policy period regardless of whether you or any other carrier originate the shipment or transportation  "Gross Receipts" includes the total amount received from renting equipment, with or without drivers  to anyone who is not a "trucker" and 15% of the total amount received from renting any equipment to any  "trucker"  Gross Receipts does not include

A     Amounts you pay to railroads  steamship lines  airlines and other motor carriers operating under their own ICC or PUC permits

B     Advertising Revenue

C     Taxes which you collect as a separate item and remit directly to a government division

D     C O D  collections for costs of mail or merchandise including collection fees

E     Warehouse storage fees

Copyright  Insurance Services Office  Inc , 1993

# BUSINESS AUTO DECLARATIONS (Continued)

POLICY NO.    MCP  9500049-01

## ITEM THREE - SCHEDULE OF COVERED AUTOS YOU OWN

| COV-ERED AUTO NO. | DESCRIPTION YEAR, MODEL, TRADE NAME, BODY TYPE, SERIAL NUMBER(S), VEHICLE IDENTIFICATION NUMBER (VIN) | PURCHASED ORIGINAL COST NEW | PURCHASED ACTUAL COST NEW(N) USED(U) | TERRITORY TOWN & STATE WHERE THE COVERED AUTO WILL BE PRINCIPALLY GARAGED |
|---|---|---|---|---|
| NM001 | 80, WHITE TRUCK, 6PPCPGH041656 | | | MESILLA PARK NM, 005 |
| NM002 | 77, KENWORTH, 1537525 | | | MESILLA PARK NM, 005 |
| NM003 | 73, KENWORTH, 227979 | | | MESILLA PARK NM, 005 |
| NM004 | 72, INTERNATIONAL, 259471G512125 | | | MESILLA PARK NM, 005 |
| NM005 | 85, GMC, 1GDJ7D18DV628994 | | | MESILLA PARK NM, 005 |

### CLASSIFICATION

| COV-ERED AUTO NO. | RADIUS OF OPER-ATION | BUSINESS USE S=SERVICE R=RETAIL C=COMMERCIAL | SIZE GVW, GCW OR VEHICLE SEATING CAPACITY | AGE GROUP | PRIMARY RATING FACTOR LIAB | PRIMARY RATING FACTOR PHY. DAM. | SECONDARY RATING FACTOR | CODE |
|---|---|---|---|---|---|---|---|---|
| NM001 | 50 | C | 45,000 | 6 | 1.45 | .80/.80 | .70 | 334290 |
| NM002 | 50 | C | 45,000 | 6 | 1.45 | .80/.80 | .70 | 334290 |
| NM003 | 50 | C | 45,000 | 6 | 1.45 | .80/.80 | .70 | 334290 |
| NM004 | 50 | C | 45,000 | 6 | 1.45 | .80/.80 | .70 | 334290 |
| NM005 | 50 | C | 10,000 | 6 | 1.35 | 1.10/1.10 | | 034990 |

| COV-ERED AUTO NO. | EXCEPT PHYSICAL DAMAGES LOSS IS PAYABLE TO YOU AND THE LOSS PAYEE NAMED BELOW AS INTERESTS MAY APPEAR AT THE TIME OF THE LOSS. |
|---|---|
| | LOSS PAYEE |
| NM001 | COASTAL BANC SSB RIO GRANDE V,P.O. BOX 2468,HARLIGEN, TX  78551 |
| NM002 | |
| NM003 | |
| NM004 | |
| NM005 | |

COVERAGES - PREMIUMS, LIMITS AND DEDUCTIBLES (Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding ITEM TWO column applies instead.)

| COV-ERED AUTO NO. | LIABILITY Limit | LIABILITY Premium | PERSONAL INJURY PROTECTION Limit stated in each P.I.P. End. minus deductible shown below | PERSONAL INJURY PROTECTION Premium | ADDED P.I.P. Limit stated in each Added P.I.P. End Premium | AUTO MED PAY Limit | AUTO MED PAY Premium | UNINSURED/UNDERINSURED MOTORISTS Limit | UNINSURED/UNDERINSURED MOTORISTS Premium |
|---|---|---|---|---|---|---|---|---|---|
| NM001 | | $  1,169.00 | | | | $  5,000 | $   34.00 | | $   22.00 |
| NM002 | | $  1,169.00 | | | | $  5,000 | $   34.00 | | $   22.00 |
| NM003 | | $  1,169.00 | | | | $  5,000 | $   34.00 | | $   22.00 |
| NM004 | | $  1,169.00 | | | | | | | $   22.00 |
| NM005 | | $    637.00 | | | | | | | $   22.00 |
| TOTAL PREM. | | | | | | | | | |

COVERAGES - PREMIUMS, LIMITS AND DEDUCTIBLES (Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding ITEM TWO column applies instead.)

| COV-ERED AUTO NO. | COMPREHENSIVE LIMIT STATED IN ITEM TWO MINUS DED. SHOWN BELOW | COMPREHENSIVE PREMIUM | SPECIFIED CAUSES OF LOSS LIMIT STATED IN ITEM TWO | SPECIFIED CAUSES OF LOSS PREMIUM | COLLISION LIMIT STATED IN ITEM TWO MINUS DED SHOWN BELOW | COLLISION PREMIUM | TOWING & LABOR LIMIT PER DISABLEMENT | TOWING & LABOR PREMIUM |
|---|---|---|---|---|---|---|---|---|
| NM001 | | | | | | | | |
| NM002 | | | | | | | | |
| NM003 | | | | | | | | |
| NM004 | | | | | | | | |
| NM005 | | | | | | | | |
| TOTAL PREM. | | | | | | | | |

CA190 (Ed. 1-87)    Copyright Insurance Services Office Inc. 1986

INSURED COPY

# BUSINESS AUTO DECLARATIONS (Continued)

**POLICY NO.**   MCP  9500049-01

## ITEM THREE - SCHEDULE OF COVERED AUTOS YOU OWN

| COV-ERED AUTO NO. | DESCRIPTION YEAR, MODEL, TRADE NAME, BODY TYPE, SERIAL NUMBER(S) VEHICLE IDENTIFICATION NUMBER (VIN) | PURCHASED ORIGINAL COST NEW | ACTUAL COST NEW(N) USED(U) | TERRITORY TOWN & STATE WHERE THE COVERED AUTO WILL BE PRINCIPALLY GARAGED |
|---|---|---|---|---|
| NM006 | 85, GMC DMPSR, K7D1B1FV621542 | | | MESILLA PARK NM, 005 |
| NM007 | 79, CHEVROLET, C16DA9V166322 | | | MESILLA PARK NM, 005 |
| NM008 | 70, INTERNATIONAL, 456080G371378 | | | MESILLA PARK NM, 005 |
| NM009 | 99, DODGE PICKUP, 3B7KF236XXG166051 | $ 35,000  ACV | | MESILLA PARK NM, 005 |
| NM010 | 94, CHEVROLET PICKUP, 2GCEK19K6R1202157 | $ 22,000  ACV | | MESILLA PARK NM, 005 |

### CLASSIFICATION

| COV-ERED AUTO NO. | RADIUS OF OPER-ATION | BUSINESS USE S=SERVICE R=RETAIL C=COMMERCIAL | SIZE GVW, GCW OR VEHICLE SEATING CAPACITY | AGE GROUP | PRIMARY RATING FACTOR LIAB | PHY DAM | SECONDARY RATING FACTOR | CODE |
|---|---|---|---|---|---|---|---|---|
| NM006 | 50 | C | 10,000 | 6 | 1.35 | 1.10/1.10 | | 034990 |
| NM007 | 50 | C | 10,000 | 6 | 1.35 | 1.10/1.10 | | 034990 |
| NM008 | 50 | C | 10,000 | 6 | 1.35 | 1.10/1.10 | | 034990 |
| NM009 | 50 | S | 10,000 | 3 | 1.00 | 1.00/1.00 | | 014990 |
| NM010 | 50 | S | 10,000 | 6 | 1.00 | 1.00/1.00 | | 014990 |

| COV-ERED AUTO NO. | EXCEPT PHYSICAL DAMAGES LOSS IS PAYABLE TO YOU AND THE LOSS PAYEE NAMED BELOW AS INTERESTS MAY APPEAR AT THE TIME OF THE LOSS |
|---|---|
| | LOSS PAYEE |
| NM006 | |
| NM007 | |
| NM008 | |
| NM009 | |
| NM010 | |

### COVERAGES - PREMIUMS, LIMITS AND DEDUCTIBLES (Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding ITEM TWO column applies instead.)

| COV-ERED AUTO NO. | LIABILITY Limit | Premium | PERSONAL INJURY PROTECTION Limit stated in each P.I.P End. minus deductible shown below | Premium | ADDED P.I.P Limit stated in each Added P I.P End. Premium | AUTO MED PAY Limit | Premium | UNINSURED/UNDERINSURED MOTORISTS Limit | Premium |
|---|---|---|---|---|---|---|---|---|---|
| NM006 | | $   637.00 | | | | | | | $   22.00 |
| NM007 | | $   637.00 | | | | | | | $   22.00 |
| NM008 | | $   637.00 | | | | | | | $   22.00 |
| NM009 | | $   472.00 | | | | $  5,000 | $   34.00 | | $   22.00 |
| NM010 | | $   472.00 | | | | $  5,000 | $   34.00 | | $   22.00 |
| TOTAL PREM. | | | | | | | | | |

### COVERAGES - PREMIUMS, LIMITS AND DEDUCTIBLES (Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding ITEM TWO column applies instead.)

| COV-ERED AUTO NO. | COMPREHENSIVE LIMIT STATED IN ITEM TWO MINUS DED. SHOWN BELOW | PREMIUM | SPECIFIED CAUSES OF LOSS LIMIT STATED IN ITEM TWO PREMIUM | | COLLISION LIMIT STATED IN ITEM TWO MINUS DED SHOWN BELOW | PREMIUM | TOWING & LABOR LIMIT PER DISABLEMENT | PREMIUM |
|---|---|---|---|---|---|---|---|---|
| NM006 | | | | | | | | |
| NM007 | | | | | | | | |
| NM008 | | | | | | | | |
| NM009 | | | ACV | $   224.00 | $ 500  ACV | $   825.00 | | |
| NM010 | | | ACV | $   143.00 | $ 500  ACV | $   439.00 | | |
| TOTAL PREM. | | | | | | | | |

CA190 (Ed. 1-87)          Copyright Insurance Services Office, Inc., 1986

# BUSINESS AUTO DECI F TIONS (Continued)

POLICY NO.   MCP 9500049-01

## ITEM THREE - SCHEDULE OF COVERED AUTOS YOU OWN

| COV-ERED AUTO NO. | DESCRIPTION — YEAR, MODEL, TRADE NAME, BODY TYPE, SERIAL NUMBER(S) VEHICLE IDENTIFICATION NUMBER (VIN) | PURCHASED ORIGINAL COST NEW | ACTUAL COST NEW(N) USED(U) | TERRITORY — TOWN & STATE WHERE THE COVERED AUTO WILL BE PRINCIPALLY GARAGED |
|---|---|---|---|---|
| NM011 | 99, CHEVROLET Z71 PICKUP, 1GCEK19V5XE132303 | $ 29,000 | ACV | MESILLA PARK NM, 005 |
| NM012 | 89, INTERNATIONAL TRUCK, 2HTFC0004KC028285 | | | MESILLA PARK NM, 005 |
| NM013 | 80, CABBAGE PULL TRAILER | | | MESILLA PARK NM, 005 |
| NM014 | 80, CABBAGE PULL TRAILER | | | MESILLA PARK NM, 005 |
| NM015 | 80, CABBAGE PULL TRAILER | | | MESILLA PARK NM, 005 |

| COV-ERED AUTO NO. | RADIUS OF OPER-ATION | CLASSIFICATION — BUSINESS USE S=SERVICE R=RETAIL C=COMMERCIAL | SIZE GVW, GCW OR VEHICLE SEATING CAPACITY | AGE GROUP | PRIMARY RATING FACTOR LIAB | PRIMARY RATING FACTOR PHY. DAM. | SECONDARY RATING FACTOR | CODE |
|---|---|---|---|---|---|---|---|---|
| NM011 | 50 | S | 10,000 | 3 | 1.00 | 1.00/1.00 | | 014990 |
| NM012 | 50 | C | 45,000 | 6 | 1.45 | .80/.80 | .70 | 334290 |
| NM013 | 50 | C | | 6 | .10 | .55/.55 | | 684290 |
| NM014 | 50 | C | | 6 | .10 | .55/.55 | | 684290 |
| NM015 | 50 | C | | 6 | .10 | .55/.55 | | 684290 |

| COV-ERED AUTO NO. | EXCEPT PHYSICAL DAMAGES LOSS IS PAYABLE TO YOU AND THE LOSS PAYEE NAMED BELOW AS INTERESTS MAY APPEAR AT THE TIME OF THE LOSS. — LOSS PAYEE |
|---|---|
| NM011 | |
| NM012 | |
| NM013 | |
| NM014 | |
| NM015 | |

COVERAGES - PREMIUMS, LIMITS AND DEDUCTIBLES (Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding ITEM TWO column applies instead )

| COV-ERED AUTO NO. | LIABILITY Limit | LIABILITY Premium | PERSONAL INJURY PROTECTION Limit stated in each P.I.P. End. minus deductible shown below | PERSONAL INJURY PROTECTION Premium | ADDED P.I.P. Limit stated in each Added P.I.P. End. Premium | AUTO MED PAY Limit | AUTO MED PAY Premium | UNINSURED/UNDERINSURED MOTORISTS Limit | UNINSURED/UNDERINSURED MOTORISTS Premium |
|---|---|---|---|---|---|---|---|---|---|
| NM011 | | $    472.00 | | | | $  5,000 | $   34.00 | | $     22.00 |
| NM012 | | $  1,169.00 | | | | | | | $     22.00 |
| NM013 | | $     48.00 | | | | | | | |
| NM014 | | $     48.00 | | | | | | | |
| NM015 | | $     48.00 | | | | | | | |
| TOTAL PREM. | | | | | | | | | |

COVERAGES - PREMIUMS, LIMITS AND DEDUCTIBLES (Absence of a deductible or limit entry in the corresponding ITEM TWO column applies instead.)

| COV-ERED AUTO NO. | COMPREHENSIVE LIMIT STATED IN ITEM TWO MINUS DED. SHOWN BELOW | COMPREHENSIVE PREMIUM | SPECIFIED CAUSES OF LOSS LIMIT STATED IN ITEM TWO PREMIUM | SPECIFIED CAUSES OF LOSS PREMIUM | COLLISION LIMIT STATED IN ITEM TWO MINUS DED. SHOWN BELOW | COLLISION PREMIUM | TOWING & LABOR LIMIT PER DISABLEMENT | TOWING & LABOR PREMIUM |
|---|---|---|---|---|---|---|---|---|
| NM011 | | | ACV | $   224.00 | 500 ACV | $   825.00 | | |
| NM012 | | | | | | | | |
| NM013 | | | | | | | | |
| NM014 | | | | | | | | |
| NM015 | | | | | | | | |
| TOTAL PREM. | | | | | | | | |

CA190 (Ed. 1-87)          Copyright, Insurance Services Office, Inc., 1986

# BUSINESS AUTO DECIATIONS (Continued)

POLICY NO.   MCP 9500049-01

## ITEM THREE - SCHEDULE OF COVERED AUTOS YOU OWN

| COV-ERED AUTO NO. | DESCRIPTION YEAR, MODEL, TRADE NAME, BODY TYPE, SERIAL NUMBER(S) VEHICLE IDENTIFICATION NUMBER (VIN) | PURCHASED ORIGINAL COST NEW | PURCHASED ACTUAL COST NEW(N) USED(U) | TERRITORY TOWN & STATE WHERE THE COVERED AUTO WILL BE PRINCIPALLY GARAGED |
|---|---|---|---|---|
| NM016 | 80, CABBAGE PULL TRAILER | | | MESILLA PARK NM, 005 |
| NM017 | 80, CABBAGE PULL TRAILER | | | MESILLA PARK NM, 005 |
| NM018 | 90, CABBAGE PULL TRAILER | | | MESILLA PARK NM, 005 |
| NM019 | 80, CABBAGE PULL TRAILER | | | MESILLA PARK NM, 005 |
| NM020 | 80, CABBAGE PULL TRAILER | | | MESILLA PARK NM, 005 |

| COV-ERED AUTO NO. | CLASSIFICATION RADIUS OF OPER-ATION | BUSINESS USE S=SERVICE R=RETAIL C=COMMERCIAL | SIZE GVW, GCW OR VEHICLE SEATING CAPACITY | AGE GROUP | PRIMARY RATING FACTOR LIAB | PRIMARY RATING FACTOR PHY DAM. | SECONDARY RATING FACTOR | CODE |
|---|---|---|---|---|---|---|---|---|
| NM016 | 50 | C | | 6 | .10 | .55/.55 | | 684290 |
| NM017 | 50 | C | | 6 | .10 | .55/.55 | | 684290 |
| NM018 | 50 | C | | 6 | .10 | .55/.55 | | 684290 |
| NM019 | 50 | C | | 6 | .10 | .55/.55 | | 684290 |
| NM020 | 50 | C | | 6 | .10 | .55/.55 | | 684290 |

| COV-ERED AUTO NO. | EXCEPT PHYSICAL DAMAGES LOSS IS PAYABLE TO YOU AND THE LOSS PAYEE NAMED BELOW AS INTERESTS MAY APPEAR AT THE TIME OF THE LOSS. |
|---|---|
| | LOSS PAYEE |
| NM016 | |
| NM017 | |
| NM018 | |
| NM019 | |
| NM020 | |

COVERAGES - PREMIUMS, LIMITS AND DEDUCTIBLES (Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding ITEM TWO column applies instead.)

| COV-ERED AUTO NO. | LIABILITY Limit | LIABILITY Premium | PERSONAL INJURY PROTECTION Limit stated in each P I P End. minus deductible shown below | PERSONAL INJURY PROTECTION Premium | ADDED P.I.P Limit stated in each Added P.I.P. End. Premium | AUTO MED PAY Limit | AUTO MED PAY Premium | UNINSURED/UNDERINSURED MOTORISTS Limit | UNINSURED/UNDERINSURED MOTORISTS Premium |
|---|---|---|---|---|---|---|---|---|---|
| NM016 | | $ 48.00 | | | | | | | |
| NM017 | | $ 48.00 | | | | | | | |
| NM018 | | $ 48.00 | | | | | | | |
| NM019 | | $ 48.00 | | | | | | | |
| NM020 | | $ 48.00 | | | | | | | |
| TOTAL PREM. | | | | | | | | | |

COVERAGES - PREMIUMS, LIMITS AND DEDUCTIBLES (Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding ITEM TWO column applies instead.)

| COV-ERED AUTO NO. | COMPREHENSIVE LIMIT STATED IN ITEM TWO MINUS DED. SHOWN BELOW | COMPREHENSIVE PREMIUM | SPECIFIED CAUSES OF LOSS LIMIT STATED IN ITEM TWO PREMIUM | COLLISION LIMIT STATED IN ITEM TWO MINUS DED SHOWN BELOW | COLLISION PREMIUM | TOWING & LABOR LIMIT PER DISABLEMENT | TOWING & LABOR PREMIUM |
|---|---|---|---|---|---|---|---|
| NM016 | | | | | | | |
| NM017 | | | | | | | |
| NM018 | | | | | | | |
| NM019 | | | | | | | |
| NM020 | | | | | | | |
| TOTAL PREM. | | | | | | | |

CA190 (Ed 1-87)          Copyright, Insurance Services Office, Inc., 1986

INSURED COPY

# BUSINESS AUTO DECLARATIONS (Continued)

POLICY NO.   MCP  9500049-01

## ITEM THREE - SCHEDULE OF COVERED AUTOS YOU OWN

| COV-ERED AUTO NO. | DESCRIPTION YEAR, MODEL, TRADE NAME, BODY TYPE, SERIAL NUMBER(S) VEHICLE IDENTIFICATION NUMBER (VIN) | PURCHASED | | TERRITORY TOWN & STATE WHERE THE COVERED AUTO WILL BE PRINCIPALLY GARAGED |
|---|---|---|---|---|
| | | ORIGINAL COST NEW | ACTUAL COST NEW(N) USED(U) | |
| NM021 | 80, CABBAGE PULL TRAILER | | | MESILLA PARK NM, 005 |
| NM022 | 80, CABBAGE PULL TRAILER | | | MESILLA PARK NM, 005 |
| NM023 | 80, CABBAGE PULL TRAILER | | | MESILLA PARK NM, 005 |
| NM024 | 80, CABBAGE PULL TRAILER | | | MESILLA PARK NM, 005 |

| COV-ERED AUTO NO. | CLASSIFICATION | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | RADIUS OF OPER-ATION | BUSINESS USE S=SERVICE R=RETAIL C=COMMERCIAL | SIZE GVW, GCW OR VEHICLE SEATING CAPACITY | AGE GROUP | PRIMARY RATING FACTOR LIAB | PHY DAM. | SECONDARY RATING FACTOR | CODE |
| NM021 | 50 | C | | 6 | .10 | .55/.55 | | 684290 |
| NM022 | 50 | C | | 6 | .10 | .55/.55 | | 684290 |
| NM023 | 50 | C | | 6 | .10 | .55/.55 | | 684290 |
| NM024 | 50 | C | | 6 | .10 | .55/.55 | | 684290 |

| COV-ERED AUTO NO. | EXCEPT PHYSICAL DAMAGES LOSS IS PAYABLE TO YOU AND THE LOSS PAYEE NAMED BELOW AS INTERESTS MAY APPEAR AT THE TIME OF THE LOSS |
|---|---|
| | LOSS PAYEE |
| NM021 | |
| NM022 | |
| NM023 | |
| NM024 | |

COVERAGES - PREMIUMS, LIMITS AND DEDUCTIBLES (Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding ITEM TWO column applies instead.)

| COV-ERED AUTO NO. | LIABILITY | | PERSONAL INJURY PROTECTION | | ADDED P.I.P. | AUTO MED PAY | | UNINSURED/UNDERINSURED MOTORISTS | |
|---|---|---|---|---|---|---|---|---|---|
| | Limit | Premium | Limit stated in each P.I.P. End. minus deductible shown below | Premium | Limit stated in each Added P.I.P. End. Premium | Limit | Premium | Limit | Premium |
| NM021 | | $    48.00 | | | | | | | |
| NM022 | | $    48.00 | | | | | | | |
| NM023 | | $    48.00 | | | | | | | |
| NM024 | | $    48.00 | | | | | | | |
| TOTAL PREM. | | $  10,385.00 | | | | $    204.00 | | $    264.00 | |

COVERAGES - PREMIUMS, LIMITS AND DEDUCTIBLES (Absence of a deductible or limit entry in any column below means that the limit or deductible entry in the corresponding ITEM TWO column applies instead.)

| COV-ERED AUTO NO. | COMPREHENSIVE | | SPECIFIED CAUSES OF LOSS | | COLLISION | | TOWING & LABOR | |
|---|---|---|---|---|---|---|---|---|
| | LIMIT STATED IN ITEM TWO MINUS DED SHOWN BELOW | PREMIUM | LIMIT STATED IN ITEM TWO PREMIUM | | LIMIT STATED IN ITEM TWO MINUS DED SHOWN BELOW | PREMIUM | LIMIT PER DISABLEMENT | PREMIUM |
| NM021 | | | | | | | | |
| NM022 | | | | | | | | |
| NM023 | | | | | | | | |
| NM024 | | | | | | | | |
| TOTAL PREM. | | | $    591.00 | | | $  2,089.00 | | |

CA190 (Ed. 1-87)                 Copyright. Insurance Services Office, Inc., 1986

INSURED COPY

COMMERCIAL AUTO
CA 02 50 02 99

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NEW MEXICO CHANGES -
# CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

**A.** The Cancellation Common Policy Condition does not apply. The following Condition applies instead:

**CANCELLATION**

1. The first Named Insured may cancel the policy by mailing or delivering to us advance written notice of cancellation.

2. When this policy is in effect less than 60 days and is not a renewal or continuation policy, we may cancel for any reason provided we mail written notice of cancellation to the first Named Insured within this period. If we cancel, we will mail the first Named Insured at least 10 days notice.

3. When this policy is in effect 60 days or more or is a renewal or continuation policy, we may cancel only for one or more of the following reasons:

   **a.** Nonpayment of premium. If we cancel for this reason, we will mail the first Named Insured at least 10 days notice.

   **b.** There has been a substantial change in the risk assumed by us since the policy was issued. If we cancel for this reason, we will mail the first Named Insured at least 30 days notice.

   **c.** The policy was obtained through material misrepresentation, fraudulent statements, omissions or concealment of fact material to the acceptance of the risk or to the hazard assumed by us. If we cancel for this reason, we will mail the first Named Insured at least 15 days notice.

   **d.** Willful and negligent acts or omissions by the "insured" have substantially increased the hazards insured against. If we cancel for this reason, we will mail the first Named Insured at least 15 days notice.

   **e.** Revocation or suspension of your driver's license or that of another operator who either resides in the same household or customarily operates the "auto". If we cancel for this reason, we will mail the first Named Insured at least 15 days notice.

   **f.** You present a claim based on fraud or material misrepresentation. If we cancel for this reason, we will mail the first Named Insured at least 15 days notice.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If you cancel, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

**B.** The following Condition is added:

**NONRENEWAL**

1. If we decide not to renew or continue this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

Copyright, Insurance Services Office, Inc., 1998

INSURED COPY

2. If we offer to renew or cont...  and you do not accept, this Coverage Part will end on the expiration date of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

3. If we fail to mail proper notice of nonrenewal and you obtain other insurance, this Coverage Part will end on the effective date of that insurance.

C. **Mailing Of Notices**

We will mail or deliver our notice of cancellation or nonrenewal to your last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

     Copyright, Insurance Services Office, Inc., 1998     CA 02 50 02 99

INSURED COPY

POLICY NUMBER:   MCP   ʋ   ʋ049-01

COMMERCIAL AUTO
CA 21 15 10 97

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NEW MEXICO - UNINSURED MOTORISTS COVERAGE

For a covered "auto" licensed or principally garaged in, or "garage operations" conducted in New Mexico, this endorsement modifies insurance provided under the following:

> BUSINESS AUTO COVERAGE FORM
> GARAGE COVERAGE FORM
> MOTOR CARRIER COVERAGE FORM
> TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Endorsement Effective: | Countersigned By: |
|---|---|
| Named Insured. | |
| | (Authorized Representative) |

## SCHEDULE

**LIMIT OF INSURANCE**

$        60,000                        Each "Accident"

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**A.  Coverage**

1.  We will pay all sums the "insured" is legally entitled to recover as damages from the owner or driver of an "uninsured motor vehicle" because of:

    a.  "Bodily injury" sustained by an "insured" and caused by an "accident"; or

    b.  "Property damage" caused by an "accident". Paragraph b. of the "uninsured motor vehicle" definition does not apply to "property damage".

The owner's or driver's liability for these damages must result from the ownership, maintenance or use of the "uninsured motor vehicle".

2.  With respect to damages resulting from an "accident" with a vehicle described in Paragraph b. of the definition of "uninsured motor vehicle", we will pay under this coverage only if a. or b. applies:

    a.  The limit of any applicable liability bonds or policies have been exhausted by judgments or payments; or

INSURED COPY

b. A tentative settlement, been made between an "insured" and the insurer of a vehicle described in Paragraph **b.** of the definition of "uninsured motor vehicle" and we:

    (1) Have been given prompt written notice of such tentative settlement; and

    (2) Advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification.

3. Any judgment for damages arising out of a "suit" brought without our written consent is not binding on us.

## B. Who Is An Insured

The following are "insureds" for Uninsured Motorists Coverage:

1. Any Class 1 "insured", meaning you, if you are an individual. If you are an individual, your "family member" is also a Class 1 "insured".

2. Any Class 2 "insured", meaning:

    a. You, if you are not an individual;

    b. Anyone other than a Class 1 "insured" while "occupying" a covered "auto" or a temporary substitute for a covered "auto". The covered "auto" must be out of service because of its breakdown, repair, servicing, loss or destruction. Anyone other than a Class 1 "insured" includes your partners (if you are a partnership), or members (if you are a limited liability company), "employees", directors or shareholders:

    c. Anyone for damages he or she is entitled to recover because of "bodily injury" sustained by another "insured".

## C. Exclusions

This insurance does not apply to any of the following:

1. Any claim settled without our consent. However, this exclusion does not apply to a settlement made with the insurer of a vehicle described in Paragraph **b.** of the definition of "uninsured motor vehicle", in accordance with the procedure described in Paragraph **A.2.b.**

2. The direct or indirect benefit of any insurer or self-insurer under any workers' compensation, disability benefits or similar law.

3. The direct or indirect benefit of any insurer of property.

4. The first $250 of the amount of "property damage" to the property of each "insured" as the result of any one "accident".

5. Anyone using a vehicle without a reasonable belief that the person is entitled to do so.

6. "Property damage" for which the "insured" has been or is entitled to be compensated by other property or physical damage insurance.

## D. Limit Of Insurance

The Limit of Insurance available to a Class 1 "insured" may differ from the Limit of Insurance available to a Class 2 "insured". Read carefully the following paragraphs and the descriptions of Class 1 "insured" and Class 2 "insured" in the Who Is An Insured provision to determine the applicable Limit of Insurance.

1. Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for all damages resulting from any one "accident" is the limit of Uninsured Motorists Coverage shown in the Schedule or Declarations. If there is more than one covered "auto", and "bodily injury" or "property damage" is sustained by a Class 1 "insured", our Limit of Insurance for any one "accident" is the sum of the limits applicable to each covered "auto". Subject to this maximum limit of liability for all damages:

    a. The most we will pay for all damages sustained in such "accident" by a Class 2 "insured" is that "insured's" pro rata share of the limit shown in the Schedule or Declarations for this coverage, at the time of the "accident".

    b. Any Class 1 "insured" who sustains "bodily injury" or "property damage" in such "accident" will also be entitled to a pro rata share of the limit described in Paragraph **a.** above.

A person's pro rata share shall be the proportion that that person's damages bears to the sum of:

    (i) The total damages sustained by all Class 2 "insureds"; and

    (ii) That portion of the damages sustained by any Class 1 "insured" which remains after the limits for this coverage applicable to any covered "auto" which was not involved in the "accident" have been exhausted.

Copyright, Insurance Services Office, Inc., 1997
CA 21 15 10 97

INSURED COPY

2. If the "bodily injury" or   ,   tty damage" is sustained by any Class 2 "insured" in an "accident" in which no Class 1 "insured" sustained "bodily injury" or "property damage", the Limit of Insurance shown in the Schedule or Declarations for this coverage, at the time of the "accident", is our maximum limit of liability for all damages resulting from any such "accident".

3. No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage and any Liability Coverage Form or Medical Payments Coverage endorsement attached to this Coverage Part.

   We will not make a duplicate payment under this coverage for any element of "loss" for which payment has been made by or for anyone who is legally responsible.

4. With respect to damages resulting from an "accident" involving an underinsured motor vehicle, as described in Paragraph **4.b.** of the "uninsured motor vehicle" definition, the Limit of Insurance shall be reduced by all sums paid by or for anyone who is legally responsible, including all sums paid under this Coverage Form's Liability Coverage.

5. We will not pay for a "loss" which is paid or payable under Physical Damage Coverage.

**E.  Changes In Conditions**

The Conditions are changed for Uninsured Motorists Coverage as follows:

1. The reference in **Other Insurance** to "other collectible insurance" applies only to other collectible uninsured motorists insurance.

2. **Duties In The Event Of Accident, Claim, Suit Or Loss** is changed by adding the following:

   a. Promptly notify the police if a hit-and-run driver is involved, and

   b. Promptly send us copies of the legal papers if a "suit" is brought.

c. A   ,   rson seeking coverage from an insured, owner or operator of a vehicle described in Paragraph **b.** of the definition of "uninsured motor vehicle" must also notify us in writing of a tentative settlement between the "insured" and the insurer and allow us to advance payment to that "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification to preserve our rights against the insurer, owner or operator of such vehicle.

3. **Transfer Of Rights Of Recovery Against Others To Us** is changed by adding the following:

   If we make any payment and the "insured" recovers from another party, the "insured" shall hold the proceeds in trust for us and pay us back the amount we have paid.

   Our rights do not apply under this provision with respect to damages caused by an "accident" with a vehicle described in Paragraph **b.** of the definition of "uninsured motor vehicle" if we:

   a. Have been given prompt written notice of a tentative settlement between an "insured" and the insurer of a vehicle described in Section **b.** of the definition of "uninsured motor vehicle"; and

   b. Fail to advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification.

   If we advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification:

   a. That payment will be separate from any amount the "insured" is entitled to recover under the provisions of Uninsured Motorists Coverage; and

   b. We also have a right to recover the advance payment.

 Copyright, Insurance Services Office, Inc., 1997

NSURED COPY

4. The following Condition i... .

**ARBITRATION**

a. If we and an "insured" disagree whether the "insured" is legally entitled to recover damages from the owner or driver of an "uninsured motor vehicle" or do not agree as to the amount of damages that are recoverable by that "insured", then the matter may be arbitrated. However, disputes concerning whether there is coverage under this endorsement may not be arbitrated. Both parties must agree to arbitration. If so agreed, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction. Each party will pay the expenses it incurs and bear the expenses of the third arbitrator equally, unless the arbitration costs are awarded to the prevailing party by the arbitrators.

b. Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to arbitration procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding.

5. **Two Or More Coverage Forms Or Policies Issued By Us** in the Business Auto Coverage Form, Garage Coverage Form and Truckers Coverage Form, does not apply.

**F. Additional Definitions**

As used in this endorsement:

1. "Family member" means a person related to you by blood, marriage or adoption who is a resident of your household, including a ward or foster child.

2. "Occupying" means in, upon, getting in, on, out or off.

3. "Property damage" means injury or destruction of:

   a. A covered "auto", or

   b. Property owned by you or any "family member", or

   c. Property contained in a covered "auto" and owned by anyone else "occupying" the covered "auto".

4. "Uninsured motor vehicle" means a land motor vehicle or trailer:

   a. For which no liability bond or policy at the time of an "accident" provides at least the amounts required by the applicable law where a covered "auto" is principally garaged;

   b. That is an underinsured motor vehicle. An underinsured motor vehicle is a motor vehicle for which the sum of all liability bonds or policies at the time of an "accident" provides at least the amounts required by the applicable law where a covered "auto" is principally garaged but their limits are less than the sum of the limits of this coverage applicable to the "insured".

   c. For which an insuring or bonding company denies coverage or is or becomes insolvent; or

   d. That is a hit-and-run vehicle and neither the driver nor owner can be identified.

   The vehicle must either:

   (i) Hit an "insured", a covered "auto" or a vehicle an "insured" is "occupying"; or

   (ii) Cause "bodily injury" or "property damage" with no physical contact with an "insured", a covered "auto" or a vehicle the "insured" is "occupying" at the time of an "accident".

However, "uninsured motor vehicle" does not include any vehicle:

a. Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer who is or becomes insolvent and cannot provide the amounts required by that motor vehicle law;

b. Owned by a governmental unit or agency; or

c. Designed for use mainly off public roads while not on public roads.

     Copyright, Insurance Services Office, Inc., 1997     CA 21 15 10 97

INSURED COPY

COMMERCIAL AUTO
CA 00 12 07 97

# TRUCKERS COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **VI** - Definitions.

## SECTION I - COVERED AUTOS

Item Two of the Declarations shows the "autos" that are covered "autos" for each of your coverages. The following numerical symbols describe the "autos" that may be covered "autos". The symbols entered next to a coverage on the Declarations designate the only "autos" that are covered "autos".

### A. Description Of Covered Auto Designation Symbols

| Symbol | | Description Of Covered Auto Designation Symbols |
|---|---|---|
| 41 | Any "Autos" | |
| 42 | Owned "Autos" Only | Only the "autos" you own (and for Liability Coverage any "trailers" you don't own while connected to a power unit you own). This includes those "autos" you acquire ownership of after the policy begins. |
| 43 | Owned Commercial "Autos" Only | Only those trucks, tractors and "trailers" you own (and for Liability Coverage any "trailers" you don't own while connected to a power unit you own). This includes those trucks, tractors and "trailers" you acquire ownership of after the policy begins. |
| 44 | Owned "Autos" Subject To No-Fault | Only those "autos" you own that are required to have No-Fault benefits in the state where they are licensed or principally garaged. This includes those "autos" you acquire ownership of after the policy begins provided they are subject to the No-Fault law in the state where they are licensed or principally garaged. |
| 45 | Owned "Autos" Subject To A Compulsory Uninsured Motorists Law | Only those "autos" you own that, because of the law in the state where they are licensed or principally garaged, are required to have and cannot reject Uninsured Motorists Coverage. This includes those "autos" you acquire ownership of after the policy begins provided they are subject to the same state uninsured motorists requirement. |
| 46 | Specifically Described "Autos" | Only those "autos" described in Item Three of the Declarations for which a premium charge is shown (and for Liability Coverage any "trailers" you don't own while attached to any power unit described in Item Three). |
| 47 | Hired "Autos" Only | Only those "autos" you lease, hire, rent or borrow. This does not include any "private passenger type auto" you lease, hire, rent or borrow from any member of your household, any of your "employees", partners (if you are a partnership), members (if you are a limited liability company), or agents or members of their households. |
| 48 | "Trailers" In Your Possession Under A Written Trailer Or Equipment Interchange Agreement | Only those "trailers" you do not own while in your possession under a written "trailer" or equipment interchange agreement in which you assume liability for "loss" to to the "trailers" while in your possession. |
| 49 | Your "Trailers" In The Possession Of Anyone Else Under A Written Trailer Interchange Agreement | Only those "trailers" you own or hire while in the possession of anyone else under a written "trailer" interchange agreement. When Symbol "49" is entered next to a Physical Damage Coverage in Item Two of the Declarations, the Physical Damage Coverage exclusion relating to "loss" to a "trailer" in the possession of anyone else does not apply to that coverage. |

Copyright, Insurance Services Office, Inc., 1996

INSURED COPY

| Symbol | | Description Of Covered Auto Designation Symbols |
|--------|--|----------------------------------------------|
| 50 | Nonowned "Autos" Only | Only those "autos" you do not own, lease, hire, rent or borrow that are used in connection with your business. This includes "private passenger type autos" owned by your "employees", partners (if you are a partnership), members (if you are a limited liability company), or members of their households but only while used in your business or your personal affairs. |

## B. Owned Autos You Acquire After The Policy Begins

1. If Symbols 41, 42, 43, 44 or 45 are entered next to a coverage in Item Two of the Declarations, then you have coverage for "autos" that you acquire of the type described for the remainder of the policy period.

2. But, if Symbol 46 is entered next to a coverage in Item Two of the Declarations, an "auto" you acquire will be a covered "auto" for that coverage only if:

   a. We already cover all "autos" that you own for that coverage or it replaces an "auto" you previously owned that had that coverage; and

   b. You tell us within 30 days after you acquire it that you want us to cover it for that coverage.

## C. Certain Trailers, Mobile Equipment And Temporary Substitute Autos

If Liability Coverage is provided by this Coverage Form, the following types of vehicles are also covered "autos" for Liability Coverage:

1. "Trailers" with a load capacity of 2,000 pounds or less designed primarily for travel on public roads.

2. "Mobile equipment" while being carried or towed by a covered "auto".

3. Any "auto" you do not own while used with the permission of its owner as a temporary substitute for a covered "auto" you own that is out of service because of its:

   a. Breakdown;

   b. Repair;

   c. Servicing;

   d. "Loss"; or

   e. Destruction.

# SECTION II - LIABILITY COVERAGE

## A. Coverage

We will pay all sums an "insured" legally must pay as damages because of "bodily injury" or "property damage" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of a covered "auto".

We will also pay all sums an "insured" legally must pay as a "covered pollution cost or expense" to which this insurance applies, caused by an "accident" and resulting from the ownership, maintenance or use of covered "autos". However, we will only pay for the "covered pollution cost or expense" if there is either "bodily injury" or "property damage" to which this insurance applies that is caused by the same "accident".

We have the right and duty to defend any "insured" against a "suit" asking for such damages or a "covered pollution cost or expense". However, we have no duty to defend any "insured" against a "suit" seeking damages for "bodily injury" or "property damage" or a "covered pollution cost or expense" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends when the Liability Coverage Limit of Insurance has been exhausted by payment of judgments or settlements.

1. **Who Is An Insured**

   The following are "insureds":

   a. You for any covered "auto".

   b. Anyone else while using with your permission a covered "auto" you own, hire or borrow except:

      (1) The owner or anyone else from whom you hire or borrow a covered "private passenger type auto".

      (2) Your "employee" or agent if the covered "auto" is a "private passenger type auto" and is owned by that "employee" or agent or a member of his or her household.

      (3) Someone using a covered "auto" while he or she is working in a business of selling, servicing, repairing, parking or storing "autos" unless that business is yours.

      (4) Anyone other than your "employees", partners (if you are a partnership), members (if you are a limited liability company), a lessee or borrower or any of their "employees", while moving property to or from a covered "auto".

 Copyright, Insurance Services Office, Inc., 1996

INSURED COPY

(5) A partner (if you are a partnership), or a member (if you are a limited liability company), for a covered "private passenger type auto" owned by him or her or a member of his or her household.

c. The owner or anyone else from whom you hire or borrow a covered "auto" that is a "trailer" while the "trailer" is connected to another covered "auto" that is a power unit, or, if not connected:

(1) Is being used exclusively in your business as a "trucker"; and

(2) Is being used pursuant to operating rights granted to you by a public authority.

d. The owner or anyone else from whom you hire or borrow a covered "auto" that is not a "trailer" while the covered "auto":

(1) Is being used exclusively in your business as a "trucker"; and

(2) Is being used pursuant to operating rights granted to you by a public authority.

e. Anyone liable for the conduct of an "insured" described above but only to the extent of that liability.

However, none of the following is an "insured":

a. Any "trucker" or his or her agents or "employees", other than you and your "employees":

(1) If the "trucker" is subject to motor carrier insurance requirements and meets them by a means other than "auto" liability insurance.

(2) If the "trucker" is not insured for hired "autos" under an "auto" liability insurance form that insures on a primary basis the owners of the "autos" and their agents and "employees" while the "autos" are being used exclusively in the "truckers" business and pursuant to operating rights granted to the "trucker" by a public authority.

b. Any rail, water or air carrier or its "employees" or agents, other than you and your "employees", for a "trailer" if "bodily injury" or "property damage" occurs while the "trailer" is detached from a covered "auto" you are using and:

(1) Is being transported by the carrier; or

(2) Is being loaded on or unloaded from any unit of transportation by the carrier.

2. Coverage Extensions

a. Supplementary Payments

In addition to the Limit of Insurance, we will pay for the "insured":

(1) All expenses we incur.

(2) Up to $2,000 for the cost of bail bonds (including bonds for related traffic law violations) required because of an "accident" we cover. We do not have to furnish these bonds.

(3) The cost of bonds to release attachments in any "suit" against the "insured" we defend, but only for bond amounts within our Limit of Insurance.

(4) All reasonable expenses incurred by the "insured" at our request, including actual loss of earnings up to $250 a day because of time off from work.

(5) All costs taxed against the "insured" in any "suit" against the "insured" we defend.

(6) All interest on the full amount of any judgment that accrues after entry of the judgment in any "suit" against the "insured" we defend; but our duty to pay interest ends when we have paid, offered to pay or deposited in court the part of the judgment that is within our Limit of Insurance.

b. Out-Of-State Coverage Extensions

While a covered "auto" is away from the state where it is licensed we will:

(1) Increase the Limit of Insurance for Liability Coverage to meet the limit specified by a compulsory or financial responsibility law of the jurisdiction where the covered "auto" is being used. This extension does not apply to the limit or limits specified by any law governing motor carriers of passengers or property.

(2) Provide the minimum amounts and types of other coverages, such as no-fault, required of out-of-state vehicles by the jurisdiction where the covered "auto" is being used.

We will not pay anyone more than once for the same elements of loss because of these extensions.

 Copyright, Insurance Services Office, Inc., 1996

INSURED COPY

## B. Exclusions

This insurance does not apply to any of the following:

### 1. Expected Or Intended Injury

"Bodily injury" or "property damage" expected or intended from the standpoint of the "insured".

### 2. Contractual

Liability assumed under any contract or agreement. But this exclusion does not apply to liability for damages:

a. Assumed in a contract or agreement that is an "insured contract" provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement; or

b. That the "insured" would have in the absence of the contract or agreement.

### 3. Workers' Compensation

Any obligation for which the "insured" or the "insured's" insurer may be held liable under any workers' compensation, disability benefits or unemployment compensation law or any similar law.

### 4. Employee Indemnification And Employer's Liability

"Bodily injury" to:

a. An "employee" of the "insured" arising out of and in the course of:

(1) Employment by the "insured"; or

(2) Performing the duties related to the conduct of the "insured's" business; or

b. The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph a. above.

This exclusion applies:

(1) Whether the "insured" may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

But this exclusion does not apply to "bodily injury" to domestic "employees" not entitled to workers' compensation benefits or to liability assumed by the "insured" under an "insured contract". For the purposes of the Coverage Form, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

### 5. Fellow Employee

"Bodily injury" to any fellow "employee" of the "insured" arising out of and in the course of the fellow "employee's" employment or while performing duties related to the conduct of your business.

### 6. Care, Custody Or Control

"Property damage" to or "covered pollution cost or expense" involving property owned or transported by the "insured" or in the "insured's" care, custody or control. But this exclusion does not apply to liability assumed under a sidetrack agreement.

### 7. Handling Of Property

"Bodily injury" or "property damage" resulting from the handling of property:

a. Before it is moved from the place where it is accepted by the "insured" for movement into or onto the covered "auto"; or

b. After it is moved from the covered "auto" to the place where it is finally delivered by the "insured".

### 8. Movement Of Property By Mechanical Device

"Bodily injury" or "property damage" resulting from the movement of property by a mechanical device (other than a hand truck) unless the device is attached to the covered "auto".

### 9. Operations

"Bodily injury" or "property damage" arising out of the operation of any equipment listed in Paragraphs 6.b. and 6.c. of the definition of "mobile equipment".

### 10. Completed Operations

"Bodily injury" or "property damage" arising out of your work after that work has been completed or abandoned.

In the exclusion, your work means:

a. Work or operations performed by you or on your behalf; and

b. Materials, parts or equipment furnished in connection with such work or operations.

Your work includes warranties or representations made at any time with respect to the fitness, quality, durability or performance of any of the items included in Paragraphs a. or b. above.

Your work will be deemed completed at the earliest of the following times:

(1) When all of the work called for in your contract has been completed.

INSURED COPY

(2) When all of the work to be done at the site has been completed if your contract calls for work at more than one site.

(3) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

## 11. Pollution

"Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

a. That are, or that are contained in any property that is:

(1) Being transported or towed by, handled, or handled for movement into, onto or from, the covered "auto";

(2) Otherwise in the course of transit by or on behalf of the "insured"; or

(3) Being stored, disposed of, treated or processed in or upon the covered "auto";

b. Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

c. After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph a. above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if:

(1) The "pollutants" escape, seep, migrate, or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

(2) The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraphs 6.b. and 6.c. of the definition of "mobile equipment".

Paragraphs b. and c. above of this exclusion do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

(1) The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

(2) The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

## 12. War

"Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

## 13. Racing

Covered "autos" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. This insurance also does not apply while that covered "auto" is being prepared for such a contest or activity.

## C. Limit Of Insurance

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for the total of all damages and "covered pollution cost or expense" combined, resulting from any one "accident" is the Limit of Insurance for Liability Coverage shown in the Declarations.

All "bodily injury", "property damage" and "covered pollution cost or expense" resulting from continuous or repeated exposure to substantially the same conditions will be considered as resulting from one "accident".

No one will be entitled to receive duplicate payments for the same elements of "loss" under this Coverage Form and any Medical Payments Coverage endorsement, Uninsured Motorists Coverage endorsement or Underinsured Motorists Coverage endorsement attached to this Coverage Part.

INSURED COPY

## SECTION III - TRAILER INTERCHANGE COVERAGE

### A. Coverage

1. We will pay all sums you legally must pay as damages because of "loss" to a "trailer" you don't own or its equipment under:

   **a. Comprehensive Coverage**

   From any cause except:

   (1) The "trailer's" collision with another object; or

   (2) The "trailer's" overturn.

   **b. Specified Causes Of Loss Coverage**

   Caused by:

   (1) Fire, lightning or explosion;

   (2) Theft;

   (3) Windstorm, hail or earthquake;

   (4) Flood;

   (5) Mischief or vandalism; or

   (6) The sinking, burning, collision or derailment of any conveyance transporting the "trailer".

   **c. Collision Coverage**

   Caused by:

   (1) The "trailer's" collision with another object; or

   (2) The "trailer's" overturn.

2. We have the right and duty to defend any "insured" against a "suit" asking for these damages. However, we have no duty to defend any "insured" against a "suit" seeking damages for any "loss" to which this insurance does not apply. We may investigate and settle any claim or "suit" as we consider appropriate. Our duty to defend or settle ends for a coverage when the Limit of Insurance for that coverage has been exhausted by payment of judgments or settlements.

3. **Coverage Extensions**

   The following applies as Supplementary Payments. In addition to the Limit of Insurance, we will pay for you:

   a. All expenses we incur.

   b. The cost of bonds to release attachments, but only for bond amounts within our Limit of Insurance.

   c. All reasonable expenses incurred at our request, including actual loss of earnings up to $250 a day because of time off from work.

d. ... costs taxed against the "insured" in an "suit" against the "insured" we defend.

e. All interest on the full amount of any judgment that accrues after entry of the judgment; but our duty to pay interest ends when we have paid, offered to pay, or deposited in court the part of the judgment that is within our Limit of Insurance.

### B. Exclusions

1. We will not pay for "loss" caused by or resulting from any of the following. Such "loss" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the "loss".

   **a. Nuclear Hazard**

   (1) The explosion of any weapon employing atomic fission or fusion; or

   (2) Nuclear reaction or radiation, or radioactive contamination, however caused.

   **b. War Or Military Action**

   (1) War, including undeclared or civil war;

   (2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   (3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

2. We will not pay for loss of use.

3. We will not pay for "loss" caused by or resulting from any of the following unless caused by other "loss" that is covered by this insurance:

   **a.** Wear and tear, freezing, mechanical or electrical breakdown.

   **b.** Blowouts, punctures or other road damage to tires.

### C. Limit Of Insurance And Deductible

The most we will pay for "loss" to any one "trailer" is the least of the following amounts minus any applicable deductible shown in the Declarations:

1. The actual cash value of the damaged or stolen property at the time of the "loss".

2. The cost of repairing or replacing the damaged or stolen property with other property of like kind and quality.

3. The Limit of Insurance shown in the Declarations.

 Copyright, Insurance Services Office, Inc., 1996 CA 00 12 07 97

INSURED COPY

**SECTION IV - PHYSICAL DAI. ___ ¿ COVERAGE**

**A. Coverage**

1. We will pay for "loss" to a covered "auto" or its equipment under:

   a. **Comprehensive Coverage**

      From any cause except:

      (1) The covered "auto's" collision with another object; or

      (2) The covered "auto's" overturn.

   b. **Specified Causes Of Loss Coverage**

      Caused by:

      (1) Fire, lightning or explosion;

      (2) Theft;

      (3) Windstorm, hail or earthquake;

      (4) Flood;

      (5) Mischief or vandalism; or

      (6) The sinking, burning, collision or derailment of any conveyance transporting the covered "auto".

   c. **Collision Coverage**

      Caused by:

      (1) The covered "auto's" collision with another object; or

      (2) The covered "auto's" overturn.

2. **Towing - Private Passenger Autos**

   We will pay up to the limit shown in the Declarations for towing and labor costs incurred each time a covered "auto" of the "private passenger type" is disabled. However, the labor must be performed at the place of disablement.

3. **Glass Breakage - Hitting A Bird Or Animal - Falling Objects Or Missiles**

   If you carry Comprehensive Coverage for the damaged covered "auto", we will pay for the following under Comprehensive Coverage:

   a. Glass breakage;

   b. "Loss" caused by hitting a bird or animal; and

   c. "Loss" caused by falling objects or missiles.

   However, you have the option of having glass breakage caused by a covered "auto's" collision or overturn considered a "loss" under Collision Coverage.

4. **Co.. ge Extension**

   We will also pay up to $15 per day to a max mum of $450 for temporary transportation ex pense incurred by you because of the total the of a covered "auto" of the "private passenge type". We will pay only for those covered "au tos" for which you carry either Comprehensiv or Specified Causes of Loss Coverage. We wil pay for temporary transportation expenses in curred during the period beginning 48 hour after the theft and ending, regardless of th policy's expiration, when the covered "auto" i returned to use or we pay for its "loss".

**B. Exclusions**

1. We will not pay for "loss" caused by or result ing from any of the following. Such "loss" is ex cluded regardless of any other cause or event that contributes concurrently or in any se quence to the "loss".

   a. **Nuclear Hazard**

      (1) The explosion of any weapon employing atomic fission or fusion; or

      (2) Nuclear reaction or radiation, or radioactive contamination, however caused.

   b. **War Or Military Action**

      (1) War, including undeclared or civil war;

      (2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

      (3) Insurrection, rebellion, revolution, usurped power or action taken by governmental authority in hindering or defending against any of these.

2. We will not pay for "loss" to any of the following:

   a. Any covered "auto" while in anyone else's possession under a written trailer interchange agreement. But this exclusion does not apply to a loss payee; however, if we pay the loss payee, you must reimburse us for our payment.

   b. Any covered "auto" while used in any professional or organized racing or demolition contest or stunting activity, or while practicing for such contest or activity. We will also not pay for "loss" to any covered "auto" while that covered "auto" is being prepared for any such contest or activity.

NSURED COPY

c.  Tapes, records, discs .  .ther similar au-
dio, visual or data electronic devices de-
signed for use with audio, visual or data
electronic equipment.

d.  Any device designed or used to detect
speed measuring equipment such as radar
or laser detectors and any jamming appa-
ratus intended to elude or disrupt speed
measurement equipment.

e.  Any electronic equipment, without regard
to whether this equipment is permanently
installed, that receives or transmits audio,
visual or data signals and that is not de-
signed solely for the reproduction of sound.

f.  Any accessories used with the electronic
equipment described in Paragraph e.
above.

Exclusions 2.e. and 2.f. do not apply to:

a.  Equipment designed solely for the repro-
duction of sound and accessories used with
such equipment, provided such equipment
is permanently installed in the covered
"auto" at the time of the "loss" or such
equipment is removable from a housing
unit which is permanently installed in the
covered "auto" at the time of the "loss", and
such equipment is designed to be solely
operated by use of the power from the
"auto's" electrical system, in or upon the
covered "auto"; or

b.  Any other electronic equipment that is:

(1) Necessary for the normal operation of
the covered "auto" or the monitoring of
the covered "auto's" operating system;
or

(2) An integral part of the same unit
housing any sound reproducing equip-
ment described in a. above and per-
manently installed in the opening of
the dash or console of the covered
"auto" normally used by the manufac-
turer for installation of a radio.

3.  We will not pay for "loss" caused by or resulting
from any of the following unless caused by
other "loss" that is covered by this insurance:

a.  Wear and tear, freezing, mechanical or
electrical breakdown.

b.  Blowouts, punctures or other road damage
to tires.

**C.  Limits Oᵢ ..nsurance**

The most we will pay for "loss" in any one "acci-
dent" is the lesser of:

1.  The actual cash value of the damaged or stolen
property as of the time of "loss"; or

2.  The cost of repairing or replacing the damaged
or stolen property with other property of like
kind and quality.

**D.  Deductible**

For each covered "auto", our obligation to pay for,
repair, return or replace damaged or stolen prop-
erty will be reduced by the applicable deductible
shown in the Declarations.  Any Comprehensive
Coverage deductible shown in the Declarations
does not apply to "loss" caused by fire or lightning.

**SECTION V - TRUCKERS CONDITIONS**

The following conditions apply in addition to the Com-
mon Policy Conditions:

**A.  Loss Conditions**

1.  **Appraisal For Physical Damage Loss**

If you and we disagree on the amount of "loss",
either may demand an appraisal of the "loss".
In this event, each party will select a competent
appraiser.  The two appraisers will select a
competent and impartial umpire.  The apprais-
ers will state separately the actual cash value
and amount of "loss".  If they fail to agree, they
will submit their differences to the umpire.  A
decision agreed to by any two will be binding.
Each party will:

a.  Pay its chosen appraiser; and

b.  Bear the other expenses of the appraisal
and umpire equally.

If we submit to an appraisal, we will still re-
tain our right to deny the claim.

2.  **Duties In The Event Of Accident, Claim, Suit
Or Loss**

We have no duty to provide coverage under
this policy unless there has been full com-
pliance with the following duties:

a.  In the event of "accident", claim, "suit" or
"loss", you must give us or our authorized
representative prompt notice of the acci-
dent or "loss". Include:

(1) How, when and where the "accident"
or "loss" occurred;

     Copyright, Insurance Services Office, Inc., 1996     CA 00 12 07 97 ☐

NSURED COPY

(2) The "insured's" n.     .nd address; and

(3) To the extent possible, the names and addresses of any injured persons and witnesses.

**b.** Additionally, you and any other involved "insured" must:

(1) Assume no obligation, make no payment or incur no expense without our consent, except at the "insured's" own cost.

(2) Immediately send us copies of any request, demand, order, notice, summons or legal paper received concerning the claim or "suit".

(3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit".

(4) Authorize us to obtain medical records or other pertinent information.

(5) Submit to examination at our expense, by physicians of our choice, as often as we reasonably require.

**c.** If there is a "loss" to a covered "auto" or its equipment you must also do the following:

(1) Promptly notify the police if the covered "auto" or any of its equipment is stolen.

(2) Take all reasonable steps to protect the covered "auto" from further damage. Also keep a record of your expenses for consideration in the settlement of the claim.

(3) Permit us to inspect the covered "auto" and records proving the "loss" before its repair or disposition.

(4) Agree to examination under oath at our request and give us a signed statement of your answers.

**3. Legal Action Against Us**

No one may bring a legal action against us under this Coverage Form until:

**a.** There has been full compliance with all the terms of this Coverage Form; and

**b.** Under Liability Coverage, we agree in writing that the "insured" has an obligation to pay or until the amount of that obligation has finally been determined by judgment after trial. No one has the right under this policy to bring us into an action to determine the "insured's" liability.

**4. Loss  .yment - Physical Damage Coverages**

At our option we may:

**a.** Pay for, repair or replace damaged or stolen property;

**b.** Return the stolen property at our expense. We will pay for any damage that results to the "auto" from the theft; or

**c.** Take all or any part of the damaged or stolen property at an agreed or appraised value.

**5. Transfer Of Rights Of Recovery Against Others To Us**

If any person or organization to or for whom we make payment under this Coverage Form has rights to recover damages from another, those rights are transferred to us. That person or organization must do everything necessary to secure our rights and must do nothing after "accident" or "loss" to impair them.

**B. General Conditions**

**1. Bankruptcy**

Bankruptcy or insolvency of the "insured" or the "insured's" estate will not relieve us of any obligation under this Coverage Form.

**2. Concealment, Misrepresentation Or Fraud**

This Coverage Form is void in any case of fraud by you at any time as it relates to this Coverage Form. It is also void if you or any other "insured", at any time, intentionally conceal or misrepresent a material fact concerning:

**a.** This Coverage Form;

**b.** The covered "auto";

**c.** Your interest in the covered "auto"; or

**d.** A claim under this Coverage Form.

**3. Liberalization**

If we revise this Coverage Form to provide more coverage without additional premium charge, your policy will automatically provide the additional coverage as of the day the revision is effective in your state.

**4. No Benefit To Bailee - Physical Damage Coverages**

We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this Coverage Form.

 Copyright, Insurance Services Office, Inc., 1996

INSURED COPY

5. **Other Insurance - Prima.,  ..d Excess Insurance Provisions**

   a. This Coverage Form's Liability Coverage is primary for any covered "auto" while hired or borrowed by you and used exclusively in your business as a "trucker" and pursuant to operating rights granted to you by a public authority.   This Coverage Form's Liability Coverage is excess over any other collectible insurance for any covered "auto" while hired or borrowed from you by another "trucker".  However, while a covered "auto" which is a "trailer" is connected to a power unit, this Coverage Form's Liability Coverage is:

      (1) On the same basis, primary or excess, as for the power unit if the power unit is a covered "auto".

      (2) Excess if the power unit is not a covered "auto".

   b. Any Trailer Interchange Coverage provided by this Coverage Form is primary for any covered "auto".

   c. Except as provided in Paragraphs a. and b. above, this Coverage Form provides primary insurance for any covered "auto" you own and excess insurance for any covered "auto" you don't own.

   d. For Hired Auto Physical Damage Coverage, any covered "auto" you lease, hire, rent or borrow is deemed to be a covered "auto" you own. However, any "auto" that is leased, hired, rented or borrowed with a driver is not a covered "auto".

   e. Regardless of the provisions of Paragraphs a., b. and c. above, this Coverage Form's Liability Coverage is primary for any liability assumed under an "insured contract".

   f. When this Coverage Form and any other Coverage Form or policy covers on the same basis, either excess or primary, we will pay only our share.  Our share is the proportion that the Limit of Insurance of our Coverage Form bears to the total of the limits of all the Coverage Forms and policies covering on the same basis.

6. **Premium Audit**

   a. The estimated premium for this Coverage Form is based on the exposures you told us you have when this policy began. We will compute the final premium due when we determine your actual exposures. The estimated total premium will be credited against the final premium due and the first Named Insured will be billed for the balance, if any.  If the estimated total premium exceeds the final premium due, the first Named Insured will get a refund.

   b. . ..   ..is policy is issued for more than one year, the premium for this Coverage Form will be computed annually based on our rates or premiums in effect at the beginning of each year of the policy.

7. **Policy Period, Coverage Territory**

   Under this Coverage Form, we cover "accidents" and "losses" occurring:

   a. During the policy period shown in the Declarations; and

   b. Within the coverage territory.

   The coverage territory is:

   a. The United States of America;

   b. The territories and possessions of the United States of America;

   c. Puerto Rico; and

   d. Canada.

   We also cover "loss" to, or "accidents" involving, a covered "auto" while being transported between any of these places.

8. **Two Or More Coverage Forms Or Policies Issued By Us**

   If this Coverage Form and any other Coverage Form or policy issued to you by us or any company affiliated with us apply to the same "accident", the aggregate maximum Limit of Insurance under all the Coverage Forms or policies shall not exceed the highest applicable Limit of Insurance under any one Coverage Form or policy.  This condition does not apply to any Coverage Form or policy issued by us or an affiliated company specifically to apply as excess insurance over this Coverage Form.

## SECTION VI - DEFINITIONS

A. "Accident" includes continuous or repeated exposure to the same conditions resulting in "bodily injury" or "property damage".

B. "Auto" means a land motor vehicle, "trailer" or semitrailer designed for travel on public roads but does not include "mobile equipment".

C. "Bodily injury" means bodily injury, sickness or disease sustained by a person including death resulting from any of these.

D. "Covered pollution cost or expense" means any cost or expense arising out of:

   1. Any request, demand or order; or

   2. Any claim or "suit" by or on behalf of a governmental authority demanding,

   that the "insured" or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

INSURED COPY

"Covered pollution cost or expense" does not include any cost or expense arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

    **(1)** Being transported or towed by, handled, or handled for movement into, onto or from the covered "auto";

    **(2)** Otherwise in the course of transit by or on behalf of the "insured";

    **(3)** Being stored, disposed of, treated or processed in or upon the covered "auto"; or

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the covered "auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the covered "auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the covered "auto" or its parts, if:

    **(1)** The "pollutants" escape, seep, migrate, or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

    **(2)** The "bodily injury", "property damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraphs **6.b.** or **6.c.** of the definition of "mobile equipment".

Paragraphs **b.** and **c.** above do not apply to "accidents" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a covered "auto" if:

    **(1)** The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a covered "auto"; and

    **(2)** The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

**E.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**F.** "Insured" means any person or organization qualifying as an insured in the Who Is An Insured provision of the applicable coverage. Except with respect to the Limit of Insurance, the coverage afforded applies separately to each insured who is seeking coverage or against whom a claim or "suit" is brought.

**G.** "Insured Contract" means:

    **1.** A lease of premises;

    **2.** A sidetrack agreement;

    **3.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

    **4.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

    **5.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another to pay for "bodily injury" or "property damage" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement;

    **6.** That part of any contract or agreement, entered into, as part of your business, pertaining to the rental or lease, by you or any of your "employees", of any "auto". However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay for "property damage" to any "auto" rented or leased by you or any of your "employees".

An "insured contract" does not include that part of any contract or agreement:

**a.** That indemnifies any person or organization for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing; or

**b.** That pertains to the loan, lease or rental of an "auto" to you or any of your "employees", if the "auto" is loaned, leased or rented with a driver; or

**c.** That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a covered "auto" over a route or territory that person or organization is authorized to serve by public authority.

INSURED COPY

**H.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**I.** "Loss" means direct and accidental loss or damage.

**J.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

  **1.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

  **2.** Vehicles maintained for use solely on or next to premises you own or rent;

  **3.** Vehicles that travel on crawler treads;

  **4.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

  **a.** Power cranes, shovels, loaders, diggers or drills; or

  **b.** Road construction or resurfacing equipment such as graders, scrapers or rollers;

  **5.** Vehicles not described in Paragraphs **1.**, **2.**, **3.**, or **4.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

  **a.** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

  **b.** Cherry pickers and similar devices used to raise or lower workers.

  **6.** Vehicles not described in Paragraphs **1.**, **2.**, **3.**, or **4.** above maintained primarily for purposes other than the transportation of persons or cargo. However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

  **a.** Equipment designed primarily for:

  **(1)** Snow removal;

  **(2)** Road maintenance, but not construction or resurfacing; or

  **(3)** Street cleaning;

  **b.** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

  **c.** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting or well servicing equipment.

**K.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**L.** "Private passenger type" means a private passenger or station wagon type "auto" and includes an "auto" of the pickup or van type if not used for business purposes.

**M.** "Property damage" means damage to or loss of use of tangible property.

**N.** "Suit" means a civil proceeding in which:

  **1.** Damages because of "bodily injury" or "property damage"; or

  **2.** A "covered pollution cost or expense",

to which this insurance applies, are alleged.

  "Suit" includes:

  **a.** An arbitration proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the "insured" must submit or does submit with our consent; or

  **b.** Any other alternative dispute resolution proceeding in which such damages or "covered pollution costs or expenses" are claimed and to which the "insured" submits with our consent.

**O.** "Trailer" includes semitrailer or a dolly used to convert a semitrailer into a trailer. But for Trailer Interchange Coverage only, "trailer" also includes a container.

**P.** "Trucker" means any person or organization engaged in the business of transporting property by "auto" for hire.

**Q.** "Temporary worker" means a person who is furnished to you for a finite time period to support or supplement your work force in special work situations such as "employee" absences, temporary skill shortages and seasonal workloads.

    Copyright, Insurance Services Office, Inc., 1996    CA 00 12 07 97

INSURED COPY

COMMERCIAL AUTO
CA 00 22 02 9

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CHANGES IN COMMERCIAL AUTO COVERAGE FORMS

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

## SECTION I - LOSS OF USE

**Changes In Physical Damage Coverage**

**Coverage Extension** under Physical Damage Coverage is replaced by the following:

**Coverage Extensions**

**A. Transportation Expenses**

We will pay up to $15 per day to a maximum of $450 for temporary transportation expense incurred by you because of the total theft of a covered "auto" of the private passenger type. We will pay only for those covered "autos" for which you carry either Comprehensive or Specified Causes Of Loss Coverage. We will pay for temporary transportation expenses incurred during the period beginning 48 hours after the theft and ending, regardless of the policy's expiration, when the covered "auto" is returned to use or we pay for its "loss".

**B. Loss Of Use Expenses**

For Hired Auto Physical Damage, we will pay expenses for which an "insured" becomes legally responsible to pay for loss of use of a vehicle rented or hired without a driver, under a written rental contract or agreement. We will pay for loss of use expenses if caused by:

1. Other than collision only if the Declarations indicate that Comprehensive Coverage is provided for any covered "auto";

2. Specified Causes Of Loss only if the Declarations indicate that Specified Causes Of Loss Coverage is provided for any covered "auto"; or

3. Collision only if the Declarations indicate that Collision Coverage is provided for any covered "auto".

However, the most we will pay for any expenses for loss of use is $15 per day, to a maximum of $450.

## SECTION II - LIMITED WORLDWIDE COVERAGE FOR HIRED AUTOS

Paragraph 7. **Policy Period, Coverage Territory** of the **General Conditions** is amended by the addition of the following:

The coverage territory is extended to anywhere in the world if:

a. A covered "auto" of the private passenger type is leased, hired, rented or borrowed without a driver for a period of 30 days or less; and

b. The "insured's" responsibility to pay damages is determined in a "suit" on the merits, in the United States of America, the territories and possessions of the United States of America, Puerto Rico, or Canada or in a settlement we agree to.

## SECTION III - CHANGES IN DEFINITIONS

A. The definition of "insured contract" contained in **Section V - Definitions** of the Business Auto Coverage Form and **Section VI - Definitions** of the Motor Carrier and Truckers Coverage Forms is replaced by the following:

"Insured contract" means:

1. A lease of premises;

2. A sidetrack agreement;

3. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

4. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

Copyright, Insurance Services Office, Inc., 1998

INSURED COPY

5. That part of any other co... .ct or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another to pay for "bodily injury" or "property damage" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement;

6. That part of any contract or agreement entered into, as part of your business, pertaining to the rental or lease, by you or any of your "employees", of any "auto". However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay for "property damage" to any "auto" rented or leased by you or any of your "employees".

An "insured contract" does not include that part of any contract or agreement:

    a. That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing; or

    b. That pertains to the loan, lease or rental of an "auto" to you or any of your "employees", if the "auto" is loaned, leased or rented with a driver; or

    c. That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a covered "auto" over a route or territory that person or organization is authorized to serve by public authority.

B. The definition of "insured contract" contained in **Section VI - Definitions** of the Garage Coverage Form is replaced by the following:

"Insured contract" means:

1. A lease of premises;

2. A sidetrack agreement;

3. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

4. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

5. That part of any other contract or agreement pertaining to your garage business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another to pay for "bodily injury" or "property damage" to a third party or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement;

6. An elevator maintenance agreement;

7. That part of any contract or agreement entered into, as part of your garage business, pertaining to the rental or lease, by you or any of your "employees", of any "auto". However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay "property damage" to any "auto" rented or leased by you or any of your "employees".

An "insured contract" does not include that part of any contract or agreement:

1. That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

    a. Preparing, approving or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications; or

    b. Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage.

2. That indemnifies any person or organization for damage by fire to premises rented or loaned to you.

3. That pertains to the loan, lease or rental of an "auto", to you or any of your "employees" if the "auto" is loaned, leased or rented with a driver; or

4. That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a covered "auto" over a route or territory that person or organization is authorized to serve by public authority; or

5. That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing.

   Copyright, Insurance Services Office, Inc., 1998   CA 00 22 02 99

INSURED COPY

COMMERCIAL AUTO
CA 99 03 07 9

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# AUTO MEDICAL PAYMENTS COVERAGE

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by the endorsement.

## A. Coverage

We will pay reasonable expenses incurred for necessary medical and funeral services to or for an "insured" who sustains "bodily injury" caused by "accident".  We will pay only those expenses incurred, for services rendered within three years from the date of the "accident".

## B. Who Is An Insured

1. You while "occupying" or, while a pedestrian, when struck by any "auto".

2. If you are an individual, any "family member" while "occupying" or, while a pedestrian, when struck by any "auto".

3. Anyone else "occupying" a covered "auto" or a temporary substitute for a covered "auto".  The covered "auto" must be out of service because of its breakdown, repair, servicing, loss or destruction.

## C. Exclusions

This insurance does not apply to any of the following:

1. "Bodily injury" sustained by an "insured" while "occupying" a vehicle located for use as a premises.

2. "Bodily injury" sustained by you or any "family member" while "occupying" or struck by any vehicle (other than a covered "auto") owned by you or furnished or available for your regular use.

3. "Bodily injury" sustained by any "family member" while "occupying" or struck by any vehicle (other than a covered "auto") owned by or furnished or available for the regular use of any "family member".

4. "Bodily injury" to your "employee" arising out of and in the course of employment by you.  How-

ever, we will cover "bodily injury" to your domestic "employees" if not entitled to workers' compensation benefits.  For the purposes of this endorsement, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

5. "Bodily injury" to an "insured" while working in a business of selling, servicing, repairing or parking "autos" unless that business is yours.

6. "Bodily injury" caused by declared or undeclared war or insurrection or any of their consequences.

7. "Bodily injury" to anyone using a vehicle without a reasonable belief that the person is entitled to do so.

8. "Bodily Injury" sustained by an "insured" while "occupying" any covered "auto" while used in any professional racing or demolition contest or stunting activity, or while practicing for such contest or activity.  This insurance also does not apply to any "bodily injury" sustained by an "insured" while the "auto" is being prepared for such a contest or activity.

## D. Limit Of Insurance

Regardless of the number of covered "autos", "insureds", premiums paid, claims made or vehicles involved in the "accident", the most we will pay for "bodily injury" for each "insured" injured in any one "accident" is the Limit Of Insurance for Auto Medical Payments Coverage shown in the Declarations.

No one will be entitled to receive duplicate payments for the same elements of "loss" under this coverage and any Liability Coverage Form, Uninsured Motorists Coverage Endorsement or Underinsured Motorists Coverage Endorsement attached to this Coverage Part.

 Copyright, Insurance Services Office, Inc., 1996

INSURED COPY

**E.  Changes In Conditions**

The Conditions are changed for Auto Medical Payments Coverage as follows:

1.  The Transfer Of Rights Of Recovery Against Others To Us Condition does not apply.

2.  The reference in Other Insurance in the Business Auto and Garage Coverage Forms and Other Insurance - Primary And Excess Insurance Provisions in the Truckers and Motor Carrier Coverage Forms to "other collectible insurance" applies only to other collectible auto medical payments insurance.

**F.  Additional Definitions**

As used in this endorsement:

1.  "Family member" means a person related to you by blood, marriage or adoption who is a resident of your household, including a ward or foster child.

2.  "Occupying" means in, upon, getting in, on, out or off.

Copyright, Insurance Services Office, Inc., 1996

CA 99 03 07 97

INSURED COPY

FORM F

## UNIFORM MOTOR CARRIER-BODILY INJURY AND PROPERTY DAMAGE LIABILITY INSURANCE ENDORSEMENT

It is agreed that:

    1.   The certification of the policy, as proof of financial responsibility under the provision of any State motor carrier law or regulations promulgated by any State Commission having jurisdiction with respect thereto, amends the policy to provide insurance for automobile bodily injury and property damage liability in accordance with the provisions of such law or regulations to the extent of the coverage and limits of liability required thereby; provided only that the insured agrees to reimburse the company for any payment made by the company which it would not have been obligated to make under the terms of this policy except by reason of the obligation assumed in making such certification.

    2.   The Uniform Motor Carrier Bodily Injury and Property Damage Liability Certificate of Insurance has been filed with the State Commissions indicated on the reverse side hereof.

    3.   This endorsement may not be cancelled without cancellation of the policy to which it is attached.  Such cancellation may be effected by the Company or the insured giving thirty (30) days' notice in writing to the State Commission with which such certificate has been filed, such thirty (30) days' notice to commence to run from the date the notice is actually received in the office of such Commission.

Attached to and forming part of **Policy No. MCP 9300049-01** by

**WESTPORT INSURANCE CORPORATION** herein called Company, of **OVERLAND**

**PARK, KS** to DBA: **CRUZ TRUCKING** of **STAR ROUTE BOX 44 MESILLA PARKM NM**

**88047**

Dated at **Seattle, WA** this **21ST** day of **JUNE,** 2001

Countersigned by _____ R.F. Mattei & Associates, Inc. _____
                                   Authorized Company Representative

This form determined by the National Association of Regulatory Utilities Commissioners and promulgated by the Interstate Commerce Act (49 U.S.C., Sec. 302(b)(2)).

☒    Indicates State Commissioners with whom Uniform Motor Carrier Bodily Injury and Property Damage Liability Certificate of Insurance has been filed.

| | | | |
|---|---|---|---|
| ☐ Alabama | ☐ Illinois | ☐ Montana | ☐ Rhode Island |
| ☐ Alaska | ☐ Indiana | ☐ Nebraska | ☐ South Carolina |
| ☐ Arizona | ☐ Iowa | ☐ Nevada | ☐ South Dakota |
| ☐ Arkansas | ☐ Kansas | ☐ New Hampshire | ☐ Tennessee |
| ☐ California | ☐ Kentucky | ☐ New Jersey | ☐ Texas |
| ☐ Colorado | ☐ Louisiana | ☒ New Mexico | ☐ Utah |
| ☐ Connecticut | ☐ Maine | ☐ New York | ☐ Vermont |
| ☐ Delaware | ☐ Maryland | ☐ North Carolina | ☐ Virginia |
| ☐ District of Columbia | ☐ Massachusetts | ☐ North Dakota | ☐ Washington |
| ☐ Florida | ☐ Michigan | ☐ Ohio | ☐ West Virginia |
| ☐ Georgia | ☐ Minnesota | ☐ Oklahoma | ☐ Wisconsin |
| ☐ Hawaii | ☐ Mississippi | ☐ Oregon | ☐ Wyoming |
| ☐ Idaho | ☐ Missouri | ☐ Pennsylvania | ☐ |

**ENDORSEMENT FOR**

Form Approved
OMB No. 2125-0074

**MOTOR CARR   OLICIES OF INSURANCE FOR PUBLIC   BILITY
UNDER SECTIONS 29 AND 30 OF THE MOTOR CARRIER ACT OF 1980**

Issued to ROBERT CRUZ / DBA: CRUZ TRUCKING    of STAR ROUTE BOX 44 / MESILLA PARK, JUL 2 5 2001   NM   88047

Dated at SEATTLE, WASHINGTON    this _____ day of _____ , 19 _____

Amending Policy No. MCP 9500049-01    Effective Date 05-03-0_

Name of Insurance Company WESTPORT INSURANCE CORPORATION, 5200 METCALF, OVERLAND PARK, KS 66201

Telephone Number ( 206 ) 682-0991    Countersigned by _____

Authorized Company Representative

The policy to which this endorsement is attached provides primary or excess insurance, as indicated by [X] for the limits shown:

[X] This insurance is primary and the company shall not be liable for amounts in excess of $ 1,000,000 for each accident.

[ ] This insurance is excess and the company shall not be liable for amounts in excess of $ _____ for each accident in excess of the underlying limit of $_____ for each accident.

Whenever required by the Federal Highway Administration (FHWA) or the Interstate Commerce Commission (ICC). the company agrees to furnish the FHWA or the ICC a duplicate of said policy and all its endorsements. The company also agrees, upon telephone request by an authorized representative of the FHWA or the ICC, to verify that the policy is in force as of a particular date.

Cancellation of this endorsement may be effected by the company or the insured by giving (1) thirty-five (35) days notice in writing to the other party (said 35 days notice to commence from the date the notice is mailed, proof of mailing shall be sufficient proof of notice), and (2) if the insured is subject to the ICC's jurisdiction, by providing thirty (30) days notice to the ICC (said 30 days notice to commence from the date the notice is received by the ICC at its office in Washington. D.C.)

## DEFINITIONS AS USED IN THIS ENDORSEMENT

**ACCIDENT** includes continuous or repeated exposure to conditions which results in bodily injury, property damage, or environmental damage which the insured neither expected nor intended

**MOTOR VEHICLE** means a land vehicle. machine. truck. tractor. trailer, or semitrailer propelled or drawn by mechanical power and used on a highway for transporting property, or any combination thereof.

**BODILY INJURY** means injury to the body. sickness. or disease to any person, including death resulting from any of these.

**ENVIRONMENTAL RESTORATION** means restitution for the loss.

damage. or destruction of natural resources arising out of the accidental discharge. dispersal. release or escape into or upon the land. atmosphere. watercourse. or body of water. of any commodity transported by a motor carrier. This shall include the cost of removal and the cost of necessary measures taken to minimize or mitigate damage to human health. the natural environment, fish. shellfish, and wildlife.

**PROPERTY DAMAGE** means damage to or loss of use of tangible property.

**PUBLIC LIABILITY** means liability for bodily injury, property damage, and environmental restoration.

The insurance policy to which this endorsement is attached provides automobile liability insurance and is amended to assure compliance by the insured. within the limits stated herein. as a motor carrier of the property, with Sections 29 and 30 of the Motor Carrier Act of 1980 and the rules and regulations of the Federal Highway Administration (FHWA) and the Interstate Commerce Commission (ICC).

In consideration of the premium stated in the policy to which this endorsement is attached, the insurer (the company) agrees to pay, within the limits of liability described herein, any final judgment recovered against the insured for public liability resulting from negligence in the operation. maintenance or use of motor vehicles subject to the financial responsibility requirements of Sections 29 and 30 of the Motor Carrier Act of 1980 regardless of whether or not each motor vehicle is specifically described in the policy and whether or not such negligence occurs on any route or in any territory authorized to be served by the insured or elsewhere. Such insurance as is afforded. for public liability, does not apply to injury to or death of the insured's employees while engaged in the course of their employment, or property transported by the insured, designated as cargo. It is understood and agreed that no condition. provision. stipulation. or limitation contained in the policy. this endorsement. or any other endorsement thereon. or violation

thereof. shall relieve the company from liability or from the payment of any final judgement. within the limits of liability herein described, irrespective of the financial condition, insolvency or bankruptcy of the insured. However, all terms, conditions, and limitations in the policy to which the endorsement is attached shall remain in full force and effect as binding between the insured and the company. The insured agrees to reimburse the company for any payment made by the company on account of any accident, claim. or suit involving a breach of the terms of the policy, and for any payment that the company would not have been obligated to make under the provisions of the policy except for the agreement contained in this endorsement.

It is further understood and agreed that, upon failure of the company to pay any final judgment recovered against the insured as provided herein, the judgment creditor may maintain an action in any court of competent jurisdiction against the company to compel such payment.

The limits of the company's liability for the amounts prescribed in this endorsement apply separately. to each accident. and any payment under the policy because of any one accident shall not operate to reduce the liability of the company for the payment of final judgments resulting from any other accident.

The Motor Carrier Act of 1980 requires limits of financial responsibility according to the type of carriage and commodity transported by the motor carrier. It is the MOTOR CARRIER'S obligation to obtain the required limits of financial responsibility.
THE SCHEDULE OF LIMITS SHOWN ON THE REVERSE SIDE DOES NOT PROVIDE COVERAGE.
The limits shown in the schedule are for information purposes only

Form MCS-90

INSURED COPY

## SCHEDULE OF LIMITS
### Public Liability

| Type of Carriage | Commodity Transported | Minimum Insurance |
|---|---|---|
| (1) For-hire (In interstate or foreign commerce) | Property (nonhazardous) | $ 750.000 |
| (2) For-hire and Private (in interstate. foreign, or intrastate commerce). | Hazardous substances as defined in 49 CFR 171.8. transported in cargo tanks, portable tanks, or hopper-type vehicles with capacities in excess of 3.500 water gallons. or in bulk Class A or B explosives. poison gas (Poison A). liquefied compressed gas or compressed gas, or highway route controlled quantity radioactive materials as defined 49 CFR 173.403. | 5.000.000 |
| (3) For-hire and Private (Iin interstate or foreign commerce: in any quantity) or (in intrastate commerce: in bulk only). | Oil listed in 49CFR 172.101, hazardous waste, hazardous materials and hazardous substances defined in 49 CFR 171.8 and listed in 49 CFR 172.101, but not mentioned in (2) above or (4) below. | 1.000.000 |
| (4) For-hire and Private (In interstate or foreign commerce). | Any quantity of Class A or B explosives, any quantity of poison gas (Poison A), or highway route controlled quan--tity radioactive materials as defined in 49 CFR 173 403 | 5.000.000 |

**Note:** The type of carriage listed under (1), (2), and (3) applies to vehicles with a gross vehicle weight rating of 10.000 pounds or more.  The type of carriage listed under number (4) applies to all vehicles with a gross vehicle weight rating of less than 10,000 pounds.

INSURED COPY

# WESTPORT INSURANCE CORPORATION

## ADDITIONAL INSURED -- LESSOR

### This Endorsement Changes the Policy -- Please Read it Carefully

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions of the Coverage Form apply unless modified by this endorsement.

Designation or Description of Leased "Autos"

### SCHEDULE

Any "Leased Auto" where the named insured is obligated by written contract or agreement to name the Lessor as an Additional Insured, provided evidence of such agreement in the form of a Certificate of Insurance is on file with the company.

**A.** 1. Any "leased auto" designated or described in the Schedule will be considered a covered "auto" you own and not a covered "auto" you hire or borrow. For a covered "auto" that is a "leased auto" WHO IS AN INSURED is changed to include as an "insured" the lessor of leased "autos" identified in the Schedule.

2. The coverages provided under this endorsement apply to any "leased auto" described in the Schedule until the lease expires, or when the lessor or his or her agent takes possession of the "leased auto" whichever occurs first.

**B. CANCELLATION**

1. If we cancel the policy, we will mail notice to the lessor in accordance with the CANCELLATION Common Policy Condition.

2. If you cancel the policy, we will mail notice to the lessor.

3. Cancellation ends this agreement.

**C.** The lessor is not liable for payment of your premiums.

INSURED COPY

*WESTPORT INSURANCE CORPORATION*

**D. ADDITIONAL DEFINITION**

As used in this endorsement:

"Leased auto" means an "auto" leased or rented to you, including any substitute, replacement or extra "auto" needed to meet seasonal or other needs, under a leasing or rental agreement that requires you to provide direct primary insurance for the lessor.

All other terms and conditions of this policy remain unchanged.

This endorsement is effective on the inception date of the policy unless otherwise stated herein.
(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)

**Endorsement Effective**                            **Policy No.**                            **Endorsement No.**
**Named Insured**

**WESTPORT INSURANCE CORPORATION**

Countersigned.

_____          _____          _____
    Authorized Representative                         President                              Secretary

INSURED COPY

# WESTPORT INSURANCE CORPORATION

## MOTOR CARRIER ADDITIONAL INSURED FORM

**This Endorsement Changes the Policy -- Please Read it Carefully**

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
TRUCKERS COVERAGE FORM
BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM

It is hereby understood and agreed that any person(s) or organization(s) with whom any Named Insured is obligated by written contract or agreement to provide insurance such as is provided by this policy and evidenced by a certificate of insurance on file with the company is named as an Additional Insured, but only with respect to liability arising out of services as a "shipper" or "trucker" provided by you for the Additional Insured.

As used in this endorsement:

"Trucker" means any person or organization engaged in the business of transporting property by "auto" for hire.

"Shipper" means any person or organization who hires, contracts or directs a "Trucker" to transport property.

All other terms and conditions of this policy remain unchanged.

This endorsement is effective on the inception date of the policy unless otherwise stated herein.
(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)

**Endorsement Effective**                                   **Policy No.**                          **Endorsement No.**
**Named Insured**

                                                            **WESTPORT INSURANCE CORPORATION**

Countersigned.

_____              _____         _____
    Authorized Representative                     President                        Secretary

Endorsement Serial No. WIC-6007(09/96)

INSURED COPY

# WESTPORT INSURANCE CORPORATION

## LOSS PAYABLE CLAUSE

**This Endorsement Changes the Policy -- Please Read it Carefully**

This endorsement modifies insurance provided under the following:

BUSINESS AUTO COVERAGE FORM
GARAGE COVERAGE FORM
MOTOR CARRIER COVERAGE FORM
TRUCKERS COVERAGE FORM
BUSINESS AUTO PHYSICAL DAMAGE COVERAGE FORM

With respect to coverage provided by this endorsement, the provisions for the Coverage Form apply unless modified by the endorsement.

A.  We will pay, as interest may appear, you and the loss payee named in the policy for "loss" to a covered "auto."

B.  The insurance covers the interest of the loss payee unless the "loss" results from conversion, secretion or embezzlement on your part.

C.  We may cancel the policy as allowed by the CANCELLATION Common Policy Condition.

Cancellation ends this agreement as to the loss payee's interest. If we cancel the policy, we will mail you and the loss payee the same advance notice.

D.  If we make any payments to the loss payee, we will obtain his or her rights against any other party.

Any party to which the insured is obligated by contract to provide coverage as indicated in the provisions of this endorsement will be considered a loss payee provided evidence in the form of a certificate specifically naming the loss payee's interest is on file with the company.

All other terms and conditions of this policy shall remain unchanged.

This endorsement forms a part of the policy to which attached, effective on the inception date of the policy unless otherwise stated here n.
(The information below is required only when this endorsement is issued subsequent to the preparation of the policy.)

**Endorsement Effective**                          **Policy No.**                          **Endorsement No.**
**Named Insured**

                                        **WESTPORT INSURANCE CORPORATION**

Countersigned.

_____         _____         _____
Authorized Representative                              President                                Secretary

Endorsement Serial No. WIC-6021(09/96)

INSURED COPY